# UNITED STATES DISTRICT COURT
# DISTRICT OF ~~CONNECTICUT~~ Delaware
## Wilmington DE

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

Poor person P.P
page 4

FILED APR 18 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Jungle Democracy ... etc
_____
Plaintiff(s),    By Kamal Roy (Rev Dr)
          et al        US citizen
v.                                       Case No. 07-206 pg 2

CBS INC NY, NY 12 Nos
NBC INC NY, NY        266 Defendants Try Trial Demand
_____        or 3rd pty Defendants Non Hostile
Defendant(s).                              Don IMUS

USA Govt, Washington DC
N.J Govt state @ Trenton
NY Govt, NY State Albany NY

Issue cruel and unusual severe punishment on fellow US citizen Radio TV Broadcaster Don IMUS et CBS NBC MSNBC Plaintiffs as lawful Associate fellow US citizen sacked/fired form job as Radio TV Broadcaster we shared National and pain were dangerous over 50s hundreds million finance US Jury First Amend Kamal & Assoc are weak unmjust not access

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

I Lawfully associate with a Lawful Assn as officer pursuant to US 1st Amendment right usefully US Citizen

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

Tel: 518-891-5466        4/13/2007
email: vishwa-DH@... The Rev Dr Kamal K Roy
                        Original Signature
a/k/a and was born as
                        Name (print or type) JOSEPH GERONIMO Jr
Street Address  Lin Guam US Territory
Postal Address
City    State    Zip Code
14 Kinara Rd SIL
NY 1129..
Telephone Number

Rev.10/3/05

joe alter dead

original  ORIGINAL  P.P 32

US District Court for Delaware at Wilmington DE
USA
USDC/Delaware at Wilmington DE for appeals to the US Govt of USA

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, DENVER**

Civil Action No. 06-CV-0876-BNB

'Jungle Democracy ... etc' by Rev Dr Kamal K K Roy a/k/a and was born as Joseph Jr Geronimo Jr
Plaintiff(s),

v.

Dev USA (with 106 Total Nos) (God's in Denver attached List) US Senators Craig, Lieberman, Hillary Clinton, Eliot Spitzer NJ Governors USA, 10k+ James

**MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

to appeal to other 5 Plaintiff without a waiver by Kamal K Roy

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. I do ___ do not ___ (check one) request that the court direct the United States Marshals Service to serve process. In support of my requests, I submit the following affidavit and state that:

(1) I am unable to pay such fees or give security therefor.

(2) The nature of this action is: Civil rights violations in Jungle democratic conditions in USA & outside world

(3) I am entitled to redress. To per US Constitution and their dev'd world

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true: Wife Bargi Latori Roy as 3 Plaintiffs were harmed wife Krishna Nagar

**MARITAL STATUS AND DEPENDENTS**

Single ___ Married X Separated ___ Divorced ___ WB.

The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth): Under Common Law W/ alien financially separate
Name: Ms Mita Das Roy    Age: 17    Relationship: natural daughter
Name: Ms Mon Das Roy 17    Twin Age: 17    Relationship: daughter
Name: Ms Urbi Bakshi Roy 15    Age: 15    Relationship: "

**RESIDENCE** all 3 natural Daughters failed to support
Street Address: 14 Kiwassa Rd
City: Saranac Lake    State: NY
Zip Code: 12983    Telephone:

Defendants
① CBS INC
② CBS Radio
③ USA Govt
④ NBC
⑤ MS NBC
⑥ Microsoft Corp USA
⑦ NYS Govt Albany
⑧ NJ state Govt Trenton NJ
⑨ Don IMUS Radio & Broadcasting ICON A Victim of cruel punishment
⑩ Lisa N Roy PO Box 1173 Saranac Lake NY 12983 3rd Party Defendant Non Hostile Defendant a/k/a

3rd Party Defendants

⑪ Paromit B Roy 18 daughter
⑫ Ms Aysha (PRC Govt daughter)

Rev Dr Kamal K K Roy Rev Dr Joseph Geronimo Jr and was born in Guam, USA was orphan Now a Mobile Clergy. The Rev Dr Kamal Roy was born 4/13/2007 a/k/a as Joseph Geronimo Jr mobile clergy at Delaware all children born in Common Law marriage in India

USDC/Delaware ①

pp 3

(3) I have degree (1) Advanced Graduate Certificate- (4) Obtained Master's degree Transportation Doctorate in Religion in Public Adm. (USDA Graduated Management (MBA degree 1973

**EDUCATION**
What is the highest level of formal education you have received: _____ MA Foreign _____ (1974 Commencement)
I can speak, read, write, and understand the English language: Yes ✓ No ___ school

ID. &SS# SUNY Mouhame 5-18-80 College Bx, NY 11393

**EMPLOYMENT**
If employed at present, complete the following:
Name of employer: NA
Address of employer: Volunteer part-disabled
Telephone number of employer: ordained clergy
How long have you been employed by present employer: Disabled since 1993
Income: Monthly $ _____ Weekly $ _____
If self-employed, state your net income: Monthly $ Receive Disability from SSI 508 00 pm Weekly $ NA 445 00 pm
What is the nature of your self-employment? SS Retirement $138 00

If unemployed at present, complete the following: I worked most of life pml
I have been unemployed since: as a clergy on vow of Poverty
Name of last employer: IRS US Dept of Treasury
Address of last employer: rule, Mostly as
Telephone number of last employer: a Volunteer worker
Salary or hourly wage received from last employer: $

If spouse is employed, complete the following: H.I.I. - World Religion
Name of employer: No Gray EIN
How long has spouse been employed by present employer: children in Ind. 13-3576610
Income: Monthly $ _____ Weekly $ _____ (Tax exempt)

Non Profit

If receiving public assistance (e.g., welfare, unemployment benefits), complete the following: Religious
I have been receiving public assistance since: see 'above' (*)
Monthly benefits: $ 583 00 Net Weekly benefits: $
Total

**REAL AND PERSONAL PROPERTY**
Real property:
Do you own real property? Yes ___ No ✗
If yes, describe: _____
Address: _____
Name(s) on title: _____
Estimated value: $ _____ Amount owed: $ _____
Annual income from real property: $ _____

Personal property:
Automobile: Make: NA Model: _____ Year: _____
Name(s) on registration: _____
Estimated value: $ _____ NA Amount owed: $ _____

(Rev. 11/01/04)

Ex 10 Pgs

Kamel K Roy 2 (Ordained 9 (NYC) 762-58-06 cyKR

I Kamel K Roy swear under penalty of perjury that 2 pages original statements are true
The Rev D Kamel K KRoy
Kamel KR

Kamel KB 7/3/2007

mobile clergy of Delaware for Association & self Prisons

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO, DENVER

*for appeals to the US Court USA*

Civil Action No. 06-CV-00676-BNB

*to attend in poor person Court*

Plaintiff(s), 'Jungle Democracy ... etc' by Kamal K Roy a/k/a
and was born as Jeet

v.    *(136)(136)(106 Total No.)*

USA
Defendant(s).    *see attached list*    U.S.A Naturalized Citizen (19
5 Plaintiffs - Individual
Kamal Roy poor
and disabled for*

MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

*self and to appeal to other 5 Plaintiffs
USCA 10th. Fund Without a Navy*

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to
28 U.S.C. § 1915. I do ___ do not ___ (check one) request that the court direct the United States Marshals *by*
Service to serve process. In support of my requests, I submit the following affidavit and state that: *Kamal*

(1) I am unable to pay such fees or give security therefor.    *K Roy*

(2) The nature of this action is: Civil rights violations    *with*
*in Jungle democratic conditions in*    *U.S. Consti-*
(3) I am entitled to redress,    *USA & outside World*    *tutional*
*to per U.S. Constitution and Indv. devel & Assoc*    *right to asso-*
I further state that the responses I have made to the questions below relating to my ability to pay the cost
of prosecuting this action and other matters are true: *Alien 5 Plaintiffs*    *ciate Peace-*
*wife Gargi Lahiri Roy 10 were harmed*    *ably*
MARITAL STATUS AND DEPENDENTS    *Krishna Nagar*    *in USA with*
Single ___ Married X Separated ___ Divorced ___ WB. India and    *all*
The following individuals are my dependents (Identify minor children by their initials only. Do not include their    *poor*
date of birth.): *Under Common Law Wife alien financially separate*
Name Ms Mita Dass Roy    Age 17    Relationship Natural    *and Rich*
Name Ms Rinku Das Roy 17    TwAge 17    Relationship daughter    *Association*
Name    Age    Relationship    *"*
Name Ms Urbi Bakshi Roy    Age 15    Relationship *"*

RESIDENCE    *all 3 natural Daughters (Jail) & Support*
Street Address:    *due disability*
City: 714 Kiwana Rd    State:    *but work as Part*
Zip Code: Saranac    Telephone:    *time Mobile clergy*

*God's have chosen Plaintiffs / God's chosen human animals / conceived & godcrate legal entities like Associates is corporal human properly never incorporal Assoc—*

**EDUCATION**
What is the highest level of formal education you have received: Doctorate in Religion Foreign School
I can speak, read, write, and understand the English language: Yes ✓ No ____

Annotations: (3) I have degree (4) Obtained Master's degree Transportation Management (MBA degree 1973) (1974 Commencement)
11) Advanced Graduate Certificate in Public Adm. (USDA Graduate School)

**EMPLOYMENT**
If employed at present, complete the following: I.D. & SS# SUNY Maritime
Name of employer: Nil — 5-18-80 College, College Pt, NY, Bx NY USA 11399
Address of employer: Volunteer Part disabled
Telephone number of employer: Ordained Clergy
How long have you been employed by present employer: Disabled since 1993
Income: Monthly $ ____ Weekly $ ____
Receive Disability from SSI 508.00 pm Nil 445.00 pm

If self-employed, state your net income: Monthly $ ____ Weekly $ ____
What is the nature of your self-employment? SS Retirement $138.00

If unemployed at present, complete the following: I worked most of life prior as a clergy on Vow of Poverty
I have been unemployed since: ____
Name of last employer: IRS US Dept of Treasury
Address of last employer: ____ Mostly
Telephone number of last employer: ____ as a
Salary or hourly wage received from last employer: $ Volunteer worker

If spouse is employed, complete the following: H.I.I. - World Religion
Name of employer: No — lives in India    Gray EIN 13-3076610
How long has spouse been employed by present employer: ____
Income: Monthly $ ____ Weekly $ ____ (Tax exempt Non Profit

If receiving public assistance (e.g., welfare, unemployment benefits), complete the following: Religious
I have been receiving public assistance since: as above (*)
Monthly benefits: $ 583.00 Net Total Weekly benefits: $ ____

**REAL AND PERSONAL PROPERTY**
Real property:
Do you own real property? Yes ____ No ✓
If yes, describe: ____
Address: ____
Name(s) on title: ____
Estimated value: $ ____ Amount owed: $ ____
Annual income from real property: $ ____

Personal property:
Automobile: Make: NA Model: ____ Year: ____
Name(s) on registration: ____
Estimated value: $ ____ Amount owed: $ ____

(Rev. 11/01/04)

Signatures: Kamal K Raj / CHHL / Josef Geronimo Jr 7/19/... / 5/13/06

Disability No 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A
Retirement SS# 80-4359 (on direct
Cash on hand:                                                          575 7500  Deposit
Total amount of cash in banks and savings and loan associations: $                     from SSA
Names and addresses of banks and associations:                                          MN
TLNBank Saranac Lake NY 12983
Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either
owned or jointly owned):
Nl

**FINANCIAL OBLIGATIONS:**          **MONTHLY PAYMENT:**

Rent on house or apartment:         $
Mortgage on house:                  $
Gas bill:                           $
Electric bill:     Outstanding      $ 575.00 all inclusive
Telephone bill:    Obligation       $
Food:                               $
Clothing:            — NQ           $
Automobile loan:                    $
Automobile insurance:               $
Other insurance:      see           $
Payments to retail merchants:       $
  Total owed:                       
Payments on any other outstanding
  loans or debts:                   $
  Total owed:  I have Medicaid
Payments to doctors, hospitals, lawyers:  Medicare  $
  Total owed:                       +food
Maintenance under separation
  or dissolution agreement:         $
  Child support:      +onh          $
Other Payments:      +20 pm         $
  Describe:                         $
  Describe:                         $
  Describe:      NA                 $
  Describe:                         $

Total monthly payments:             $

See above

Lived in                Kamil P P Roy — Now a Naturalized
USA since                             U.S. Citizen
1968                        and was born
                         a/k/a       in
raised with            as Joseph Geronimo
adoptive parents intact as               in Guam Way
                                    orphan as a
                                    child.

(2)
(3)
J67
Kamil KB
7/15/2014
7/19/06