U.S. District Court Delaware

at Wilmington DE - 0 7 - 2 0 6 -

Page

Jury Trial Demanded
Date of Filing 4/13/2007

Civil Case N

Judge Hon

Jungle Democracies

4 mouse doctrines
oppression to
weaker people by
powerfuls ... etc
volume of
unreported

Assn  EIN 13-3156610

Non Profit Tax exempt by IRS

Divn of IAI. International
PO Box 1173  S/L NY 12983
By Kamal K Roy VKK Jt. Jr.
Pro Se  US citizen
The Rev Dr  et al  (Total 12 Plaintiffs)
Kamal K Roy  — do —
Address as above

Damage Claimed
500 mts Pultze t4 musual
Cruel
punishment on
DON IMUS talk show
host damaged/pained
Plaintiffs as
fellows

FILED
APR 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

under penalty of perjury
I hereby swear all
statements are true I
am poor & I request
The Complete Kamal KKA

see Page

1st
20 Pages complaint

About 100 Pages
with same statements

VS
CBS Inc NY NY
U.S govt Washgh DC — has Office in Wilmingtn
CBC Radio      So Jurisdiction Delaware
NY Stn Albany      NY, NY  to obtain
MSNBC ... Trenton NJ   & elsewhere.
NBC
Microsoft INC
ISSUE  cruel and inhuman treatment
of fellow American US : DN IMUS  by Defendants

REFORMS INTERNATIONAL
PO BOX 1173
SARANAC LAKE NY 12983-7173

In reply refer to:
LD2   86-88507 0

1
PP4
2007

HANDICAP INTERESTS INTERNATIONAL
WORLD RELIGION GROUP - NON-PROFIT
107A SCRIBNER AVE
STATEN ISLAND, NY 10301

Saranac Lake,NY_____, 2004 : NY City BRANCH____ New York :_____

Branch_____

(World Religions
Group): Wings - Reforms Int'l : Associate H. I. I. Inc
EIN 13-3566610 (non profit tax exempt by I/R/S (US Dept of Treasury)
107 Scribner Avenue, Staten Island, New York 10301.
Local address : PO Box 1173 , Saranac Lake, NY 12983.
Ph 518 – 891 5466  Date_____ 2004
Ref_____ (DATE)
H.Ca. N. Roy

() JUNGLE
DEMOCRACIES
/Exchange Union
EIN 13-_____
REFORMS INT'L  EIN
Organization Name
EIN

" Jungl Democraves --- etc "

plaintiff #1  By Rev Dr Kamal
Roy of
JGR
Plaintiff
#2, US citizen
(Pro Se)

Plaintiffs

— also  exhibits

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
G.P.O. BOX 1680
BROOKLYN, NY 11202

Date:    NOV 2 2 1996

DEPARTMENT OF THE TREASURY

Employer Identification Number:
    13-3506410
Case Number:
    118764929
Contact Person:
    C. MOORE
Contact Telephone Number:
    (718) 488-2915

HANDICAP INTERESTS INTERNATIONAL
C/O I.S.C.O.N. & W.R.
JOSEPH GERONIMO JR
PO BOX 537
STATEN ISLAND, NY 10302-0537

Our Letter Dated:
    December 10, 1992
Addendum Applies:
    No

Dear Applicant:

This modifies our letter of the above date in which we stated that you would be treated as an organization that is not a private foundation until the expiration of your advance ruling period.

Your exempt status under section 501(c) of the Internal Revenue Code as an organization described in section 501(c)(3) is still in effect. Based on the information you submitted, we have determined that you are not a private foundation within the meaning of section 509(a) of the Code because you are an organization of the type described in section 509(a)(1) and 170(b)(1)(A)(vi).

Grantors and contributors may rely on this determination unless the Internal Revenue Service publishes notice to the contrary. However, if you lose your section 509(a)(1) status, a grantor or contributor may not rely on this determination if he or she was in part responsible for, or was aware of, the act or failure to act, or the substantial or material change on the part of the organization that resulted in your loss of such status, or if he or she acquired knowledge that the Internal Revenue Service had given notice that you would no longer be classified as a section 509(a)(1) organization.

As of January 1, 1984, you are liable for taxes under the Federal Insurance Contributions Act (social security taxes) on remuneration of $100 or more you pay to each of your employees during a calendar year. You are not liable for the tax imposed under the Federal Unemployment Tax Act (FUTA).

You are required to file Form 990 only if your gross receipts each year are normally more than $25,000. For guidance in determining whether your gross receipts are "normally" more than $25,000, see the instructions for Form 990. If a return is required, it must be filed by the 15th day of the fifth month after the end of your annual accounting period. A penalty of $10 a day is charged when a return is filed late, unless there is reasonable cause for the delay. However, the maximum penalty charged cannot exceed $5,000 or 5 percent of your gross receipts for the year, whichever is less. This penalty may also be charged if a return is not complete, so please be sure your return is complete before you file it.

If we have indicated in the heading of this letter that an addendum applies, the addendum enclosed is an integral part of this letter.

Letter 1050 (DO/CG)

The W C Board, N Y State, Albany, N.Y 12207 /In the U. S. District Court, S.D. N.Y, 500 Pearl Street NewYork10007/In the **United States Court of Appeals for the 2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street.... Filed 9.20.2005 Title of action ;"Jungle Democracy , Cat and Mouse Doctrines ..oppressions by rich and powerful people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo Jr / aka Kamal K Roy ( A LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac Lake New York 12983 : Kamal Karuna K Roy /aka/Joseph Geronimo Jr plaintiff/ Sole appellant on Poverty clause THE REVEREND Lisa N Roy : chief editor, Jungle Democracy..etc . Hon Acting Executive Officer, Handicap Interests Int'l - W R Group ( Parent Group :H I I Inc A New York State not for Profit Corporation,& registered as charity with attorney General N.Y State , & in places abroad; incorporated on Nov 2 , 1984 as Non Profit Association: Reforms International, at all all addresses PO Box 1173 , Saranac Lake, New York 12983 ; plaintiffs/Petitioner as sole appellant V......**The State of New York,** **Albany, N Y;** Gov George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park Street, Albany, N Y 12207 ; State Insurance Fund NY State, 15 Computer Drive west.Albany, New York 12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/ Human rights against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as complicated immunity like environments in Jungle Democracy of New York State,as virtual white color criminals and as corrupt people/ white color criminals in USA, et. al, Hon Judge John G Roberts Jr ,appellate Court Judge and now supreme court nominee,USA; The (very) Hon. President of U S A George W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC ; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington DC ( 2 ) THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE White House, 1600 Pennsylvania Ave, NW, Washington DC 20500 3 The United States Senate, Capitol, Washington DC 4 , Hon John G. ROBERTS JR an Appellate Court Judge, (50 yrs, approx,) c/o The white house, Washington dc: Filed copy with the WORKERS'COMPENSATION BOARD,N Y State, Office of APPEALS,ALBANY, NEW YORK 12207 defendants/ appellees ( now a total of 61 Defendants who did violate Civil/Human Rights of plaintiffs and sole appellant Mr Geronimo Jr is now on poverty clause(2.)LATEST Background of civil and human Rights Violations: 1. One Jr appellate court Judge, named above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe, at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,

Registered Republican, Board of Election, at Franklin County New York State :: a registered Clergy in New York City Clerk's office, 1 Centre St, New York City , NY 10007. All are invited

# Title : "jungle democracy .. Cat and Mouse doctrine ...oppressions Of rich and powerful to weaker people ..."

an electronic book and hard copy editions Publisher : Reforms International : By Rev Lisa Roy : Chief Editor and World wide part disabled mobile and statione Priest at places as required. et al.. plaintiffs/appellant ISSUE : Courts may not refuse filing of legal violations and grievances against Us GOVERNMENT, ET AL ON MINOR PROCEDURAL ISSUE FOR FILING AS THE u s Constitution guarantees filing such GRIEVANCES TO ANY Government for securing Justice for United States Citizens. The District court, mU.S violaated US constutional guarantees to Citizen/Plaintiif/ sole appellant no poverty clause : May be the U. S Supreme Court may have to decide resolution of the issue raised by the Sole appellant now Joseph geronimo jr, a disabled unknown priest looking for US Justice but he found extreme

**Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Demodracies. All respectfully submitted for grant of prayer / Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs. Appellant (sole) the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac Lake, New York 12983.**



— List Defendants —

(1) The U.S.A. President, Hon. George Bush, 2A-1
White House 1600 Pennsylvania Ave NW
Wash'n DC 20500
The Respondent President U.S. Senator of —
(3) City of New York, 100 Church Street
New York, NY 1007
(4) The U.S.A. Gov't
(5) Lisa Nishon Roy go U.S. Attorney, for U.S. Court
14 Hinshaw Road #155, Saranac Lake, NY 12983
The State Resident Fund LATFE
15 Computer Diskette, Albany NY 12205
(6) Havriettown Housing Authority
14 Woodson Road
Saranac Lake, NY 12983
(8) 'Citizen's Bank' Branch
at Saranac Lake, NY at Broadway
12983
(9) Notes Jelli Petinum Morrison
Workers Compensation Board
State of New York
20 Park Street, Albany, NY 12247
(11) Workers' Compensation Law Judge No 7
go W.C Board, NY State, 20 Park
Personack Popish et al, Albany, NY 12247
Attorneys at Law
(16) GOD — See attached
(1) New York State Office, U.S. Justice / Rep beach God
(State Income Fund) to be defended by
Nancy Wood Attorney, 190 Church St, NY NY 1007
NR Doogle J. Hanks
General Attorney ME #5

P.T.O. 2

**The W C Board, N Y State, Albany, N.Y 12207 / In the U. S. District Court, S.D.N.Y, 500** -12
**Pearl** Street NewYork10007/ In the **United States Court of Appeals for the**
**2ⁿᵈ Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed :
--9.20.2005 **Title of action ;"Jungle Democracy . Cat and Mouse Doctrines ..oppressions by rich and powerful
people/ Nations to weaker/poor people,/Nations (foreign)....... etc..." Book Volume by Joseph Geronimo
Jr, / aka Kamal K Roy ( A  LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac
Lake New York 12983 : Kamal Karuna K Roy /aka/Joseph Geronimo Jr plaintiff/ Sole appellant on Poverty
clause THE REVEREND Lisa N Roy : chief editor, Jungle Democracy..etc . Hon Acting  Executive Officer,
Handicap Interests Int'l - W R Group ( Parent Group :H I I  Inc A  New York State not for Profit
Corporation,& registered as charity with attorney General N.Y State , & in  places abroad; incorporated on
Nov 2 , 1984  as Non Profit Association; Reforms International, et al all addresses PO Box 1173 ,** Saranac
Lake, New York 12983 ;  plaintiffs/Petitioner as sole  appellant  V...... **The State of New York,
Albany, N Y;. Gov  George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park
Street, Albany, N Y 12207 ; State Insurance Fund NY State,  15  Computer Drive west.Albany, New York
12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted
illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/ Human rights
against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as
complicated immunity like environments in Jungle Democracy of New York State,as virtual  white color
criminals and as  corrupt people/ white color criminals in USA, et. al, Hon Judge  John G Roberts Jr
,appellate Court Judge  and now supreme court nominee,USA; The (very) Hon. President of U S A  George
W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC
; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington
DC ( 2 ) THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE  White House, 1600 Pennsylvania Ave, NW,
Washilngton DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G, ROBERTS JR
an Appellate Court Judge, (50 yrs, approx,) c/o The white house, Washington dc: Filed copy with the
WORKERS/COMPENSATION BOARD,N Y State, Office of APPEALS, ALBANY, NEW YORK 12207 defendants/ appellees (**
now a total of 61 Defendants who did violate  Civil/Human Rights of plaintiffs and** sole appellant Mr Geronimo Jr is
(now on poverty clause **(2.)LATEST Background of civil and human Rights Violations: 1. One Jr appellate
court Judge, named  above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe,
at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,**

27.2005. Original applications are (some copies with originals are still
available with SDNY. This is an Ex_parte notice/motion as the official
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++So
le+ APPELLANT+  Geronimo Jr is part disabled and very poor, with work related injuries but
The New York State Insurance Fund, Traveler Insurance co denied  or suspended all due benefits
on a State wide FraudOf N Y STATE and the Private  Insurance co " Travelers ". As such
Geronimo Jr, birth name, is a member of society of New York State and a U S Citizen is a
Member of weaker section of citizenry in  USA or  a member of Have_nots in USA who has no
way to **go to power of adminstrations of the So called Richest Democracy in
the world. So the Democratic rights to vote in an election is mostly given to
USA Citizens but no federal, state, or local authority in Goverments do ensure
that Have_nots in America mat be elected to National, State or local
statutory election (USA), Government must grant initial public Assistance
Money or all monetary necessities to  HAVE_Nots to Contest election as
pledged to all citizens in USA as member of " WE THE PEOPLE"  and
democratic electoral benefits and acts of representations in Governments. M
Geronimo Jr is planning a Federal Civil action in U S. District court SDNY 500
Pearl Street , NY ,NY 10007 as the USA offices , N Y State offices ane located
in the Jurisdiction and Mr Joseph Geronimo Jr** is registered clergy I with City Clerk in
**Global, New York and USA incidences of Corruptions must stop against weaker
People in JUNGLE Demodracies. All respectfully submitted for grant of prayer /
Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs.
Appellant (sole)  the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac
Lake, New York 12983.**



Page 41

bd decision
WCB 4/8/04

84

claimant has failed to submit evidence as directed in the Memorandum of Decision filed January 24, 1996.

Accordingly, the WCLJ decision filed December 4, 2003 is AFFIRMED. The case is closed.

All concur.

_____          _____          _____
Scott C. Firestone              Ken A. Henry                  Frances Libous

K
4/13/07

Three
Judges
as Defendants
as they tried to
harm plaintiff
illegally
and within
due from

8/8/07

Claimant -
Social Security No. -    Joseph Gennuimo
WCB Case No. -          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
Date of Accident -       0021 4088
Dispute Office -          02/25/1992
                         Albany

Employer -               Hardaway Interests Internat
Carrier -                State Insurance Fund
Carrier ID No. -         W204002
Carrier Case No. -       37488-422.083
Date of Filing of this Decision - 04/08/2004

ATENCION:

Puede llamar a la oficina de la Junta de Compensación Obrera, en su area correspondiente, cuyo número de teléfono aparece al
principio de la pagina y pida información acerca de su reclamo(al)(caso).

EBJRB-1 (6/99)                                                        Page 2 of 2

employer
& Ex employee
"Karoun"
Roy
Kenli

*IN USCA*

## ***World News*** from New York City : Request to any/all News reporters of current world including those in USA. Sirs/Madams; PI cover the news on following ****** issues in respect of Mr Saddam Hussain, on a basis of Human consideration and due process of laws and uniform laws on vital issues of human freedom, justice, equities in Human anima societies world wide in so called democratic environments. The dictation of superpowers or allies or this powerful interests groups, if dominate in wolrd of human justice, there are losses to human dignities and our faiths to Gods, as symbol of Justice. Thanks & regards to all of You. The Reverend Joseph Geronimo Jr aka K Roy , New York City. 21st October 2005 appellant/plaintiff

**Pro SE)** 12/2/2-6 **In the United states   Court of Appeals for the second circuit of New York,** U S Court House at Foley Sq at center Streeet, N Y 100( USA, **date of fioling   10. 21.18.2005 and , defacto appeal, from the U S District Court , Pro clerk's office,** S D N Y ,500 Pearl Street, N .Y, , N , Y 10007, USA for the decisions repeatedly, to return complaints. A sue. from U S citizen. ; without judgement of a sittin and tenured Judge of court. in violation of Constitutional right of U S citizen, 1st amendmendright to petition Govt to redress grievances. The grievances we not even recorded, and judgements were denied and no rule of Laws or Jungle Democracy were prevailed. Emerge Motion; USA Party as Defendant/ appellee   Kamal Roy /AkA / a U S National Plaintiff /appellant The Reverend Jos Geronimo Jr, sole appellant on poverty clause See FRAP , FRCP , PI see copy of notice of appreals filed earlier, petit

to file appeal with waiver pf fees for appeal filed with the above court earlier, copy enclosed & see exhibits.

The Unincorporated Associations are independent Plaintiffs **profit Tax exempt by I R S, U.S Dept of Treasury, New York , issued from** Affiliant **Brooklyn, N.Y office in 1992.**

Under find the exemption

**That in petition I wrote my international concern about reputation of USA so far due process of Laws under U S Constitution, as I am an active living member of " We The PEOPLE" In USA. I complained that some of the affairs in dealing with arrest and US Custody Of Mr Sadam Hussain, ex a foreign Leader and may be an ex dictator of Iraq. Now USA under and as Hon. George W Bush the President USA may commit a crime and civil rights violation as described in the main scripts of complaints filed with appeal court and District court when I moved US court of Appeals 2nd circuit when I failed to docket my complaint as above , then I appealed the decision of pro se clerk of District Court to return my petitions of complaints, Apeal was filed with notice and frsh complaints wer filed with district court and I pursued the appeal so that US Court Lawfully accepts my complaint. All matters are pending before all courts cited above. Yhe impending**

That ABOUT 80,700 54,700 + people dead in Govt estimates in Pakistan and India, and thousands facing imminent deaths due to lack of timely and emergency medical , housing, subsistance facilities ; and 3 millions of other victims in about last 75 years' worst Earthquake in south Asia ranging Pakistan , India , Afgamistan. LET GODS BLESS DEPARTED SOULS from nature to SPIRITUAL WORLD of heaven of gods and heaven of equities.

Let GODS be merciful on people with blessings to all to receive due process of all LAWS. UNIFORM APPLICATION of national laws of a nation and International laws help growth of equities and harmony in people; and in absence of similar understanding, no sustaining PEACE can be secured by SUPERPOwers (of they do not strategically try to equate human rights and halfts for pursuits of lives and pleasure among Have, nots, weaker people at al in societies of so called democracies in the World with optional application of laws used for oppressions to poors and distribution of privileges to powerfuls and rich. Quoted from Joes literature Mobile publication ... **"JUNGLE DEMOCRACY ...oppressions ..."** **By Joe , a Priest of "People", for Gods, devil , humman gods, Democratic Devils, el al who demand firther equities ..." In Gods we Trust" ; In Mother Nature and in the People, We Trust "; We trust U S A ; We trust citizens world wide and love them**

The W C Board, N Y State, Albany, N.Y 12207 / In the U. S. District Court, S.D.N.Y, 500 Pearl Street NewYork10007/In the **United States Court of Appeals for the** **2)nd Circuit. NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed : 9.20.2005 Title of action ; "Jungle Democracy . Cat and Mouse Doctrines ..oppressions  by rich and powerful people/ Nations  to weaker/poor people./Nations (foreign)...... etc..." Book Volume by Joseph Geronimo Jr / aka Kamal K Roy ( A  LEGAL ENTITY) , Publisher: Reforms INTERNATIONAL , P O Box 1173 Saranac Lake New York 12983 ; Kamal Karuna K Roy /aka/Joseph Geronimo Jr  plaintiff/ Sole appellant on Poverty clause THE REVEREND Lisa N Roy  : chief editor, Jungle Democracy..etc . Hon Acting  Executive Officer, Handicap Interests Int'l - W R Group ( Parent Group :H I I Inc.A  New York State not for Profit Corporation,& registered as charity with attorney General N.Y State , &  in  places abroad; incorporated on Nov 2 , 1984  as Non Profit Association; Reforms International, et al  all addresses PO Box 1173 , Saranac Lake, New York 12983 ;  plaintiffs/Petitioner  as sole  appellant V......The State of New York, Albany, N Y;. Gov  George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park Street, Albany, N Y 12207 ; State Insurance Fund NY State, 15  Computer Drive west.Albany,  New York 12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted illegally, as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights./Human rights against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as complicated Immunity like environments in Jungle Democracy of New York State, as virtual  white color criminals and as  corrupt people/ white color criminals in USA, et. al, Hon Judge  John G Roberts Jr ,appellate Court Judge  and now supreme court nominee,USA; The (very) Hon. President of U S A  George W Bush , The U S A, Washington DC; Verizon wireless, N Y;.Adelphi The U S Senate, Capitol, Washington DC ; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington DC ( 2 ) THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE  White House, 1600 Pennsylvania Ave, NW, Washington DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G.  ROBERTS JR an Appellate Court Judge, (50 yrs, approx.) c/o  The white house, Washington dc: Filed copy  with the WORKERS'COMPENSATION BOARD,N Y State, Office of APPEALS, ALBANY, NEW YORK 12207 defendants/ appellees ( now a total of 61 Defendants who did violate  Civil/Human Rights of plaintiffs and sole appellant Mr Geronimo Jr is now on poverty clause(2,)LATEST Background of civil and human Rights Violations: 1. One Jr appellate court Judge, named  above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe, at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above.

Registered Republican, Board of Election, at Franklin County New York State :: a registered Clergy in New York City Clerk's office, 1 Centre St, New York City , NY 10007. All are invited .

# Title : "jungle democracy .. Cat and  Mouse doctrine ...oppressions Of rich and powerful to weaker people ..."

an electronic book and hard copy editions Publisher : Reforms International : By Rev Lisa Roy : Chief Editor and World wide part disabled mobile and stationed priest at places as required. et/al.. plaintiffs/appellant ISSUE : Courts may not refuse filing of legal violations and grievances against Us GOVERNMENT, ET AL ON MINOR PROCEDURAL ISSUE FOR FILING AS THE u s Constitution guarantees filing such GRIEVANCES TO ANY Government for securing Justice for United States Citizens. The District court /mU.S vioalated US constutional guarantees to Citizen/Plaintiff/ sole appellant no poverty clause : May be the U. S Supreme.Court may have to decide resolution of the issue raised by the Sole appellant now, Joseph geronimo jr, a disabled unknown priest looking for US Justice but he found etreme

**Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Demodracies. All respectfully submitted for grant of prayer / Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs. Appellant (sole)  the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac Lake, New York 12983.**

In the International Court of Justice (World Court, U.N.O. sponsored), at Peace Palace, HAGUE The Netherlands, Europe/ In the United States District Court, a of District of _____

abusing power of Govt. Court is requested to rule who in fact shares power in current Iraq while over one hundred thousand of foreign, occupation force of USA and allies are dictating democratic principle alike Principles of Jugle Democracies ( Iraq has no free elected Govt by any laws and defendant U N O has kept low profile world union with tracit collusion/alliances with USA etal for maintaining democratic union of nations of theworld). are parties Included as Plaintiffs and defendants in USA and elsewhere.++ Revised I Trillion to Ten Billions JG as Defendants (among total 64 defendants, all parties are presumed to be Democratic and lawful to maintain Status Compensatory and Punitive Damage claimed U S $ One Million minimum, upto Ten Billion U S $ and currency value rare at rate of Eurpean EURO Currency , as the minimum currency coversion rate on date of filing and not on date of settlement of Damages based on violations of trial at the court Jurisdiction of ACTION filed./ Jurisdiction of the court is secured. Democratic ( ¾ )/ One Billion/ Ten Billions/_____ U. S Dollars of current_value++++ to be decided by    right & Value Jury at trial : Grounds of legal actions : Miscellaneous , selected on violations of LAWS.: That.. Complaints were filed in proper courts and all the Statements and marked exhibits are true or quoted from published &Public Records, and the statements here are made under penalty of perjury under any laws of nation noted herein, and furthermore the entire text is sworn to be truthful were filed lawfully +++ **In the International Court of Justice ,** Hwy **Hague, the Netherlands; & Other U, S District courts in USA.** Power_hungry Leaders , my Abusers, OPPRESSORS, Human_Gods & Democratic devils of world including Leaders of super.. ABUSERS and OPPRESSORSP including those in powers including USA if PI return to democracy and grant freedom , liberty and not right to live peacefully without foreign interference with allies as domestic Crooks Who may collaborate with devils and anti_Gods to serve self interests or interests of motivated coterie of people to destroy rule and peace of Term majority in democracies around GLOBE. Enjoy Happy holidays and arrival of 2006 shortly. HAPPY HOLIDAYS ALL Ful OVER THE WORLD. PI make holdays and Chrismas as time for beinning of " New era " to suggest to communities In around you and beyond any boundary or barriers in respect of people that you desire to live in peace beyond national origins, races, religions , democratic diverse ways ; and You promise to work within your power and sacrifices to end "Jungle democracies etc "... Main Issues:.. Violationma of...Civil /Human Rights & Damages claimed by plaintiffs with minimum damages of one Millions of U S $ upto Ten Billions of U S $ ; and Jury is to determine correct amounts of Damages as plaintiffs claim thayt amount of Damages toba massive and cummulative for pain, sufferings and money losses due to neglects, oppressions, use of optional protections of laws not equal protection as provided under laws, denial of rights , freedom, dignity etc in environments of Jungle democracies , as if laws was non_uniform, abusive and depended on powerful people/ Nations/ Superpowers. Nation/s. One Plaintiff is a mobile Clergy within many court Jurisdictions for Oppressions / Neglect/ Domestic/ International laws violations. Plaintiff is world Citizen/ a mobile Strategic Priest of Religons/ multple nmed Gods at different Geographical Regions with diversities in Faiths etc etc, with basci human being as criterion to assemble world_wide as member of Human animals , but with most Democratic values . principl/ Regional Laws / Ethics

In extremely serious attack from the Powerfuls. Many worldwide in de_controlled Democracy , what Plaintiff #1 by Joseph Geronimo Jr aka KaMAL KarunA K Roy now a lawfully U S A National/Citizen ( of USA) Happy HOLIDAYS upto & including January 1, 2006 fromchristmas Eve on December 24 , 2005 as of & prior to **Date of Filing: 12.27.2005.+++USA & other numerical dates outside USA pepending on time differences worlwide but complaints mailed simultaneously for all courts on different grounds of Legal violations but the environment of misc violations are close to some extent.++++++++IMPORTANT ISSUE DESIRED to be adjudged in courts along** with other ISSUES raised in complaints/affidevitsat trial of the Civil action below::.+++Human animals like individual Plaintiff in these actions are born of humane Love and animality with the Privilege and sanctions of Mother Nature , Gods have of course blessings in thje process, as human beings prefer to trust and grow faith in such phenomenons, The

U. S. Court

All Complaints filed : **In the International Court of Justice, Hague, the** Circue **Netherands; & Other U.S District courts in USA.** The Reverend Joseph Geronimo Jr /aka/Kamal k Roy All pro se for Plaintiffs as Individual or unincorporated Associations including the book volume of nti_thesis of Democracy named Plaintiff # 1. Dated 12.27.2005 107 A Scribner Avenue , Staten Islnd , New York 10301, USA; Mailing address P O Box 1173, Saranac Lake, New York 12983,

Reverend by Joseph Geronimo

8-14-2006   or a/2/c kamalon

N: 8-14-2006                    — List Defendants —

2A-1                    Cause f/Violation Perm
                                              — for failure
                                              to safe guard f/rights
                                              law for people

① Hon. U.S.A. President Hon George Bush,
   White House, 1600 Pennsylvania Ave NW,
   Washington DC 20000

② Hon Dick Cheney President as senator — do — ____
   The Corporation Counsel                              — do — al

③ City of New York    100 Church Street
                      New York, NY 10007                — do —

④ The U.S.A. Govt c/o US Attorney, c/o US Court House
                                          Washington DC 20000)

⑤ Lisa Nisbon Roy        14 Kiwassa Road #5E, Saranac Lake, NY 12983
   The State Insurance Fund                        — Must ensure
   15 Computer Drive West, Albany NY                  fellow citizen
                                   12205               get Justice

⑥ Henrietstown Housing Authority                   failed to
⑦ and Ms Debbie Terbush                          Act on complaint
   14 Kiwassa Road                              quasi Govt body
   Saranac Lake, NY 12983                       failed to act rules
                                                and Civil rights

⑧ 'Citizen's Bank' Branch                       — do — & violated
   at Saranac Lake, NY at Broadway                Misc Law
   12983                                          — do — & estry
⑨ Mrs Kelly Peterson Manager — do —               Public Laws
   Workers Compensation Board,
   State of New York                             — do —
   20 Park Street, Albany, NY 12207

⑩ Workers Compensation Law Judge Nr 7, 20 Park St  Violate
   to 16            c/o WC Board, NY State,           Law &
⑪ ++          Pasternack Popish et all,   Albany, NY 12207  Due process
            Attorney's at law            see attached    Should
                                           name         state facts
                                                      for Lisa N Roy
                                                      in WCB
                                                      violation

⑫ { New York State officer                        — do —
   { (State Insurance Fund)
   { Nancy Wood Attorney 199 Church St, NY, NY 10007  — do —

   Mr Douglas J Hayden                            P.To 2
   General Attorney        Note: # of 6 here ban

Kamel Roy   Note: More Defendants being listed Defendants as of 8-14-2006 and
8-14-06                          141 Nrs              Rising because
                                                     Violations are continuing

⑭

USDC / ~~Wa~~ Delaware

**World News from** *New york :8.6. 2005* :: Coventional any American/ U.S GOD was made Defendant like any non_ individual or corporate Defendants, in a Civil action in USA; as any conventiona God in US/India failed to control civil_damages , & individual Plaintiffs suffered:: In *UNITED STATES DISTRICT* Court, SDNY,500 Pearl st, New York , N.Y 10007 , US.(CIVIL)

(193)

judges of Workers' Compensations Board alleged to have violated criminal and civil laws to harm and damages to Plaintiffs.

**** FRCP and CPLR Motion & Mobile afidavit # 58, A & B , C,dated 7. 28 .2005 for new decision for evidences found since Post appeal filing with WCB, NY State , decisions filed on 1.24.1996 and another on 4.6. 2004 and motion to reopen case pending since June 2004 to reopen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Nazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005.

Jurisdiction s : USD Court SDNY,New York as white color crimes took place by mostly bureaucrats of NY State, and Gov George Pataki NY Governor, el al in sdny Area, Joseph is a mobioe priest at New York Manhattan areas, though very sick and disabled. A he is a registered clergy with City Clerk, Manhattan New York, a victim of auto accident at FDR drive, while at job on June 7, 1993 et al

Address of All pleintiffs    P. O Box 1173    Saranac

Lake, N.Y 12983 Ph 518 8915466 & cell ph 315 278 5001

U. 3p.

E_mail : VISHWA12@hotmail.com    That 10/36/2006

7-21-2005

Civil right violations of US citizens and dishonor inflicted on US non profit smaller corps and associations. Defendants were careless maintaining laws pursuant to Laws and U.S constitution as per their oath to office, or they were engaged in violations of many laws of USA or parties like the York York crimes often ignored social responsibilities and made false propagandas/ advertisements for their Publications to make sufferings of plaintiffs worse. As Plaintiffs suffered many losses not fully evaluated in money terms, Jury may make lawful awards though minimum amount demanded has been quoted in scripts below or above.

Demand damages: 50,000 US $ to US $ 500.00 Millions in punitive and compensatory damages. Jury Trial Demanded & prayers to issue court order for criminal investigations in violations alleged byGovernment entities and individuals

We sent used prayers to order of court to US Law and enforcement authorities to investigagate criminal violations by any/all parties under all criminal Laws of of Usa as the plaintiffs failed all efforts Global and corrupted Made to such authorities in past and so far.

As there are one active Court actions are pending Plaintiffs fail that violations are by Principles of THERE DEMOCRACY ~ offression ~ Warfare %

**Plaintiffs** are sad to announce that conventional Gods are losing powers to the **assumed rulers &** **dictatorial HUMAN_ GODs** all over the World.. **Conventional GODS and divinity concepts** are definitely superior Human_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths. ? **Raise SLOGANS** world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign Control" from writing of the reverend: **JOseph Geonimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff)** of newer people from tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppression by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused civ rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or cjhief editor the Reverend Lisa Roy as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :H I I world Reliogions Group suffered for loss of recognition by most of defendants.So damages are claimed as described below and above by a jury Trial

C-20

20  New York , 6.10. 2005; 6.11.2005 Early at Oriental Nations ; WORLD News: :. Affidavit #
18- A & B, dt 8.10.2005. with reference to ++all+ previous affidavits duly filed until 6.9. 2005 to
WC Board, NYS and to  the U S attorney, NewYork N.Y 10007, USA et al the USA President,
Heads of all Nations, and the Secretary General, U.N.O, World Body in New York, New York  at U N
Plaza, New York,  in the below related matters  or  above or  matters filed before withany
authority of Laws and Administration of USA, NY State or any bonafide entity of Laws; and cplr
4404 Motion To full Board of commissioners. Workers' Compensation Board_ NYS, Appeal office
20 Park Street Albany NY 12207 filed by certified mail  on 6.7. 2005 new evidences found since
two panel decisions filed on 1.24. 1996 & 4.8. 2004  on the pertinent issues of appeal,and  for a
decade .ALL lawful federal and state investigations are demanded for various irregularities and
violations of laws, to  the Federal and State authrities , as we call it Corruptions; TWO N Y State
attorneys posted at the State Insurance Fund at 15 computer drive West Albany new York 12205
named as: Ms Nancy Wood  and Ms. Estelle Kraushar (of SI Fund NYS)  now under Mr George
Pataki Administration, New York State should be immediately arrested  by F B I, US Dept of
justice, for submitting false reports in respect of WCB pending cases in 2001 and 2005 (claimants
: nirban Roy & Joseph Geronimo Jr  to defacto state court :WC Board, NY State when such
claimants did work and sustained serious injuried in 1999 and 1993 in various work related
accidents and such attorneys gave no due process of Laws to citizen with intents to jeopardize
their safety of lives du to injuries, when they alleged fraud by claimants without any effort to
prove such crimes by claimants. NY State attorney General  shoul try to disbar these two corrupt
Bureaucrats (attorneys)from practising law in State of New York, for  their intentional efforts to
file  and harm sick citizen by Statements  made to WCB ,NY on differents dates to cause  damage
and human body safety of two WCB claimants and  to make a small employer not small but a
bogus Entity, whhereas as the employer H I I Inc was a duly tax exempt non profit socio religious
organisation since 1992  and /or before since samaller non profit entity in USA, currently it is a
smaller to medium size International Organisation; Arrest of CPA Auditor for SI Fund also
demanded. arrest of one late middle age to senior citizen attorney of Travelers Insurance

company, if he is not expired yet and has not yet gone to hell house or Heavenly abode
of good men ( we don't have conviction from a competent Court of Earth yet;  Arrest of some Judges for
criminal negligence in office and charges of perjury in  high offices of Judges. WCB, deemed TO BE court in
New York State  COURT SYSTEMS under Statutes: miscellaneous demand, WERE ALSO MADE; but as per
per persons 2A to 2C wrote a false report on WC Board file and contents of file  due to
old age and/or blindnes and/or in a conspiracy to corruption as alleged they together  did
also write false statement about Judgw D JEFFrey ROMEO WCB At Saranac Lake, NY
12983 as in open hearing Mr Romeo told claimant thar on 11.25.2003 he refused to
grant temporary reliefs and no further action was planned by

WCB at that statge, Judge Romeo is no 2D 3rd party respondent as claimant Geronimo
has personally handed him copies of incorporation of H I I Inc. He may not be able to
   hide truth of facts in June of 2004 we informed WCB nys, APPEALS OFFICE FOR
   MISC_IRREGULARITies AT DECISION OF THE 3 uDGES PANEL AS FILED ON
4/8/2004, as the corrupt Judges altered Judge Romeo's  decision filed for haering of 11.
25.2003. The Judge Romeo never closed any WCB Cases. The panel of judges make
fictitious, illegal recording that Judge Romeo, WCLJ's decision  not to reopen cases were
affirmed etc, that a bunch of stupid court decisions on part of Pnel Judges. The motion
was filed to amend decision of 3 panel Judges including one Mr firestone. See marked
   exhibits for the truth of claims by Geronimo Jr aka K_Roy. bUT ON REPEATED
   ENQUIRIES NO DECISION ON OUR mOTION cplr 4404 , NEW EVIDENCES  POST
   APPEAL FOR A NEW DECISION PRAYER AND DEMAND WERE PLACED IN
   SUSPENDED OR UNKNOWN ANIMATED STAGE.wE NAME wORKERS'

There is nothing wrong, immoral or illegal about to look back into any episode & action
of a State , people, Nation , or individuals if complaints develop in Public which
potentially damaged interests of even  unknown /any citizen  of a Democracy in Globe.
Common People are visually weaker in any Democracy. but some day, any time. they
may grab control of democratic admn of any human_animals settlements. So wise and
powerful  human_animals of current time, pl learn art of shared benefits of power of
democracy without delays: from writing of Jungle Democracy   .. / by joe Geronimo Jr

14-c

In the **International Court of Justice (World Court , U.N.O.
sponsorred) , at Peace Palace,** HAGUE, The Netherlands , Europe/ In the United States ( of
America) District Court , District of_____ Supreme court/    Court of_____(Nation/
Country) Civil Jurisdictions . CASE No.____ Date of filing : 12.28. 2005

are put to sleep by all viz Superpower/s, Most members of country recognizes By World body ; U N O for decades
now. ++U.S.A/U.N.O/GOVT OF INDIA / **USA Based Democratic God . Mr George Bush the uncrowned Emperor
of BUSH COUNTRY / USA also known as The United States of America c/o US Dept of Justice , Washington
DC. are Defendants among 62 defendants now. ( There are 5 Plaintiffs) ( Both lists attached ) + + +**
* Democracy and essential features or Laws are put to sleep by all viz Superpower/s, Most members of country recognizes By World
body ; U N O for decades now, people and Associations, like Plaintiffs .did suffer   and damaged of Huge monetary losses and
opportunities and living plaintiff suffer pains, suffered  from loss of Dignity and freedom to act to enjoy life agendas, and compensation
for damages hae been accumulated to  and upto tens of Billion Dollars. Of US currency and equivalent amount of EURO currency of
European Union. Damage claimed should be at a minimum rate of Euro currency as on date of filing  at different
Jurisdiction of Laws/ countries on different violations so that damages claimed are not repitatives, although damages to Plaintiffs
occurred from similar democratic abuses to correctly defined as countries Democracies. Gods willing some day we the PEOPLE can
unitedly change the currents of abuses with common Peoples' uprisal  in DEMOCRACIEs. Until such time arrives plaintiffs have to be
satisfied with amount of Compensation, if granted, as demanded anf respectfully submitted to various courts of Laws,Criminal
investgaations may also be ordered, as essential to restore steps of Democracy=ies, a promise to people by the proponents of the Ruling
strategists/ thorician, but the strategy often delivered so little to commoners, weaker citizen , poors, handicapped ane mostlt the
HAVE NOT 'S  in democracies except for balloting participations devoid of promises made in the process of Democratic
Administrations world wide. The by product ,prominent in missed democracies are HUMANGODS, DEMOCRATIC  DEVILS Etc who
are the people from a powerful President of a superpower nation / snr common miscreant in say India who were by reality been
Government TOP Cabinet Ministers taking bribes for oil for food programs of Iraq epesode to Members of Indian Parliament beyond
party lines, a Taxan powerful leader of recent past who was allegedly trying to evade democratic State Laws of prevention of Money
Laundering for political campaigning etc to alleged manipulating national Govt intelligence Report to Launch an  War  on a country in
coating of Prevention of International terrorism. The UNO has become a defacto seal of Rber Stamping the tricks of superpower/s and/or
powerful Nations. **Judge  Hon. Jury Trial demanded ++ c/o 620 General Delivery. + + + + + + + + + see
Marked Exhibits + + + following complaints , and poor  theme to be witness of oppressors and the majority
people as oppressed, and we introduce such GOD  THEME as " WITNESS  GOD" and words in prirint to be
written as "SAKSHI GOPAL "+ the Defendants are not hostile but they are lawfully obligated to witness
and / or defend the action so that action becomes hopefully successful in Court with miscellaneous benefits to
Plaintiffs , et al.**++ Short  title of the civil action  "Jungle Democracy .. Oppressions of powerful/ rich people/ Nations/
Superpower to  all weaker people/ Nations ...etc " EIN & Tax exempt ID  ( by (IRS) 133566610    **v. The
State of New** York  c /o  N.Y.S Attorney General, 12o Broadway, New York , N.Y 10271. ,  U.S.A
Government c/o U S Attorney General, JUSTICE DEPT,  Headquarters .. Washington . D.C: The U N O . York,
N.Y: Govt of India . New Delhi, India : Govt of West Bengal, writers' Building, Kolkata 700001, West Bengal,

Footer :    ——Complaints filed :  **In the** International Court of Justice , Hague, the Netherands; & Other
U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court
above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy All pro se for Plaintiffs as individual or
unincorporated Associations including  the book volume of  A nti_thesis of Democracy named Plaintiff # 1. Dated
12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA; Mailing address : P O Box 1173,Saranac
Lake, New York 12983, USA;
E-mail;   vishwal2@hotmail.com ; tel.. (U.S.A)  518-8915466, 315-276-5001.

> GODS may or may not help people in real distress but ways to attain GOD_HOODS Are  religious faiths ,
which are deeply  rooted in people since births. Religions may not be easily infringed with political
oppressions, of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN  GODS and the
Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES..
OPPRESSIOns OF People " : QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by
Joe the Priest. 12.28. 2005 new York City, USA and world  wide Locations.

USDC/ Deledar

The W C Board, N Y State, Albany, N.Y 12207 /In the U. S. District Court, S.D.N.Y, 500  17
Pearl Street NewYork10007/In the United States Court of Appeals for the
2ⁿᵈ Circuit, NEW YORK 10007 at U.S Court House at Foley Square at Centre Street.... Filed :
9.20.2005Title of action ;"Jungle Democracy , Cat and Mouse Doctrines ..oppressions  by rich and powerful
people/ Nations  to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo
Jr, / aka Kamal K Roy ( A  LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac
Lake New York 12983 : Kamal Karuna K Roy /aka/Joseph Geronimo Jr  plaintiff/ Sole appellant on Poverty
clause THE REVEREND Lisa N Roy  : chief editor, Jungle Democracy..etc , Hon Acting  Executive Officer,
Handicap Interests Int'l ~ W R Group ( Parent Group :H I I  Inc A  New York State not for Profit
Corporation,& registered as charity with attorney General N.Y State , & in places abroad; incorporated on
Nov 2 , 1984  as Non Profit Association; Reforms International, et al  all addresses PO Box 1173 , Saranac
Lake, New York 12983 ;  plaintiffs/Petitioner  as sole  appellant V......The State of New York,
Albany, N Y;, Gov  George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park
Street, Albany, N Y 12207 ; State Insurance Fund NY State,  15  Computer Drive west.Albany,  New York
12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted
illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/Human rights
against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as
complicated immunity like environments in Jungle Democracy of New York State,as virtual  white color
criminals and as  corrupt people/ white color criminals in USA, et, al, Hon Judge  John G Roberts Jr
,appellate Court Judge  and now supreme court nominee,USA; The (very) Hon. President of U S A  George
W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC
; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,- washington
DC ( 2 )  THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE  White House, 1600 Pennsylvania Ave, NW,
Washington DC 20500 3 The United States Senate, Capitol, Washington DC 4 , Hon John G. ROBERTS JR
an Appellate Court Judge, (50 yrs, approx,) c/o  The white house, Washington dc; Filed copy with the
WORKERS'COMPENSATION BOARD,N Y State, Office of APPEALS,.ALBANY, NEW YORK 12207 defendants/ appellees (
now a total of 61 Defendants who did violate  Civil/Human Rights of plaintiffs and sole appellant Mr Geronimo Jr is
now on poverty clause(2.)LATEST Background of civil and human Rights Violations: 1. One Jr appellate
court Judge, named  above was  nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICE,
at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,

United States Court of appeals for the 2nd Circuit U S Court House , Centre
Strreet, at Foley Sq , New Y0rk N Y 10007:to be Filed : on 9.16. 2005 .
Civil complaints/ appeal from certain decisions of district court before
dt 9. 16. .2005 on to accept complaints latest as on 8.30. 2005 by Hon
Pro se clerk in behalf of U S Court with authority of las but we allege that
th had been violations of U,S, constitution not to accept grivances from
citizens against Government actions which violated Civil/Human rights of
plaintiffs/ and sole appellant Now: " Geronimo Jr/ aka/ K. Roy s s # 578-
80 -4399 _ A U S A Citizen. He is a Strategist in Religions & GODS . He
belongs to Handicap Interests International --World Religions Group.. ( Tax
exempt_ EIN 133566610, USA) and Ordained Clergy in USA and in many
countries.
A Civil rights concern in U S A is as follows ::: Judge John
G Roberts Jr is possibly not the desirable nominee of Chief Jus tice of The
Untited States Supreme Court. ALL Senators, beyond party lines of The U S
Senate, be very careful about approving nomination which denied senior more
competent and with proven abilities Jurist, to be appointed to the Highest
court of Laws at the most powerful position to safeguard Ustice in USA, by
Mr Bush , with proven and known records of Human right/ Civil rights issues

**Global, New York and USA incidences of Corruptions must stop against weaker
People in JUNGLE Demodracies. All respectfully submitted for grant of prayer /
Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs.
Appellant (sole)  the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac
Lake, New York 12983.**

Hon Mr
Robert
issue
and violation
of citizens
right
for a
secured
unified
jurist

for Job + Justice

ORIGINAL

the United states District Court of ... D,C / S.D,N,Y.............. District of ...Washington DC/ New.

., USA............. Civil......... ADDITIONAL..Complaints/ AFFIDAVITS   – Docket # _____ Judge _____ FILED

Defendants Continued

...Plaintiffs listing consists of ..all democratic entities including a Book volume published and defendants
include a US based entity "GOD". The plaintiffs and association as unincorporated lawful /entities also reflect
blessings for honest work and good faiths of people, God faiths, but the Defendants did not show legal help
to Plaintiffs when necessary under various Laws of USA, India, Iraq, nations world wide to lawfully assist
Plaintiffs and failed the plaintiffs errors, neglect, abuses, violations of laws and damaged and caused pains,
losses and prolonged sufferings. GODS ( through American, USA Followings) also failed possibly through
pale followers : The chairperson, Editorial Board, "Jungle Democracy oppression of rich powerful people/
Nations/ Superpower Nation to weaker people/ Nations to disturb regional and international peace, harmony,
live of human animals: Their Faiths, Religions, life styles, heritage, identity, National origins etc etc ... ( total
62 Defendants, full list of Plaintiffs ( 5 ) and the defendants ( 62 ) are attached and their illeghal actions of
defendants are listed in marked exhibits

That all prayers and Damages may be granted

Defendents Continued from Page 5

Full List J Defendants from Page 7

That Kamel Roy a/k/a Joseph Geronimo suffered for deeds

11/10/05

3/23/2006

12/1/06

3/29/06

**IN The_____ COURT _____ Jurisdiction / Country___**
**Civil/Complaints / Appeal_____ : Mu g Allet**

n the U.S. District Court, for Texas at Austin Texas appeal notice of appeal to _____ U S Court of
PPEALS _____ Texas USA  for the Middle District of state of Lousiana ,at Baton Rogue, LA, Louisiana ,LA, USA ( ): al
ed at different Jurisdictions for different violations in the Same Jungle Democracies including at following Jurisdiction U .S District Court, _
various jurisdictions including EDNY, US Court House, @ cadman Plaza, downtown, Brooklyn, New York 11201, Middle District for the Stat
Luisiana at Baton Rouge  LA , USA .any other courts where part but  different reiefs have been prayed have been noted in below scripts.
filing : 1.27.2006

Complaints/additional affidavit for case no _____ for filing/ for appal/notice of appeal to _____ court/ to the Court of appeaos
Circuit ___at Texas, USA

**as a Democratic Devil in admn of Justice in USA. If the accuser of lawlessness is a**
**weaker person . the violator of laws go just undetected. unpunished.like a true Hero in**
**USA But Plaintiff considers that the corrupt must be pursued till the accuser gets some**
**standard result in judicial process. The defendants caused pain and sufferings as well**
**as dishonors to plaintiffs and laters were damaged . trherefore compensations are due**
**for damages in Jungle democratic dysfunctions in USA.** + + + + + + + THE LISTs OF
DEFENDANTS HAS INSCRIPTIONS OF SPECIFIC LEGAL VIOLATIONS OF EACH OF THE
DEFENDANTS AGAINST PLAINTIFFS AND OTHERS AND THE DEFENDANTS HAVE CAUSED DAMAGES
TO Plaintiffs due to legal violations  and  the cause of damages against  each defendant  has been
summed as the Total claims of damages. As the complaints were filed in different Jurisdictions of
laws in different countries, the sub categories of legal violations are different in entirity. and 5

Nos palintiffs all by " **Joe** ", and aka's in lawful capacity to represent unincorporated

associations including  Plaintiff # 1 which is a legally publiShed Electronic book volume EIN of
USA 12-3566610 of 107 A scribner Avenue, Staten Island, New York 10301 (City  & State of New
York, U S A: Publisher : Reforms International  all mailing address P O Box 1173, Saranac
Lake,New York 12983, USA. for Oriental address ,  do hereby swear all acts above and below. &
and the facts swon in Marked Exhibits: M E # 's and poor person's affidavit and encosures to
support facts n the lists of totl defendants as of today, 1-20-200, as to be true and bear facts and
truth of oppressions at various times, at various occasions. An unemployment Insurance division
lady Admn Law judge  g at the Buffalo office, New york, amed   :Ms Catherine Brown , Admn law
Judge  Unemployment Insurance division of New York State Dept of Labor) and during violation
she officiated as a Judge , posted on duities in 2000-2001 at Niagara Falls  under jurisdiction of
Buffalo Office unit has been added to her role in falsifying a statement under oath in hearing in
unemployment insurance matter in respect of Handicap interest International , and she wrote in a
statement  of ruling that a claimant to bonafide insurance claimant  told her that the claimant was
born in two different countries. So for her judgement which was based on perjury  to wilfully stop
a claim illegally , thus, she harmed the claimant of unemployment Insurance of ex laid off
employee of his dues: Employer was a tax exempt non profit religious organization , a Plaintiff in
this action. Her corrupt assistants or associates may be named later.pl  see main scripts below.
This matter may prove how easy, prompt and evil decisions can so easily be taken by a sitting
Judge  and how criminally she performed to deny benefit and justice on a weaker unprivileged
person in a Democracy with direct participation of another Defendantin this actions. Several
petitions of complaints in the episode in 2000 –2002 to othjer USA and City Governments were

"Jungle democracies" as harmful events , destructive & abusive ethics have grown supreme now  The powerfuls ,lIpeople/ nations &
or superpowers  may note that, It is time to amend. That Godhood and divinity themes were fairly introduced but fai;ing ,for now ,

The **U.S District Court. SDNY. U.S Court House.500 Pearl St. New York . York 10007**

_filed by_

**USPS fee  paid mail** Sto Court and others, court **fee US $ 155.00** by USPS Money order
***attached for civil court proceedings , rest may be decided by court

Matter both  civil and criminal                    Docket No.........................

① Jungle Democracy — oppressions  etc

, 1. **Handicap Interests International**- World Religions Group,Non Profit Tax exempt, (parent Group of
Handicap Interests International Inc , a  Type A non profit New York Corp, incorporated on Nov 2,
1984 as defacto part of plaintiff divn: Reforms International  publishers "Jungle Democracy........"548
West 160 St, new York , J Y 10032,  ***107 A Scribner Avenue, Staten Island , New York  10301.
**Mailing address********  : PO Box 1173 , Saranac Lake, New York
12983** .. N Y unincorporated  Non profit Tax exempt association. By kamal k Roy Non Executive
office& Lisa N Roy , Hon. Deputy Executive officer of above Plaintiff

② / The Reverend Joseph Geronimo Jr a/k/a Kamal Karuna Roy, U S citizen, Religious strategist, Social
reforms soldier, U.S Part  worker (80% approximately, medically )disabled Priest due to work related
injury in New York City in 1993,  Author, Mobile electronic Publication : "JUNGLE DEMOCRACY .......Cat
and Mouse doctrine to oppress weaker people/ Us Citizen , alien et al and foreign countries. et al. .......
Plaintiffs. All addresses as in 1. et al            **Plaintiffs**

(2) Lisa N Roy   P.O B 1173, s/6  NY 12983
, ① Reforms    Int 12   P.O B 1173  s/2 ,  NY 12983

1 .N Y State. Albany New York ,2. New York  City, City Hall ,NY 10007. 3. New York
Times, English daily, NEw York,NY. 4. George E Pataki New York Governor'S I
fund, 5.Travelers Insurance company albany n Y Ny 12201 6 and all parties
named in transcript below  7. Kentucky Fried chicken c/o Travelers Insurance
company as above    (5) Travelers Insurance Co  P.B 0760, Albany  NY 1220

**With prayers to order  of court  to US Law and enforcement
authorities to investigagate criminal violations by any/all parties
under all criminal  Laws of of Usa as the plaintiffs failed all efforts
Made to such authorities in past and so far.**

(V) Plaintiffs lived  in India for Some
Years until 70's and lived  permanently
in Usa  since 1980. Govt of India New Delhi
other Defendants failed Plaintiffs many times till 1980's until  now

****CPLR Motion & Mobile affidavit #  46A & B , dated 7. 18 .2005 for new
decision for evidences found since Post appeal filing with WCB, NY State ,
decisions filed on  1.24.1996 and another on 4.8. 2004 and motion to reopen case
pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal
Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor
policy of New York State Workers' Compensation Board 20 Park STREET, Albany,
New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac
Lake, New York 12983, 2003 , 2004 & June 2005.

**Non_Gandhian oppositions** and theological/ concepts of
new morales in Mass_ movements world _wide.

Original J. Geronimo strument um

WEB on

Jt — page 3

(7) Exhibit start from here

as relevant papers for action

Complaints to the United States Attorneys of various Federal court jurisdictions,including USDC NDNY/USDC jurisdictions/ to the District Attorneys of New York and Richmond Counties of New York State et. Al, for Investigations of Frauds,    3

elements of issues, even a mighty Regime , at the current times,may crumble and may break into pieces with their constant hit and run destructive ways. Leaders, now, may start dialogue with so called terrorists on issue based considerations of political systems most corrupt with Jungle democratic values devoid of equities for " WE THE PEOPLE" world_wide. The New York times a Good daily, the deponent had preferred to read many new items from the N Y Times pulications many times in past but the paper like any news media often failed to do job for weaker section people in General , as such in directly the claimants were weakened and Damaged in democratic benefits of society and the paper fits in our allegations  and is a 3ʳᵈ Party Respondent along with top people in modern selective benefit oriented society in world today. In yester years in allegations. Some reliefs are due to us for malpractices and their failures in jobs to democracy as of each Respondents.
*********************************************************************************
****************

To
All Members of Human_Animals of Nations of the World
The U.S. A President Hon  George W Bush
All Members of US Congress    President U S A    senate, capitol, Washington DC
The Secretary General, United Nations organisation, New York, N Y (World Body)
And the Member Countries of U N O.
ALL Authorities named in header section for lawful investigations of this sworn scripts.*************
Heads of All Nations
Heads of Major Religious , Political Organisasations
Human Right Commissions around the World
Roman Catholic Group of Religion with Head Quarter at Vatican City , Rome
MAY BE SADAM HUSSAIN ,  EX RULER  Of Ira republic now liberated or fighting for its National
Existence and independence
Any Nationalist or a terroist of the world in their efforts to survive/sustain/ independence
Of Nations
The Commissions (all Hon Members), WORKERS' COMPENSATION
BOARD, STATE OF NEW YORK <,ALBANY,  20 Park Street, New York 12207, USA

District Attorney    New York County    Manhattan
        do            Richmond County  NY ) NY 10013
                                        130 stuyvesant
The New York Times Co.                   Pl SS
Publisher of    New york              NY 10301
Times English Daily                              US DC
Published from N Y city NY                        DE
Travlers Insurance Co.   P o p. 246 Albany,
                            NY 12201

13 **In the International Court of Justice (World Court, U.N.O. sponsorred), at Peace Palace, HAGUE, The Netherlands, Europe/ In the United States (of America) District Court, District of _____ Supreme court/    Court of _____ _____ (Nation/ Country) Civil Jurisdictions .  CASE NO.: _____ Date of filing : 12.28. 2005**

to be written as "SAKSHI GOPAL" + the Defendants are not hostile but they are lawfully obligated to witness and/or defend the action so that action becomes hopefully successful in Court with miscellaneous benefits to Plaintiffs . et al. + +

Short title of the civil action "Jungle Democracy .. Oppressions of powerful/ rich people/ Nations/ Siperpower to all weaker people/ Nations ...etc " EIN & Tax exempt ID ( by (IRS) 133566610    v.  The State of New York , c/o N.Y.S Attorney General, 12o Broadway, New York , N.Y 10271, ;   U.S.A Government c/o U S Attorney General, JUSTICE DEPT. Headquarters .. Washington . D C; The U N O., York, N Y; Govt of India , New Delhi, India ; Govt of West Bengal, writers' Building, Kolkata 700001, West Bengal, India ; City of New York . c/o Corp Counsel, 100 Church Street, New York, NY 10007; CINGULAR Wireless aka Cingular Albany New York & elsewhere; HSBc Bank . Main street., Saranac Lake, N Y; Harrietstown Housing Authority and Debbie Zerrahn . Housing Assistant 14 Kiwassa Road , Saranac Lake N Y 12983; Citizens Bank. Saranac Lake at Broadway near Saranac Lake Post office N,Y 12983; UPS Store/ MBE Store; Debbie, owner/ Francisee Broadway S/L, elsewhere outside Saranac Lake NY 12983;The New York Times English Daily Newspaper, West 43 st, new York, New York & elsewhere in USA ; The New York State Insurance Fund, 15 Computer Drive, West, Albany, New York 12205; Travelers Insurance co, P O Box 0444, Albany, New York 12201; Us Dept of Justice, Justice Dept Headqyarters, Washington D.C , Hon George W Bush U S A President, The White House, Washington D C 20500 ; Hon Dick CheneY , Vice President U S A and The President of the United States Senate, Capitil, Washington D C 20900 : The Workers' Compensation Board, State of New York , Albany N.Y , U.S A

Footer :  Complaints filed : In the International Court of Justice , Hague, the Netherlands; & Other U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of A nti thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA; Mailing address : P O Box 1173, Saranac Lake, New York 12983, USA;

E-mail; vishwa12@hotmail.com ; tel. (U S A) 518 8915466, 315 276 5001.

> GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths , which are deeply rooted in people since births. Religions may not be easily infringed with political oppressions, of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES.. OPPRESSIOns of People " : QUOTED FROM JOE'S SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest. 12.28. 2005 new York City, USA and world wide Locations,

**World News** From New York City : Request to any / all News reporters of current world including those in USA. Sirs / Madams : Pl cover the news on following ******* issues in respect of Mr Saddam Hussain, on a basis of Human consideration and due process of laws and uniform laws on vital issues of human freedom, Justice, equities in Human, anima societies world wide in so called democratic environments. The dictation of superpowers or allies of this world wide in so called democratic environments. If dominate in wolrd of human justice, there are losses to human powerful interests groups. If dominate in wolrd of human justice, there are losses to human dignities and our faiths to Gods, as symbol of Justice. Thanks & regards to all of You. The Reverend Joseph Geronimo Jr aka K Roy , New York City, 24th October 2005 appellant / plaintiff Pro SE)                                          In the United states   Court of Appeals for the second circuit of New York, U S Court House at Foley Sq at center Streeet, New York, N Y 1000 USA ,date of tioling ~ 10. 2118.2005 and , defacto appeal, from the U S District Court , Pro clerk's office, S D N Y, 500 Pearl Street, N .Y ., N , Y 10007 , USA for the decisions repeatedly, to return complaints. As was, from U S citizen , ; without judgement of a sittin and tenured Judge of court, in violation of Constitutional rightf of U S Citizen, 1st amendmendright to petition Govt to redress grievances. The grievances we not even recorded, and judgements weredenied and no rule of Laws or Jungle Democracy were prevailed.Emerge Motion: USA Party as Defendant/ appellee  . Kamal Roy /AKA / a U S National Plaintiff /appellantThe Reverend Jos Geronimo Jr, sole appellant on poverty clause See FRAP , FRCP , Pl see copy of notice of appreaisfiled earlier, petit to file appeal with waiver pf fees for appeal filed with the above court earlier, copy enclosed & see exhibits.

profit Tax exempt by I R S, U.S Dept of Treasury, New York, Brooklyn, N.Y office in 1992.
That in petition I wrote my international concern about reputaion of USA so far due process of Laws under U S Constitution, as I am an active living member of " We the PEOPLE" in USA. I complained that some of the affairs in dealing with arrest and US Custody Of Mr Sadam Hussain, ex a foreign Leader and may be an ex dictator of Iraq. Now USA under and as Hon. George W  Bush the President USA may commit a crime and civil rights violation as described in the main scripts of complaints filed with appeal court and District court when I moved US court of Appeals 2nd circuit when I failed to docket my complaint as above , then I appealed the decision of pro se clerk of District Court to return my petitions of complaints. Apeal was filed with notice and frsh complaints wer filed with district court and I pursued the appeal so that US Court Lawfully accepts my complaint. All matters are pending before all courts cited above. The impending

That  ABOUT  80,700 54,700 + people   dead  in Govt estimates in Pakistan and India, and thousands facing imminent deaths due to lack of timely and emergency medical , housing, subsistence facilities and 3 millions of other victims in  about last  75 years' worst Earthquake in south Asia. ranging Pakistan , India Afghanstan . LET GODS BLESS DEPARTED SOULS. from nations as SPIRITUAL WORLD of heaven of gods and heaven of equities.
Let GODS be merciful on people with blessings to all to receive due process of all JAWS, UNIFORM APPLICATION of national laws of a nation and Extention to others to help growth of equities and harmony in people; and in absence of Jungle rights and battles for equalties of lives and pleasure among Have nots, weaker people et al in societies of so called democracies in the World with national aplication of laws used for oppressions to poors and distribution of privileges to powerfuls and rich. Quoted from Joes literature Mobile publications .. "JUNGLE DEMOCRACY.. oppressions .."
By Joe , a Priest of "People", for  Gods, devil humman gods, Democratic Devils, et al who demand further equities..." In Gods we Trust" ; In Mother Nature and  in the People, We Trust "; We trust U S A ;  We trust citizens world  wide and love them

List of Defendants

Cause / Violations

(2) Hon Dick Cheney Vice President USA
as President of U.S. Senate, c/o U.S. Senate
Capitol, Washington D.C.

see 2 Nos
First Page 7
Defendants

(19 & 20) The District attorneys
(e) New York & Richmond County, Broadway, N.Y., NY 10271
county
c/o NYS Attorney General 120 Broadway, N.Y., NY 10271

broke
U.S.
Constitutional
Guarantee to
given under
jurisdiction
to

(21) Mr. Richard Osindach
(State Employee / Supervisor
Insurance Fund)
New York State
( 199 church st, N.Y., N.Y 10007)
199 church St, New York NY 16007

(10+11) Hon Jeffrey Romes / U. Board, Broadway
W.C.L Judge 3 N.Y. State
Saranac Lake, New York 12983

Judge W.C.Board
perjury
charges
on job

(22) Mr James Borowski
c/o (State Insurance Fund, Auditor NYS) 199 church
St., N.Y., NY 1007
(A CPA from New Jersey)

do
perjury if
NYS filing
fraud

(23) The New York Times (English Daily) of N.Y city
229 west 43rd Street,
New York, NY

silent on
violations
on people
and their
related Nests
item, fake
claim or
(24) Mrs Estelle Kraushai Attorney
NYS S.I. Funds NY state, 199 church st, N.Y, NY 1007
Fraudulent
report
(28) Workers' Compensation Board, NY State,
20 Park st, Albany, NY 12207

# Social Security Administration
## Supplemental Security Income
Notice of Planned Action

Date:  October 1, 2005
Claim Number:  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 DI

125    CMP5,M10,151,037976        000037976 01 MB        0.309

KAMAL KARNA ROY
PO BOX 1173
14 KIWASSA RD APT 5G          
SARANAC LAKE NY 12983-7173

իմ||ին||իվ||ականունիկականին||ին||ինկանին||ին|

Type of Payment:
Individual--Disabled

We are writing to tell you about changes in your Supplemental Security
Income payments.  The following chart shows the SSI money due you for the
months we changed.  As you can see from the chart, we are only changing your
payments for future months.  The rest of this letter will tell you more about
this change.

We explain how we figured the monthly payment amounts shown below on the
last page(s) of this letter.  The explanation shows how your income, other than
any SSI payments, affects your SSI payment.  It also shows how we decided
how much of your income affects your payment amount.  We include
explanations only for months where payment amounts change.

### Your Payments Will Be Changed As Follows:



| From | Through | Amount<br>Due Each Month |
|------|---------|--------------------------|
| November 1, 2005 | Continuing | $489.00<br>This includes $23.00<br>from the State of<br>New York. |

We will reduce your payments as shown above beginning November 2005.

### Information About Your Payments

Your regular monthly check of $489.00 will be sent to your representative
payee about the first day of November 2005.

### Your Payment Is Based On These Facts

You have monthly income which must be considered in figuring your
eligibility as follows:

See Next Page

SSA-L8155



>>>http://clk.atdmt.com/MRT/go/mcrssaub0050001411mrt/direct/01/
>>
>>
>>><< 06-503_OPINION_HONSUEL_ROBINSON.pdf >>
>>
>>
>>><<
>>>__Gargi__with_a_step_in_hell__must_be_cautious_to_avoid__HER_jail
>>> >>
>>
>>
>>><< _____Kamalroypriest.htm >>
>>
>>
>>><< 4_gargi__affidavit_marriagemaybedivorced.jpg >>
>>
>>
>>><<
>>>CRIMINALSWEETHEART_artiste,_turned_WIFE_GARGI_roy(LAHIRI)
estrangednow,but_forever_under_hindu_faith_maybere_unitedunder_perpet
>>> >>
>>
>>
>>><< _joseph_____.htm >>
>>
>>
>>><<
>>>KAMAL_rOY_PHOTO_NEW_yORK_TheReverendDr.,strategist,principal
>>> >>
>>
>>
>>Get today's hot entertainment gossip
>>http://movies.msn.com/movies/hotgossip?icid=T002MSN03A07001
>

10.26.2006
in Orient & as dt in West/ elsewhere GLOBAL NEWS
wanted people to volunteer to promote democracy, now ON a jungle democr
dysfunctions in USA et al, LIKE A CAPTIVE_LADY ,globe wide, UNDER COI
AND ABUSES OF POWERFULS, RICH,OR OPPRESSORS , DEMOCRATI(
HUMAN_gODS, ET AL contact a secular priest, mobile at your door _steps c
email vishwa_dh@yahoo.com or PO Box 1173 Saranac Lake, New York 129
Ph in New york city (718 )954 5781 or phONE # ( 518 ) 891 5466

pl do not print/ publish if unworthy to print or report, but the complaints
stand as is for pains,harms and damages caused by defendants viz USA Go·
Even the GOD/S in democratic USA/elsewhere faailed to stop rampnt
discriminations in electioneering process in New York et
al*********************************************************************************

>From: "karma vishwa"
>To: vishwa_68@hotmail.com, aanand@hindustantimes.com,
>adenews@adirondackguide.com, agentservice@mostchoice.com,
>amitabhalahiri@rediffmail.com, askdoj@usdoj.gov,
>avene.ofarrell@reuters.com, cag@nda.vsnl.net.in, ckonieczko@ap.org,

USDC / Colorado   HSD   WSCA   great page

N 9, NY court 2-

~~the United states District Court of ... DC / SDNY............~~ District of ...Washington DC/ ~~ork..., USA............ Civil...........Complaints~~   ~~Docket #~~

32

in by ability, by family backing, and mostly by luck, should learn a truth that his attitudes in political reality field associated with s faith, would have lead a U S Large Corporation in USA viz "ENRON" to bankcrupcy or he might have lead himself to charges for his monkey type business of development of Freedom and Democracy in MUSLIM WORLD , with a equally hard xt to Hindu Decracies et al, and his businmess affairs, with desire success, if any are vague, beyond support of his inner circle e and allies, charges against ethics of Bush are growing in catastrofic proportion and disasters of Tsunami or Katrina Hurricane , may be had gone to Jail by now. He did criminally neglect in affairs of Katrina Hurricane disaster recently, and this was neglect of delay action of responsibility , a crime for any common American,He should know as a Politician that Hitler initiated l WAR II but he could not finish it, He had to hide or die, Mr Bush may easily or likely initiate a WORLD WAR III as the and distance in between Islamic and Christian lead rule s are so different that any world war next may kill hundreds of millions e with atomic power, Mr Bush, your eclipse from politics are welcome by resignation at your Choice, or by an impeachment ing, or a Natural death, any of the options are better than your continuance in office than your tenure in office of U S A President e 3 years, as your personal beliefs and faiths are not important enough to take a risk of WORLD WAR III and deaths of Millions le World wide. Mr bush think of anything positive other than unfinished war you already started, Give the Leadership Back to who want to survive, not die in vain, as did over 2000 american members of armed forces or around 50,000 due to indiscriminate lments of US Armed forces almost irratically and indiscriminately in IRAQ, AFGANISTAN et. al nations TO VOID deathS OCENT CIVILIANS, ARMED FORCES OF RULING PAR TO MEANINGLESSLY continue,

**YOU President Bush for your expression on THE last vaterans Day IN u s a , for confessing that You re most criticism of your actions and policies in a JUNGLE Democracy ASSOCIATED WITH**

as That Kemal Roy the Rev. Dr Joseph Goomme & han U. s Constitution
(LEADERS ! PLEASE ~~FORM A CHARAcTER Of Compassions~~ for common human being of the Nation before you right to associate form and
~~contest for any power in DEMOCRACIES. You may be responsible to Gods, devils~~ or " WE THE PEOPLE" for your violations
~~on PROP )~~   he does   represent Association &
as Voluntary Officers, so by be aware

World Leaders and superpowers and manipulators of modern democracy covered Jungle democracies, so by be aware that SO called terrorists may be Nationalists of many Regions of GLOBE,,hundreds of suicide Bombers & others who Association sacrifice very precious own lives to protest a government or foreign aggressor may include only some crooks or represent some fanatics but we have historical evidences, say in some armed freedom struggle in British India and elsewhere,History and centuries old Emperors and colonial emperors or Quieens viz Old British Empire, often used nationalists as terrorists or traitors , but time had proved that they were mostly freedom fighters, Modern democracies are dominantly religion oriented, although major powers love to declare themselves as secular, but christianity in diverse shafes dominate major power blocs thes days, Some Hindu reigns make major problems to non Hindu minority in every possible way, Hindus may not admit but secular Nations prefer to wear masks to cover tjheir feelings towards minority. It is very sad sign tonote that Christian dominated nations and many of their population of citizenry love withou disclosures in Public the Islam faith based nations generate most terrorists. Now is the true time in interests of common survival to learn to survive in coexistence of multi faiths and plurality of religions, and preferably The God notion be made democratic beyond religious faiths,

513 ob

*(handwritten at top: Cr Original 1st part 1 A)*

*(handwritten right margin: A — Affidavit = A-1 JG Page — 1A)*

➤ Before Full Board of Hon. Commissioners,

**Workers' Compensation Board, The State of New York , 20 Park Street,** **Albany, New York 12207**\*\*\*\*  copy forwarded to The United States Attorneys NDNY, Albany/ SDNY, Manahattan. /EDNY Brooklyn , NY; New Jersey district at trenton, N.J/ and the District Attorneys of counties in N Y/NJ for various crimes committed by New York State officers and related others in matters of workers' compensation insurance and claims and various frauds and violations committed by them. *(handwritten: The NEW YORK TIME DAILY English Published from NYC NY has been)*

Enclosures as noted above and duly sworn above by parties

5.10. 2005 **AFFIDAVIT # 10** WITH SOME REFERENCE TI EARLIER AFFIDAVITS DULY SERVED TO PARTIES OF INTERESTS AS PER AFFIDAVIT OF SERVICE  ATTACHED DATED 5.10 .2005ATTACHMENT WERE MAILED EARLIER

*(handwritten right margin: 3rd Party Respondent 4 (4) JOSEPH GERONIMO JR Capita KARUNA ROY a/k/a KAMAL K ROY is en found in action as a Co-claimant see WCB File and/or as a party 7)*

\*\*Necessary steps may be taken  against complainants , however, if  the complaints , those were sworn and signed , were perjuries, before a Notary Public or in names of all GODS of people and Religions , in his capacity as Hon Executive officer of  theNon profit Tax exempt organisation:  Handicap Interests International - World Religions Group : EIN13 3566610 , or in his own behalf, as aurthor of the investigative and research _administrative finding  for  the same organisation with assistance of others and employees of the Organisation,  and the matter is whole and/or part inscriptions, made in form of sworn affidavit, on a online publication, of a Book volume named  as below,_ world wide (limited), Publisher : Reforms International, New York , EIN................(tax exempt Organisation by the I R S, U S Dept of Treasury. The online book volume is titled now  as"JUNGLE DEMOCRACY ...Cat  and Mouse Doctrine of oppressions. of the Rich or Powerful "PEOPLE" or nations to oppress own Nationals\*\*, or alien or Alien Nations for gain or" no gains",  routed by basic animal instinct to kill or destroy/menace weaker animals etc, by use of a superior "Cat_strength " compared to weaker' rodents', around,  who are weaker, but close to majority in populations. However in the process through a  Gigantic proportion of abuses, , there are many victims , some as the claimants, et el. There are definitely known and a few  honest  or stronger people around the societal systems all over the globe and as many systems ( who do not resemble  the "CATS" in any measures of abuses) and such people  may be dedicated to human services of glorius standards anf thus arouse  true democratic themes of societal equities and justice. It was further alleged in the Book volume and alleged in this sworn  affidavit that  most news media do often behave like a " Captive lady" in Jungle democratic society, and are  mostly blind to interests of weaker people, in Jungle democratic environments of oppressions of weaker people by the powerful s in so_called democrcies. The scripts are forwarded to The New York times, an English daily news paper of New York city or elswhere,  to remind their claims efforts  to publish news fit to publish, as per their self_styled advertisement to really conmfuse the weaker people, of reality of situations of the daily publication to remind such weaker  people,  of ther own stories of distress, making Newspaper publications atleast partly erratic as the weaker section of people make many stories of pains and suffereing oriented issues  in the Jungle Democracy , but news_item as an equitable and truthful event of lives remain mostly suspended or ignored, though same should be  as printworthy and be published for

enhancing democratic demands for redressing their situations. We may try to depose that news media, at

the current juncture of democratic living has  failed poors , have_nots and weaker section of citizens world_wide andtheir sweet options to print news of choice is not a freedom of press but a freedom to ignore weaker sectionof society who need more attentions in society so that their stuggle toreestablish their due honor and right for a just and equitable living in democratic set ups in human development history of centuries ahead of us





The U.S District Court, SDNY, U.S Court House, 500 Pearl St, New York, New York 10007

Geronimo, Jr et.a al Pro Se USPS fee, paid mail Sto Court and others, court fee US $ 155.00 by USPS Money order ***attached the chil court proceedings, rest may be decided by court

Matter : both chill and criminal   Action                    Docket No.....................

Amended Complaints d. 7.28.2005

Judge : NON.

(1) WE, KAMAL ROY a/k/a Joseph Geronimo enter in name of " JUNGLE DEMOCRACY............... and theses Doctrines of rich and powerfuls and crooks to oppress weaker domestic Citizens and alien or foreign nations for nothing or harrasments or greed, to control and own property, interests, to control Gods or associated faiths, and what _not............etc" a mobile book publication of appreciation of contemporary world, nothing purely of Jungle Democracy in relation to true democratic power and distribution of rights and privileges while none of break any somewhat change and wherein theme of book remain similar with reference to other volumes to reflect continuity on issues to catch attention of citizen at large of oppressed masses in search of equity and Justice , such themes become optional for applications and enforcement for most pauperised _wide. Current publisher of the book "REFORMS INTERNATIONAL" An INDEPENDENT wing of Handicas Interests International -te, a Group , EIN 13-3366818. Non profit Tax exempt by I R S, US Treasury Dept. PO Box 1173 Saranac Lake, New York 12983 , tel 518 891 9466 cell ph 315-276 3962, ( The head of MOBILE BOOK WERE INTRODUCE BY WRITING OF EPICS WORLDWIDE VIZ christian "BIBLE", Hindu's "Mahabbha" etc etc in most religious faiths involving Gods , Devils, may be "Terrorists"or "Non_Gandhian violent opposition for support of a cause,religous/political and others; as the ruling parties or some illireat oppositions, or any of their allies or opportunity_aggresors and/or foreign power do not want change to take place, do engage in wars, bombardments,atrocities of all kinds on soudiars of mass ( atleast as powerful as, if not more than, any conventional Gods of Religions ( say an U S President in respect of modern democracies in World, to change fate of foreign nations, at least some ).S USA Govt Washington DC & City of New York et al,e including all 3rd parties as respondents are Defendants in current Civil / Criminal Actions. The Hon Presiding Judge in this civil action is prayed to issue order so that USA laws enforcement officers make possible inquiries for legal violations in the matters of complaints against all including Gheorge E Pataki, N Y Governor

(2) Reforms International  107 A Scribner AVE ST,

****CPLR Motion & Nobile afidavit # 51 A & B, C dated 7.18 .2005 for new decision for grievances found since Post-Appeal filing with WCB, NY State , decisions filed on  1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to reopen  Y WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578004399 with means of corruptions, Misconductsb and labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Razdisar, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005.

Jurisdiction s : USD Court SDNY, New York as white color crimes took place by mostly bureaucrats of NY State, and Gov George

*Non_Gandhian oppositions and theological/ concepts of new morales in Mass_ movements world _wide.

(3) chairperson, " Jungle Democracy Mobile" Publiction (Book) Edition c/o Reform WCB 107A Scribner AVE, ST ) New York 10301

In USDC Lincoln NE

− 31 ∧ Defendants 1st 40   (2A−2")   (2) Cause/Viols
see 2 Nos
Forst Page of
Defendants

(1) Hon Dick Cheney Vice President USA
as President of U.S. Senate
Washington D.C.

(19 L2O) The District attorneys
(e) New York & Richmond County                    120 Broadway, N.Y., NY 10271 $not
Counties county                                                          U.S.
c/o NYS Attorney General                                        Constitutional
Guarantee to
strain and
Provide
(21) Mr. Richard Osindach                                      199 Church St, New York, NY 1600
(State Insurance Fund
Employee/Supervisor                                            — do —
New York State
( 199 Churd st, N.Y., NY 1007)

see       Hon Jeffery Romeo                    W C Board, Boo Broadway       Judge WC Board
(104 L)   W.C.L Judge's      N.Y. State                                     perjury
Soranac Lake, New York 12983                                   charges
on job

(22) Mr James Borowski                                         — do —
(State Insurance Fund Auditor                                 perjury if
A CPA from New Jersey)                                         NYS petty
fraud

(23) The New York Times (English Daily of N.Y. City          Silent on
West 29 street                                                violation
New York, NY                                                  on people
and their
elated Ness
(27) Mg Estelle Kraushar Attorney                             item, fake
S I Funds NY State  199 Church st, N.Y., NY 1007             claim mich
(28) Workers' Compensation Board, NY State,                   → Fraudulent
20 Park St, Albany, NY 12207                                  report

#8
Kamal K[...] green
9/[...]2006   [...]   [...]                        [...] 8/[...]2006

3rd Party Defendants

USCA - Circuit Defendant

(29) Governor G. Pataki, Executive Mansion, NYS Governor, Albany, New York — Violations US Constitution guarantee on new yorker

(30) State of New York c/o NYS Attorney General 120 Broadway, NY. NY 10271 — do —

(31) NY State Senate, Eagle st Albany, NY — do — or elsewhere

(32) Republic of Iraq c/o Ambassador of Iraq UN, UNO, E 4 st UN Plaza, NY. NY. — Civil union & pain to

(33) U.N.O., World Body, U.N Plaza, NY, NY. — Human Comm for human rights

(34) Gout of West Bengal, Writer's Bldg, Kolkata - 70001, INDIA c/o Indian Embassy Washington DC — do — Violation of laws

(35) Gout of India c/o Prime Minister of India New Delhi - 100011, INDIA c/o Indian Embassy Washington DC — do —

(36 to 38) 3 Notaries Public at S/L Local Banks New York 12983

(39) — Notary Laws Violations & Banking Service false promises

(39) NYS Human Rights Commission Bronx New York — free labour service Discrimination

(40) Verizon wireless, Albany New York a/k/a "Verizon" — Adelphon — do —

(41) Adelphia Communication a/k/a Adelphon mr #10 Broadway, & Saranac Lakes NY 12983 — do — Vermont NH P.T.o Page 4 Breach

41 A United States
41 B Cingular Wireless NY
uc Sprint NY — North Nextel Wireless etc etc



(30)

List of Defendants / 3rd pg

(31) Hon. John G. Roberts, Chief Justice U.S.
40 Supreme Court of U.S. Supreme Court
House, Capitol, Washington D.C.

(52) Kentucky Fried Chicken → violated
Kentucky Fry Management Co.
1 Lefrak City Plaza,
Queens, New York

(53) Travelers Insurance Co. for Insurance Fraud
(60) N.Y.S Judicial Commission P.O. Box 0466 Albany NY
(51) Attorney of Travelers Insurance Co.
Board Meeting 12/96 Hearing at Brooklyn Workers
(12) U.S. Dept of Justice, Dept of Justice Hdat,
(55) Executive Head, State Insurance Fund NY State.
15 Computer
Drive Way
(6) Albany NY 12205; Failed legal provisions
(56)(51) NBT Bank, Lake Flower Ave at Rivost, 6/2, NY
chair person Travelers Insurance Co. Inc 2003
(57) P.O. Box 466, Albany NY 12209
(58) NY State Insurance Dept; Govt of NY State
Prime Minister of India, Govt New York - Chief
Prime Minister, office New Delhi 11/NB
40 Indian Embassy, Washington D.C.
(59) HSBC Bank Saranac Lake, New York 12997, S/L New York

(59A) Mr. Som Nath Chatterjee speaker
Lok Sabha Govt of India, New Delhi
India



**Robert R. Snashall**
**Chairman**

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
180 LIVINGSTON STREET
BROOKLYN, NY 11248

(718) 802-6600

(212) (14)
5873979
-5340

**State of New York - Workers' Compensation Board**

**In regard to Nirban (Lisa James) Roy, WCB Case #0933 9977**

## NOTICE OF DECISION

*keep for your records*

At the Workers' Compensation hearing held on 12/08/2000 involving the claim of Nirban (Lisa James) Roy at the Manhattan hearing location, Judge Stevenson made the following decision, findings and directions:

**AWARD :** The employer or insurance carrier is directed to pay the following awards, less payments already made by the employer or carrier, for the periods indicated below, unless unknown-less than employer or carrier files an appeal within 30 days after the date on which the decision was duly filed and served.

| | for disability over a period of | | | at rate | |
|---|---|---|---|---|---|
| weeks | from | to | | per week | the sum of: |
| 273.0 | 9/18/1995 | 12/9/2000 | | $306.25 | $83,000.23 |

- Reduced earnings.

Carrier to continue payments at $306.25 reduced earnings.

**FEES:**

As lien on above award payable by separate check by carrier TO CLAIMANT'S REPRESENTATIVE OR ATTORNEY:

| Sum of | To |
|---|---|
| $13,000.00 | Pasternack, Popish, |

**DECISION:** Third party action settled with-out consent amount unknown-less than $12,000.00. Attorney fee payable immediately, includes classification fee. Carrier to with-hold $12,000.00 pending receipt of closing statement , for deficiency compensation w/o prejudice to Section -15-8. The carrier raises fraud. The carrier's that the employer Handicap Interests Inter-ational, Inc., was a company formed for the purpose of making a Worker's Comp. claim. The case has already been established. Claimant was classified ppd in a reserve decision filed 10/19/00. I find the carrier's allegations to be untimely. Carrier's notes exception. No further action is planned by the Board at this time.

| | | | |
|---|---|---|---|
| Claimant - | Nirban (Lisa James) Roy | Employer - | Handicap Interests Intern'l |
| Social Security No. - | 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 | Carrier - | State Insurance Fund |
| WCB Case No. - | 0933 9977 | Carrier ID No. - | W204002 |
| Date of Accident - | 06/07/1993 | Carrier Case No. - | 37998432-369 |
| District Office - | Brooklyn | Date of Filing of this Decision - | 12/15/2000 |

### ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EC-23 (4/98)

➤ Before Full Board of Hon. Commissioners,
**Workers' Compensation Board, The State of New York , 20 Park Street, Albany, New York 12207\*\*\*\*  copy forwarded to The United States Attorneys NDNY, Albany/ SDNY, Manahattan. /EDNY Brooklyn , NY; New Jersey district at trenton, N.J/ and the District Attorneys of counties in N Y/NJ for various crimes committed by New York State officers and related others in matters of workers' compensation Insurance and claims and various frauds and violations committed by them.**

.Most of the news media show similar  attitudes to weaker section of so called democracies around the world and this is so unfortune that one of the  most develoed democracies, named USA do accommodate many ideas of JUNGLE democracy through many powerful bureaucrats who indulge inviolations on have_nots , poors and weakersections of people. Such media may not  remain or act as a "sweet heart" to breakers of democratic values in lives and society and may not  stay behind  public cry for Justice to the "captive Lady",  Thus  away from societal justices , abuses continue like epidemics  in the  systems, all over the world  for centuries, and truly poorer section started to believe that Most Gods of all regions of the World have failed them for centuries and the trend should not continue i.e acts of harming the weaker people in all societies by the powerful fewer of Society in the Jungle democracies.  The attitudes  must alter, as the weakers, at times ,rise to revolt against the odd values in the systems, even very violently, alike a pattern terrorist, who may not fight corruption imposed from top of administrations , nationally or internationally , to fight or protest openly, as in most wars, and as such they try to beat the administrations with terrors and destructiveperformances and  they may honestly try to bring basic changes in Patterns of  Regimes, of different elements of issues, even a mighty Regime , at the current times,may crumble and may break into pieces with their constant hit and run destructive ways. Leaders, now, may start dialogue with so called terrorists on issue based
considerations of political systems most corrupt with Jungle democratic values devoid of equities for " WE THE PEOPLE" world_wide
EMPLOYER'S REBUTTAL (SYMPATHETIC TO CLAIMANT et al) FOR DUE PROCESS OF LAWS
AND EQUITIES: additional affidavits NOS 6,7 & 8 & 9 and 10...dt 5.10. 2005 of:
Handicap Interests International – World Religions Group : sworn in name of
GODS and/or before Notary Public, The State of New York, by the Reverend
Joseph Geronimo Jr -Hon Executive Officer /Admistrative Strategist & Planner of Religions and Social Reforms based on changing societal needs at different geopolitical locations of world: Parent Group of H .I .I. Inc New
York State dept of State filing date 11.2. 1984 type A Corp under non profit corpn Law:Employer in Hearing beforeWC Board, N Y State. Hon Full Board of Hon.Commissioners of WC Board, N Y State,, 20 Park St, Albany_New York 12207 .    Ms Nirban Roy V. Handicap
Inerests International v. 3rd Party Respondents, Including President Hon George W. Bush, white House, Washington DC, Hon Governor Pataki of

Ÿ»¿

**Web**   Images   Video   News   Maps   more Â

jungle democracy kamal roy court order opi    Se

---

## Web

Results 1 - 10

**[PDF]** The affidavit on the Request To Proceed In Forma Pauperis was ...
File Format: PDF/Adobe Acrobat - View as HTML
MEMORANDUM **ORDER**. Plaintiff "â€˜**Jungle Democracy** â€"
oppression â€" etc.â€™ et al. â€" a publication by **Kamal** K. **Roy**. A/K/A
Rev. Joseph Geronimo, Jr. a poor disabled ...
www.paed.us**courts**.gov/documents/**opinions**/06D0187P.pdf - Similar
pages

The Tribune, Chandigarh, India - Nation
**Court order** reins in Bajrang Dal March 9, 2001 ... The EC would also hold a
meeting with the Union Home Secretary Mr **Kamal** Pande before finalising
the dates ...
www.tribuneindia.com/2001/20010312/nation.htm - 66k - Cached - Similar
pages

   The Tribune, Chandigarh, India - Chandigarh Stories
   He was referring to the recent Supreme **Court order** on strikes. ... A 5
   year-old clerk of the PGI was found dead in a **jungle** near Dhanas villa
   today. ...
   www.tribuneindia.com/2005/20050202/cth1.htm - 70k - Cached - Simil
   pages

InfoChange India News & Features development news on Environment ...
According to a Supreme **Court order** dated October 18, 2000, in case of a
tie on ... Reacting to the police action, Aruna **Roy**â€™s National Campaign
for Peopleâ€™s ...
www.infochangeindia.org/ EnvironmentItop.jsp?section_idv=6 - 475k -
Cached - Similar pages

**SLR Opinions**
... 09/25/2006, STEVEN D. HUMES v. STATE OF DELAWARE **COURT** OF
COMMON PLEAS, et al. 06-59 ... Download, 09/12/2006, **JUNGLE
DEMOCRACY** and **KAMAL** KARNA **ROY** v. ...
www.ded.us**courts**.gov/SLR**opinions**-1.htm - 779k - Cached - Similar pages

**[PDF]** Page 1 of 19 3/3/2006 http://ipcs.org/SA_NEPAL.php
File Format: PDF/Adobe Acrobat - View as HTML
on February 1, 2005 and urged the King to return to **democracy** by initiating
a ... **Court's order** on Monday. "The **court** ordered the government to
release the ...
www.ipcs.org/Feb_06_SAnepal.pdf - Similar pages

Kaumudi Online - Offline Page
THRISSUR: The police inspected the Divine Retreat Centre at Muringoor on
Saturday following a High **Court order** to assess its functioning. ...
www.kaumudi.com/news/100206/x_headlines.stm - 122k - Cached - Similar
pages

   Kaumudi Online - Offline Page

   PALAKKAD: Weeks after the Kerala High **Court** quashed the governn

List of Defendants

) Hon John G Roberts, Chief Justice, U.S. Supreme Court of U.S., → His nomination U.S. Supreme Court for discrimination based on equal opportunity in political job selection in U.S. A Senior Service like Justices along with H Bush

C/o Supreme court of U.S., Washington D.C.

House, Capitol, Washington D.C.

(52) Kentucky Fried chicken → violated Employment Insurance benefit

Kentucky Fried Management Co Inc.

in Lefrack city Plaza,

Queens, New york

(53) Travelers Insurance Co. for Insurance Fraud

(60) N.Y.S Judicial Commission, P.O. Box 0466, Albany NY of WCB benefit

(59) Attorney of Travelers Insurance Co. Govt of NY, Albany, New york 12201 Failed to supervise conduct of Workers Comp

at 1996 Hearing at Booklyn, Workers Board 180 Livingston St NY 11201 Fraudulent

(62) U.S. Dept of Justice, Dept of Justice Hdqtr, Washington DC failed secure constitutional laws

(55) Executive Head, State Insurance Fund, NY State,

15 Computer Drive

Drive West,

Albany NY 12205: Failed legal provisions of Insurance Liabilities

(61) NBT Bank, Lake Flower Ave, at Rivest, S/L, NY Failed Bank Notary

(56) chairperson, Travelers Insurance Co. Inc 12983

(57) PO Box 466, Albany NY 12201 Failed Service laws

NY state Insurance Dept, Govt of NY State, Albany, Capital

(58) Prime Minister of India, Office Capital New York

Prime Minister Office New Delhi 11 INDIA

C/o Indian Embassy Washington DC 2000 Failed law

(59) HSBC Bank, Saranac Lake, NY 12983 Failed Notary Laws of

New York 12983

JGB 11/31/2007

JGB 12/1/05

JG 3/4/06

against with named defendants violation of civil rights in complaint

(22)

7/24/2007

1                    /Deleware /té

In **UNITED STATES DISTRICT Court,** SDNY, Patrick Daniel Moynihan Federal Cou House at 500 Pearl st, New York , N.Y 10007 , USA(CIVIL Term)

4/3/07

New york :- dated 8.10. 2005 in Orient :: Coventional any American/ U.S" GODS" was ade Defendant like any non_ individual or corporate Defendants, in a Civil action in USA; as any onventional God in US/India failed to control civil _damages , & individual Plaintiffs suffered:: ditional Affidavit dated 8.10.2005 notarised on 8.10.2005 and re_affirmed in the names of Gods d/or Human_gods, as truthfully powerful enough to be sworn in their names more safely, , such ffidavit was be re_affirmed before a Notary Public of N Y State on 8.8. 2005 but duly affirmed I on8.7.2005.   in the names of all Gods and under penalty of perjury shall be submitted to Hon hief Judge of United States District court, SDNY at 500 Pearl Street, Manhattan, New York, N Y 10007 , as the court is venue of most violations of Laws and violations of Civil rights of two dividual plaintiffs of the civil actions and/or additional complaints, see FRCP:: U S Federal, NYS Laws, Indian Republic laws violations & civil rights violations in USA & India_world_wide i.e the olations are Global and have damaged the individual and corporate and unincorporated non pfit tax exempt associations under control of unincorporated association : Handicap Interests International — World Religions Group, Tax exempted by I R S, the U,S Dept of Treasury, rooktyb, New York 11201 in 1992:  and damages to plaintiffs: Broad_based Court actions:: New York 8.6. 2005:: "JUNGLE DEMOCRACY....OPPRESSIONS... repeat oppressions . ...to weaker ople and have_nots by Rich and powerful People/Nations , ..etc ..."and many average crooks smaller status", et. Al, ... (5 Nos,, so far)... Plaintiffs , v. New York State, USA et al (48 Nos. as on 5.21. 2005 now fully described( including 5 nos of Plaintiffs. ) ..Defendants (list attached as in following pages) ,   Punitive/compensat damage claimed US $150,000.00 to US $ five undreds million in punitive and compensatory damages for decades  with global defendants and damages were cumulative and to be currectly assessed in range of above money ,if not assess ore than higher figures of compensations for very serious state sponsorred civil rights violations in environments of optional compliance of democracy and/or "Jungle democracy  .. Cat and Mouse doctrines of State and other  to weaker of have_ nots, alien, foreign Nations, domestic nationals...etc". There is a mobile electronic Book publication by the later name by the Plaintiff Geronimo Jr and , edited by Chief editor the Reverend Lisa N oy ,Another individual, PlaintiffBesides three plaintiffs of entity of Lawful associations, tax exempt by the Internal Revenue Service, USA.

\ Civil Action : Complaint/Additional  affidavit  as  Complaints were duly submitted  and sent to the chief Judge of the court by USPS Priority mail with $155. Monet order and another $ 95,00

**Plaintiffs** are sad to announce that conventional Gods are losing powers to the ~~assumed rulers~~ & ~~dictatorial~~ HUMAN_GODs all over the World.. ~~Conventional GODS and divinity concepts~~are definitely superior Hnman_Gods, in terms of Faiths, if they are  not ornamental  in Magical powers of Gods & pragmatic beliefs and  amended time bases Faiths, 2 **Raise SLOGANS** world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies,  with no foreign Control" from writing of the reverend: **Joseph Geonimo Jr,aka kamal  Karuna Roy Priest ( a Plaintiff)** ( The **Reverend Lisa N Roy , Chief Editor of "JUNGLE DEMOCRACY .....etc" is another victim and Plaintiff**

Roy ,

5

## In the International Court of Justice  (World Court, U.N .O.
sponsored) , at Peace Palace, HAGUE, The Netherlands, Europe/  In the United States ( of
America) District Court , District of _____ Supreme court/  Court of _____ (Nation/
Country) Civil Jurisdictions  .  CASE No._____  Date of filing : 12.28. 2005  5/26 Poof
non_uniform, abusive and depended on powerful people/ Nations/ Superpowers. Nation/s. One
Plaintiff is a mobile  part disaled Clergy within many court Jurisdictions :

_____ That _____ for Oppressions / Neglect/ Domestic/ International laws violations. We continuing

Plaintiff is world Citizen/ a mobile Strategic Priest of Religons/ multple nmed Gods at different

Geographical Regions with diversities in Faiths etc etc, with basci human being  as criterion to

assemble world_wide as member  of Human animals , but with most Democratic values . principl/

Regional Laws / Ethics      Now Ttl Defendants/ Appelles named are 117 No

in extremely serious attack from the Powerfuls. Many worldwide in de_controlled Democracy , what   969

Plaintiff #1 by Joseph Geronimo Jr aka KaMAL  KarunA K Roy now a lawfully U S  A

National/Citizen ( of USA) Happy  HOLIDAYS upto & including January 1, 2006 fromchristmas Eve

on December 24 , 2005 as of  & prior to **Date  of Filing: 12.28. 2005. +++USA &**

**other numerical dates outside USA pepending on time differences**   5/26/2005

**worlwide but complaints mailed simulteneously for all courts on different**

**grounds of Legal violations but the environment of misc violations are**

**close to some extent.+++++++++IMPORTANT ISSUE DESIRED to be**

**adjudged  in courts along** with other ISSUES  raised in complaints/affidavitsat trial of

the

Civil action below:::+++Human animals like individual Plintiff in these

actions are born of humane Love and animality with the Privilege and

sanctions of Mother Nature , Gods have of course blessings in thje process,

as human beings prefer to trust and grow faith in such phenomenons., The

State or Nation and/or Aministrations including elected and appointed

persons do only administer Laws. But members of smallest units, as person,

individually , do preserve rights peacefully as wholly secured from Mother_

Nature, Gods and smaller units of society, viz parents and family , to live

in peace of mind and security of life, body and over all peace. Body and  That due Process

Laws for harms, Panis suffered and damiges sustained were not obtained

Footer :   Complaints filed : **In the** International Court of Justice, Hague, the Netherlands; & Other  So afful

U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court   to

above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy All pro se for Plaintiffs as individual or   conti

unincorporated Associations including  the book volume of  A nti_thesis of Democracy named Plaintiff # 1. Dated   nuing,

12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA. Mailing address : P O Box 1173,Saranac

Lake, New York 12983, USA:

E-mail;  vishwa12@hotmail.com ; tel. (U S A)  518 8915466, 315 276 5001.

> GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths ,
> which are deeply  rooted in people since births. Religions may not be easily infringed with political
> oppressions, of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN  GODS and the
> Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES..
> OPPRESSIOns OF People " : QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by
> Joe the Priest. 12.28. 2005 new York City, USA and world  wide Locations,

Kamal HR    KR  4/13/07

In the **International Court of Justice** (World Court , U. N .O. sponsored) , at **Peace Palace**, HAGUE, The Netherlands , Europe/ In the United States ( of America) District Court , District of _____ Supreme court/    Court of _____ (Nation/ Country) Civil Jurisdictions  . CASE No._____ Date of filing : 12.28. 2005

& elsewhere: HSBC Bank , Main street., Saranac Lake, N Y: Harrietstown

Housing Authority  and Ms. Debbie Zerrahn , Housing Assistant, 14 Kiwassa Road ,

Saranac Lake N Y 12983: Citizens Bank, Saranac Lake at Broadway near Post

office: UPS SDTore/ MBE store: Debbie, owner/Francisee Broadway #7, at

Saranac Lake, N Y

elsewhere Saranac Lake NY 12983 ; The New York Times English Daily

Newspaper 229 West

43rd st, new York, New York 10036 & elsewhere  in Usa and outside; The

New York State Insurance

Fund, 15 Computer Drive, West, Albany, New York 12205; Travelers

Insurance,

co P O Box 0466, Albany, New York 12201; Us Dept of Justice, Justice Dept

Headquarters, Washington D.C; Hon George W Bush U S A President, The

White,

House, Washington D C 20500 ; Hon Dick Cheney , Vice President U S A and

The

President of the United States Senate, Capitol, Washington D C 20900 ; The

Workers' Compensation Board, State of New York , 20 Park Street, Albany,

New

York 12207 ; Govt of U.K, c/o U K Prime Ministers office, 11 Downing Sxtreet,

London U.K; The Judicial System of Iraq  as of now, on 12.28.2005 c/o & by

Govt of Iraq, Baghdad, Iraq; The Hon Gov. G.Pataki, New York, State,

Governor's Executive Mansion, Albany, New York 12207;More defendants

may be named as per FRCP  & other rules and laws of the relevant Courts,

World wide, wit with the court's permissions. et. al. ( 64 NOS ) Defendants

Complaints filed : **In the** International Court of Justice , Hague, the Netherlands, & Other U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including  the book volume of  A nti. thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA; Mailing address : P O Box 1173,Saranac Lake, New York 12983, USA;

E. mail; –vishwa12@hotmail.com ; tel. – (U.S.A) – 518 8915466, 315 276-5001.

> ___ GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths which are deeply  rooted in people since births. Religions may not be easily infringed with political oppressions, of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN  GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES.. OPPRESSIOns OF People " ; QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest. 12.28. 2005 new York City, USA and world  wide Locations.

26

18

1B   Docket No.

Jurisdiction s : USD Court _____ _____ as white color crimes took place by mostly bureaucrats of NY State, and Gov George

*Non_Gandhian oppositions* and theological/ concepts of new morales in Mass_ movements world _wide.

#1

Appelle

Plaint

Appellants

#3

Plaintiffs

#1 Gov plaintiff

#3 Gov

#c/o H.I.I-World Religious Group 107 A Scribner Ave, E. N. York 10301

# 5 chairperson Jungle Democracy Mobile Rebellion c/o Reform NY c/o 107-A Scribner Ave, New York 10301

Case 1:07-cv-00206-SLR    Document 2    Filed 04/18/2007    Page 40 of 78
Yahoo! Mail - nsanroy2000@yahoo.com
USCA
Page 5 of 17

All   Plaintiffs (those)  By :-

>>>Kamal Roy , a plintiff in the actions viz "Jungle democracies cat and
>>>Mouse doctrines of oppressions by rich, powerfuls, oppressors, elites in
>>>USA et al to weaker citizens like Kamal Roy who could afford no such big
>>>money to contest a n election of a senior leader from New York for
>>>economic inability and support from news media and USA et al a u s
>>>constititutional requirement to contest, conduct free election in free
>>>world but denied by USA et al defendants and denial of legal rights to to
alleged by the Plaintiffs including Kamal K Roy,as duly announced & intended
Republican registered candidate in November 2006 election  for one of the el
of e mails to govt andreporting media and , we the people in USA and world,
alectoral contests in New York , et al in USA shall continue . Kamal is an ordi
circumstances in a free nation, named USA.
>>>Kamal roy et al ( U S citizens )
>>>
>>>
>>>Get FREE compeny branded e-mail accounts and business Web site fror
>>>Microsoft Office Live
>>>http://clk.atdmt.com/MRT/go/mcrssaub0050001411mrt/direct/01/
>>
>>
>>><< 06-503_OPINION_HONSUEL_ROBINSON.pdf >>
>>
>>
>>><<
>>>__Gargi__with_a_step_in_hell__must_be_cautious_to_avoid__HER_jail
>>> >>
>>
>>
>>><<_____Kamalroypriest.htm >>
>>
>>
>>><< 4_gargi__affidavit_marriagemaybedivorced.jpg >>
>>
>>
>>><<
>>>CRIMINAL/SWEETHEART_artiste,_turned_WIFE_GARGI_roy(LAHIRI)
estragednow,but_forever_under_hindu_faith_maybere_unitedunder_perpet
>>> >>
>>
>>
>>><<_joseph_____.htm >>
>>
>>
>>><<
>>>KAMAL_ROY_PHOTO_NEW_yORK_TheReverendDr.,strategist,principal
>>> >>
>>
>>
>> Gat today's hot entertainment gossip
>>http://movies.msn.com/movies/hotgossip?icid=T002MSN03A07001
>

10.26.2006
in Orient & as dt in West/ elsewhere GLOBAL NEWS
wanted people to volunteer to promote democracy, now ON a jungle democr
dysfunctions in USA et al, LIKE A CAPTIVE_LADY ,globe wide, UNDER COI
AND ABUSES OF POWERFULS, RICH,OR OPPRESSORS , DEMOCRATI(
HUMAN_gODS, ET AL contact a secular priest, mobile at your door _steps c

Case 1:07-cv-00206-SLR    Document 2    Filed 04/18/2007    Page 41 of 78
Re: 9.29. 2006 :"wE THE PEOPLE" ,AS PER ETHICS AND LAN...

USDC

www.canopas.org/**opinion**.html - 154k - Cached - More from this site - Save
2. Wither the Empire: The Rise of Global Resistance By Omar Barghouthi
   **Opinion** Editorial. letters to the editor. Human Price of the Israeli Occupation of Palestine ... As Arundhati Roy
   writes: ...
   aljazeerah.info/**Opinion** editorials/2004 **opinions**/July/16 o/... - 48k - Cached - More from this site - Save
3. SLR Opinions
   To download an **opinion**, RIGHT-CLICK on Download and seleet. Save Target As... or Save Link As... Download.
   Download. Download. Download. Download. Download ...
   www.ded.uscourts.gov/SLR**opinions**-1.htm - 524k - Cached - More from this site - Save
4. HIMAL SOUTH ASIAN
   ... comes only with the practice of **democracy**, and displayed caution and unity in ... Algebra of Infinite Justice in
   the eerily evocative expression of Arundhati **Roy**. ...
   www.himalmag.com/november2001/**opinion**_2.htm - 58k - Cached - More from this site - Save
5. Opinions-30-Days
   To download an **opinion**, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download.
   Download. Download. Download. Download. Download ...
   www.ded.uscourts.gov/**Opinions**-30-Days.htm - 35k - Cached - More from this site - Save
6. Opinion/Editorial: Wither the Empire: The Rise of Global Resistance
   ... Al-Ahram, CounterPunch, Znet, Open **Democracy**, Outlook India, Al-Adab (Beirut) among others. ... As
   Arundhati **Roy** writes: ... of the **jungle** that the United ...
   electroniciraq.net/news/1587.shtml - 54k - Cached - More from this site - Save
7. Newslink
   **JUNGLE DEMOCRACY** and Kamal Karna Roy, Plaintiffs, v. UNITED STATES OF AMERICA, et al. ...
   MEMORANDUM **OPINION** FARNAN, J. ... **Jungle Democracy** and **Kamal** ...
   westnewslink.westlaw.com/citelist.asp?database=DCTDE&category=&... - 40k - Cached - More from this site -
   Save
8. WHAT IS CPI
   But beyond that whatever has happened is a farce of **democracy**. ... Rabindra Nath expressed his unhesitant **opinion**
   about the song and sent a letter ...
   www.cpindia.org/newage.htm - 525k - Cached - More from this site - Save
9. orin judd
   The Democrat governor, **Roy** Barnes, had dared to remove the Confederate symbol ... The 30-Second **Democracy**
   (Richard Cohen, November 8, 2002, Washington Post) ...
   brothersjudd.blogspot.com/2002_11_03_brothersjudd_archive.html - 322k - Cached - More from this site - Save
10. MIFTAH– Wither the Empire - The Rise of Global Resistance
    Judging from consistent media reports and **opinion** polls, the rest of the world ... compelling Indian writer,
    Arundhati **Roy**, expressively revealed, "In most parts ...
    www.miftah.org/Display.cfm?DoeId=4232&CategoryId=5 - 73k - Cached - More from this site - Save

12345678910
Next

jungle democracy kamal  Search the Web   My Web (beta)

Yahoo! Answers: **Search questions and answers**

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site

*vishwa dharma <vishwa_dh@yahoo.com>* wrote:

*vishwa dharma <vishwa_dh@yahoo.com>* wrote:

Re: 9.28. 2006 :"wE THE PEOPLE" ,AS PER ETHICS AND LANGUAGE OF U S
CONSTITUTION, ARE BOTH DELIGHtED AND PANICKED THAT in the action below jUDGES
BELoNGet TO the PRIVILEGED section of democracy SOCIETY ,AND THE PLAINIFF viz KAMAL
ROY BELONG TO THE WEaKER SECTION of our allegedly jungle DEMOCRACY ; IF JUDGES
opted or WISHed she could FIND OUT EASILY ,WHY AND HOW THE ODDS OF PRIVILEGES
could REPLACE alleged DEFICITS OF JUNGLE DEMOCRACIES OF WEAKER PEOPLE viz kamal roy

9/29/2006 4:52 PM



closed for failure to prosecute, reopened, and closed for failure to prosecute. Needless to say, Mr. Roy never produced any of the promised documents or witnesses.

While payments were discontinued on Mr. Roy's PPD case with a different carrier and on all SIF cases, the Board did not actually make findings on the question of fraud. Rather, the case was continued *ad nauseum* while the claimant was given opportunity to produce promised documents, the case was closed, the case was reopened, etc. Carrier continued to anticipate some sort of resolution on this issue so that it could be applied to the present case of Nirban Roy. In the interim, Nirban Roy's case was being developed on the issue of degree of disability and payments were not being directed.

Payments have now been directed and, at this point, it is clear that Karuna Roy is never going to produce witnesses or documents to refute the evidence that Handicap Interests International, if it existed, never had any money and never paid any salary. Therefore, it could not have paid any salary to Nirban Roy.

It appears that each claimant filed the C-2 for the other and, essentially each filed for the other pursuant to their claim for the auto accident that allegedly occurred. This was not quickly discovered because collusion between employer and claimant are rare and not suspected when the employers complete the C-2 forms.

Accordingly, carrier respectfully requests that all awards and findings in the above captioned case be rescinded and that the above captioned case be restored to the calendar with the cases of Karuna Roy known to the Board as Joseph Geronimo (#0931 4086 d/a 2/26/93, SIF #37486442-016 and #0933 3688, d/a 6/7/93, SIF #38063442-016). All three cases should be reopened on the issue of fraud and possible penalties.

Very truly yours,

James P. O'Connor
General Attorney

Estelle Kraushar
Associate Attorney

EK/ll
cc: Pasternack Popish et al.
    Joseph Geronimo a/k/a Karuna Roy

84201-0038

In reply refer to: 0437806626
Nov. 07, 2005  LTR 3734C  E0
13-3566610   200406 67 000
18067
BODC: TE

HANDICAP INTERESTS INTERNATIONAL
% JOSEPH GERONIMO JR
PO BOX 1173
SARANAC NY 12983-7173739

005024

Taxpayer Identification Number: 13-3566610
Tax Period(s): June 30, 2004
Form: 990

Dear Taxpayer:

Thank you for your inquiry dated June 16, 2005.

We have received your amended Form 990 and have processed it.  No
penalties have been charged to the account.

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top of
the first page of this letter.

Thank you for your cooperation.

Sincerely yours,

Diane Elm
Accounts Management I

Enclosure(s):
Copy of this letter

Connecticut

Defendants (29 → 35) (3) to

(29) Governor G. Pataki, Executive Mansion, NYS Governor, Violation US Cons. Albany, New York

(30) State of New York c/o NYS Attorney General 120 Broadway, NY. NY 10271 — do —

(31) NY State Senate, Eagle St Albany, NY or elsewhere

(32) Republic of Iraq, c/o Ambassor of Iraq, UN, UNO, 84 UN Plaza, NY. NY.

(33) U.N.O., World Body, UN Plaza, NY, NY.

(34) Govt of West Bengal, Writers' Bldg, Kolkata -70001, IND c/o Indian Embassy Washington DC — do —

(35) Govt of India c/o Prime Minister of India New Delhi —100011 INDIA c/o Indian Embassy Washington DC.

(36 to 38) 3 Notaries Public at S/L Local Banks, New York 12983

(39) NYS Human Right Commission Bronx NewYork

(40) Verizon wireless, Albany, New York a/k/a 'Verizon'

(41) Adelphia Communication a/k/a 'Adelphia' Broadway, # Saranac Lakes, NY 12983 — do —

P.T.O Page 4

Niagara falls, New York, office at 12983 2004

Handicap Interests International (World Religions Group): Wings-

Reforms Int'l : Associate H. I. L Inc. Exchange Union, AIMC.

Tax 13-3566410 (not profit/tax exempt by IRS (US Dept of Treasury)

Scribnor Avenue, State Island, New York 10301.

address : POBox 1123 , Saranac Lake, NY 12983.

2004. Ref

JOINT FILING Employer/Claimant

Contact Person          Phone

TO WHOM IT MAY CONCERN

Re: Ms Nirban Roy a/k/a Lisa Nirban (Inman), Roy S.S. # 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. WCB

Nos.

& _____ her Workers Compensation hearing scheduled at 209 Broadway,

Saranac Lake NEW YORK 12983 on _____ afternoon, has approached and

requested us to be present

by an authorized to the witness as representative of employer on work related injury.

____ Karuna Roy a/k/a Mr Joseph Geronimo Jr , our Honorary Secretary, shall be present

at hearing on _____ at the above sessions , at Saranac Lake , N.Y Location. We

request WCB Board New York

to settle compensation of Ms Roy based on injuries & based on medical and other

records on file of WC Board and based on many of

our previous filings to WCB, State of New York. Cases are long pending. As per

medical records available

to us also is currently suffering from acute chest pain and other trauma sustained in

work related injury on _____, 1993 (work related car accident, in Manhattan, New York

City) and previous injury of August 1994, as per medical reports

Available is our file, also the supplemental partial disability as per WCB Doctors and

Other pain doctors Ms Roy and our witness Karuna Roy a/k/a Joseph Geronimo Jr have

counter signed below and submit copy of _____ WCB, New York and others related

various WCB cases.

Nirban Roy, Claimant

Employer: Handicap Interests

International;

Carrier: : White Insurance Fund

Oct.No:

D/A:

WCB.No:

Nirban Roy, Claimant

Employer: Handicap Interests

International;

Carrier: State Insurance Fund

Oct.No:

D/A:

WCB No:

Honorary Executive, H.I.Inc.

Employer

c.c The State Insurance Fund New York

c.c. Attorney of Nirban Roy, at Saranac Lake NY

c.c The Administrative Law Judge W.C Board

State of New York 209 Broadway,

Saranac Lake , New York 12983

CLAIMANT SIGNATURE:

CYNTHIA A DeMARS

Notary Public, State of New York

Qualified in Franklin County

My Commission Expires,

RECEIVED
WORKERS COMPENSATION BOARD
JAN 11 2005

DEPARTMENT OF THE TREASURY

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
G.P.O. BOX 1680
BROOKLYN, NY 11202

Date:    NOV 2 2 1993

Employer Identification Number:
13-3586410
Case Number:
11676029
Contact Person:
C. MOORE
Contact Telephone Number:
(718) 488-2914

HANDICAP INTERESTS INTERNATIONAL
C/O I.S.C.O.H. & W. R.
JOSEPH GERONIMO JR
PO BOX 537
STATEN ISLAND, NY 10302-0117

Our Letter Dated:
December 10, 1992
Addendum Applies:
No

Dear Applicant:

This modifies our letter of the above date in which we stated that you would be treated as an organization that is not a private foundation until the expiration of your advance ruling period.

Your exempt status under section 501(c) of the Internal Revenue Code as an organization described in section 501(c)(3) is still in effect. Based on the information you submitted, we have determined that you are not a private foundation within the meaning of section 509(a) of the Code because you are an organization of the type described in section 509(a)(1) and 170(b)(1)(A)(vi).

Grantors and contributors may rely on this determination unless the Internal Revenue Service publishes notice to the contrary. However, if you lose your section 509(a)(1) status, a grantor or contributor may not rely on this determination if he or she was in part responsible for, or was aware of, the act or failure to act, or the substantial or material change on the part of the organization that resulted in your loss of such status, or if he or she acquired knowledge that the Internal Revenue Service had given notice that you would no longer be classified as a section 509(a)(1) organization.

As of January 1, 1984, you are liable for taxes under the Federal Insurance Contributions Act (social security taxes) on remuneration of $100 or more you pay to each of your employees during a calendar year. You are not liable for the tax imposed under the Federal Unemployment Tax Act (FUTA).

You are required to file Form 990 only if your gross receipts each year are normally more than $25,000. For guidance in determining whether your gross receipts are "normally" more than $25,000, see the instructions for Form 990. If a return is required, it must be filed by the 15th day of the fifth month after the end of your annual accounting period. A penalty of $10 a day is charged when a return is filed late, unless there is reasonable cause for the delay. However, the maximum penalty charged cannot exceed $5,000 or 5 percent of your gross receipts for the year, whichever is less. This penalty may also be charged if a return is not complete, so please be sure your return is complete before you file it.

If we have indicated in the heading of this letter that an addendum applies, the addendum enclosed is an integral part of this letter.

Letter 1050 (DO/CG)

SARANAC LAKE NY 12983-7173739    DIVN:

MAILING    (division of HANDICAP INTERESTS INTERNATIONAL – W.R. GROUP)    : EXCHANGE UNION)

(non PROFIT TAX EXEPT BY U.S DEPT OF TREASURY, I.R.S, E.I.N: 13-3462738    MAIN PHYSICAL

107 A SCRIBNER AVENUE, STATEN ISLAND, New York city, N.Y 10301.    Address in

Local address : P O Box 1173, Saranac Lake, New York 12983.    U.S.A)

Ph. (518) 891 5466, 891 0556. NY CITY 718 – 954 – 5781.

PRINCIPAL GROUP TAX EXEMPTION OF TAX

HANDICAP INTERESTS INTERNATIONAL

WORLD RELIGION GROUP    EIN 13-356666    (By IRS)

EMPL.

Identification number 133462738

DIVN: REFORMS INTERNATIONAL

DIVN AMERICAN INSTITUTE OF MANAGEMENT

KOLKATA – 7000

46 C J.L Nehru Rd

WING: "RELATIONS" EIN –    W.B, IND.

Ref:    DATE 9/15/2006

Contact Person: K ROY    9/15/2006

USA NR,    Immediate p

Authorized person

To    / HSBC / ___ / NBT/MET Niagara

Citizen Bank    Falls

Saranac Lake NY 12983 /    INK

as Existing Account style ___    Request For Amendment

Dear Madams/Sirs,    We, The Handicap Interests Int'L    EIN

EIN 13-356666 for Exemption of Taxes as not

For Profit Association With several mutually

independent/Trade Names having accounts with you with #  ___

 4 d has separate EIN though exemption is

under Group Exemption of Taxes by IRS, US dept

of Treasury, IRS has advised us Bank A/c

etc should bear individual EIN or Name

of d independant org or Trade Name of both ___

Please amend our A/c ___    EIN

Lisa N Roy Executive officer is authorized as to such a/c

Please see back of form

MAKE CHECKS PAYABLE TO

**NORTH COUNTRY FAMILY PHYSICIA**
309 COUNTY RT 47
SUITE 1
Saranac Lake, NY  12983
ADDRESS SERVICE REQUESTED
ADDRESSEE

LISA ROY
14 KIWASSA
APT 5G
SARANAC LAKE, NY  12983-7173

☐ Please ✔ box if above address information is incorrect & indicate changes on reverse side.

| IF PAYING BY MASTERCARD OR VISA FILL OUT BELOW |
|---|
| CHECK CARD USING FOR PAYMENT |

| ☐ MASTERCARD | ☐ VISA |
|---|---|
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NUMBER |
|---|---|---|
| 08/24/2006 | 65.00 | 34514 |

| PAGE NO. 1 | SHOW AMOUNT PAID HERE  $ |
|---|---|

REMIT TO

**NORTH COUNTRY FAMILY PHYSICIANS**
309 COUNTY RT 47
SUITE 1
Saranac Lake, NY  12983

STATEMENT

Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Date | Patient Name | Doctor | Description | Charges | Adjustments | Payments | Balance | Ins. Pen |
|---|---|---|---|---|---|---|---|---|
| 11/29/04 | LISA | KILBOURNE, M | OFFICE VISIT LEVEL 3 MEDICAID NOT ELIG PT DUE MEDICAID NOT ELIGIBLE PT DUE | 65.00 | 0.00 | 0.00 | 65.00 | |

| Message | | | | |
|---|---|---|---|---|
| | Total Balance | 65.00 |
| | * Insurance Pending | 0.00 |
| | Amount Due Now | 65.00 |

| Statement Date | Account Number | Current | 31 – 60 Days | 61 – 90 Days | 91 – 120 Days | Over 120 Days | Total Balance | * Ins Pending |
|---|---|---|---|---|---|---|---|---|
| 08/24/06 | 34514 | 0.00 | 0.00 | 0.00 | 0.00 | 65.00 | 65.00 | 0.00 |

Make Checks Payable To:

**NORTH COUNTRY FAMILY PHYSICIA**
309 COUNTY RT 47
SUITE 1
Saranac Lake, NY  12983

Billing Questions

(518) 891-2688

** Balance is overdue. Contact us or be referred to a collection agency. **

PLEASE RETURN TOP PORTION WITH YOUR PAYMENT, RETAIN BOTTOM PORTION FOR YOUR RECORDS

LC5101MG-E

U SD C / Colorado    HSD   HS CA   great page

N Y, N Y 10007  d2

(18)

(32)

~~the United~~ ~~states District~~ ~~Court of ...~~ ~~BE / SDNY~~............District of ...Washington DC/
~~ork..., USA.............~~ ~~Civil..........Complaints~~ ~~Docket #_____~~

n by ability, by family backing, and mostly by luck, should learn a truth that his attitudes in political reality field associated with

s faith, would have lead a U S Large Corporation  in USA viz "ENRON" .to bankcrupcy or he might have lead himself to

, charges  for his monkey type business of development of Freedom and Democracy in MUSLIM WORLD , with a equally hard

ext to Hindu Decracies et al, and his businmess affairs. with desire success, if any  are vague, beyond support  of his inner circle

e and allies.  charges against ethics of Bush are growing in catastrofic proportion and disasters of Tsunami or Katrina Hurricane

, may be had gone to Jail by now. He did criminally neglect in  affairs of Katrina Hurricane disaster recently, and this was

 neglect of delay  action of responsibility , a crime for any common American.He should know as a Politician that Hitler initiated

l WAR II but he could not finish it, He had to hide or die, Mr Bush may easily or likely initiate a WORLD WAR III as the

 and distance in between Islamic and Christian lead rule s are so different that any world war next may kill hundreds of millions

e with atomic power. Mr Bush, your eclipse from politics are welcome by resignation at your Choice, or by an inpeachment

ing  or a Natural death, any of the options are better than your continuance in office than your tenure in office of U S A President

e 3 years, as your personal beliefs and faiths  are not important enough to take a risk of WORLD WAR III and deaths of Millions

le World wide, Mr bush think of anything positive other than unfinished war you already started, Give the Leadership Back to

vho who want to survive, not die in vain, as did over 2000 american members of armed forces or around 50,000 due to indiscriminate

lments of US Armed forces almost irratically and  indiscriminately in IRAQ,  AFGANISTAN et. al nations  TO VOID deathS

OCENT CIVILIANS, ARMED FORCES OF RULING PAR  TO MEANINGLESSLY continue.

 **YOU  President Bush for your expression  on  THE last vaterans Day IN u s a . for confessing that You**

**ke most criticism of your actions and policies in a JUNGLE Democracy ASSOCIATED WITH**

of  That   Kamal Roy ake  Rev.Dr Joseph Geronimo g  han U. s Constitutiona l

 (LEADERS ! PLEASE  FORM A CHARAcTER Of Compassions for common  human being of the Nation before you   right to associate form and

contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations

~~on "PEOP~~)                                         he does   represent Association

     represent  Plentary  them  &

World Leaders and superpowers and manipulators of modern democracy covered Jungle democracies , of p be aware   Association

that SO  called terrorists may be Nationalists of many  Regions of GLOBE,hundreds of suicide Bombers & others who  Being g

sacrifice  very precious own lives  to protest a government or foreign aggressor may include only some crooks or represen

some fanatics but we have historical evidences, say in  some armed freedom struggle in British India and elsewhere,History

and  centuries old Emperors and colonial emperors or Quieens viz Old  British Empire, often used nationalists as terrorists or

traitors , but time had proved that they were mostly freedom fighters. Modern democracies are dominantly religion oriented,

although major powers love to declare themselves as secular, but christianity in diverse shales dominate major power blocs

thes days. Some Hindu reigns make major problems to non Hindu minority in every possible way, Hindus may not admit

but secular Nations  prefer to wear masks to cover tjheir feelings towards minority. It is very sad sign to note that Christian

dominated nations and many of their population of citizenry love withou disclosures in Public the Islam faith based nations

generate most terrorists. Now is the true time in interests of common survival to learn to survive in coexistence of multi  faiths

and plurality of religions, and preferably The God notion be made democratic beyond religious faiths.

6 | 3 | 06



XL218D (09/97)

## Como solicitar una vista imparcial

Usted puede solicitar una vista imparcial por escrito, por telefono, o por facsimil o por electronico.

    **ESCRIBA:**   Complete la seccion que se puede arrancar de la Solicitud para una Vista Imparcial en la parte de abajo de esta pagina y enviala a la direccion que aparece en a parte de abajo de la proxima pagina.

  **O LLAME AL:**  <u>(800) 342-3334.</u>

               **Cuando llame, por favor comunique al (la) empleado(a) el numero de este aviso, el cual es <u>U1632M3846.</u>**

  **O POR FACSIMIL:** Envie una copia de esta notification al numero de facsimil (518) 473-6735.

  **O** Envie su peticion llenando el formulario electronico en:

                  **http://www.otda.state.ny.us/oah/forms.asp**

**Si no puede comunicarse con el Estado por electronico, por telefono o por facsimil, por favor escriba una carta solicitando una vista imparcial antes de la fecha limite para solicitar una vista imparcial.**

## Que esperar en una vista imparcial

El Estado le enviara un aviso informandole cuando y donde se hara la vista imparcial.

En la vista, usted tendra oportunidad de explicar por que piensa que nuestra decision es equivocada.  Usted puede traer un abogado, un familiar o amistad o alguien mas que pueda ayudarle a explicar esto.  Si usted no puede venir personalmente, puede enviar a alguien para que le represente.  Si en lugar suyo, usted envia a la vista una persona que no es abogado, debe enviar con esta persona una carta demostrando al funcionario de vistas que usted desea que tal persona le represente en la vista.

En la vista, usted y su abogado o cualquier otro representante suyo tendran la oportunidad de explicar por que nos hemos equivocado y de entregar al funcionario de vistas documentos escritos que demuestren por que estamos equivocados.

Usted puede traer a la vista cualquier testigo que pueda ayudarle a explicar por que piensa que nuestra decision es equivocada.  Tambien debe traer documentos tales como:  Recibos de pago, Contratos de arrendamiento, Recibos, Facturas, Declaraciones de sus medicos.

En la vista, usted y su abogado u otros representantes suyos pueden interrogar a los testigos que nosotros presentemos o que usted traiga como ayuda para su caso.

### ASISTENCIA LEGAL

Si usted piensa que necesita la ayuda de un abogado para su problema, puede obtener un abogado sin costo para usted, comunicandose con:
    **LEGAL AID SOCIETY OF NORTHEASTERN NEW YORK, 38 GOUVERNEUR STREET, P.O. BOX 648, CANTON, NY 13617**
    **Telefono: (800) 822-8283**
    **LEGAL AID SOCIETY OF NORTHEASTERN NEW YORK, 100 COURT STREET, P.O. BOX 989, PLATTSBURGH, NY 12901**
    **Telefono: (518) 563-4022**

Para averiguar nombres de otros abogados, puede ver las Paginas Amarillas de la Guia de telefonos bajo el titulo "LAWYERS".

        Envie esta "Solicitud para una Vista Imparcial" a:

        **The Office of Administrative Hearings**
        **New York State Office of Temporary and Disability Assistance**
        **P.O. Box 1930**
        **Albany, New York 12201**

CONTINUADO EN LA PROXIMA PAGINA ...

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal
filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to
reopen case pending since June 2004 to a/open  3 WCB case of Joseph Geronimo
Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions,
Misconducts& anti labor policy of New York State Workers' Compensation Board
20 Park STREET, Albany, New York 12207, medical report from neurologist Dr
Mazdzer, M D, ANC saranac Lake, New York 12983, 2003 , 2004 & June 2005

for secured living and mostly applications of many laws to secure insurance of promised
benefits of Nation and the Big Brothers of Laws and Bureaucrats. Every able person or all
people together must try to rel duce corruptions that threaten weaker citizens' welfare and
safety every moment in USA. May be world help USA inthis regared for good of world
democracy in crises now all over the world . W. C Board , NY State , forwarded with Misc. reliefs
demands and futher demand of examination by the U.S President and competent authorities in
NY State including N Y Senate to beexamine if the WC Board, NY State can be suspended
immediately , & then reconstituted with lawful and honest officers and judges, by N Y Senate
with assistance of President of USA in view Governor and Admn of Pataki is alleged to be
involved in corruptions at W C Board, NY State to willfully harm the weaker citizens of
democracy of New York , and Joe Geronimo jr in his world wide electronic on line publication
and book volume terms rule of optional Laws , not for help to all, and also terms and defines in
his book as" Jungle democracy *****"! PAGE¹  ! PAGE 1  from writing Of " The Reverend Joe
Geronimo Jr"an Americi an ( U.S), unknown , 80% physically disabled non preaching Religious
Priest of Gods, Religions and 'we the People', & Strategist for newer concepts and definitions of
GODS and DIVINITY in fast changing societies of centuries, with technological very rapid
developments , by Human_animals race. Gods concepts should be non_magical, pragmatic and
non_corrupt reflection of ideal human_animals, ever known and/or redeveloped, & effective
now. ***************** Interests International Inc and Kentucky Fried chiken as employers
for work injuries since August 1983 till 1993 June 7th, in New York.
***************************************** Post Appeal motion CPLR 4404 for grant
NEW/ or amended decision for new evidences found since 1.24.1996 and until 7.1. 2005, and
lawful suspension of parly illegal MEMORANDUM decision of 3 JUDGES Panel AS DULY filed AT
Board office on 1.24.1996 as it contains errors, corrupt practices as claimed by claimant
Geroninimo et al and employer HANDICAP il NTERESTS INTERNATIONAL INC and all of them
CONTEND as below . Affidavit duly sworn in the names of aol gods od Americas (U.S.A) under
penalty of perjury, the same or a Notarosed original shall be filed with WCB_NY State, 20 Park
Street , Albany, New York 12207 ; The F B I, U.S Dept , 26 Feral Plaza , Federal Building, New
York, N Y 10278 ; The United States Attorney,US Dept of Justice, One St Andrews Plaza,at Foley
Square, New York New York; NYS Attorney General; New York State Insurance Department,
Albany, New York et. Al ;Published from Many centers of EUROPE, ASIA, AFRICA, Australia &
ELSEWHERE IN THE world*** on line in search of s Justice to American weaker people, fateless
and in deep trouble in a very corrupt admn for many weaker people in New York State ; the
Rich and powerful in New York State have grabbed justice , and the same may not be available
to a commoner ..or a weaker person in any so called Democracy in world, only 2nd hand
Democracy or a Democracy imposed by ! Crooks, and rich , what the claimant JOE Geronimo
wrote in one of his publications, i.e "Jungle Democracy .. cat and Mouse syndrome of
oprressions of weaker eaucrats in New York ; and almost anywhere in people in new york by
the rich , powerful or designated NY State corrupt Bureaucrats in NY and in Globe elsewhere
...." . All injustices May be available to people to suffer or at times to enjoy anyway:: WORLD
NEWS": post appeal motion CPLR 4404 for grant/ or amend decision file by 3 Judges or so
Appeals panel at WC Board, N Y State, filed on 1.24.1996 as it contains errors, corrupt practice
detailed below. Which was illegal, a new decision is warranted for due process of Laws(pl see
exhibits) Civil and/or criminal penalty of U.S $ 500.00 Millions( each)* demanded to be
assessed and imposed* For violations by these groups in commercial businesses for the last 12
years as we have alleged. Governor of New York State , Mr Pataki may be assessed penalty not
exceeding U S $1002.00 and noti less than US $ 1001.00. These Penalties are at par with



The W C Board, N Y State, Albany, N.Y 12207 / **In the U. S. District Court,** S.D. N.Y, 500 15 Pearl Street NewYork10007/In the **United States Court of Appeals for the 2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed : 9.20.2005**Title of action ; "Jungle Democracy . Cat and Mouse Doctrines ..oppressions by rich and powerful people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo Jr , / aka Kamal K Roy ( A LEGAL ENTITY ) ,Publisher: Reforms INTERNATIONAL , P O Box 1173 Saranac Lake New York 12983 : Kamal Karuna K Roy /aka/Joseph Geronimo Jr plaintiff/ Sole appellant on Poverty clause THE REVEREND Lisa N Roy ; chief editor, Jungle Democracy..etc . Hon Acting  Executive Officer, Handicap Interests Int'l – W.R Group ( Parent Group :H I I Inc A  New York State not for Profit Corporation,& registered as charity with attorney General N.Y State , & in places abroad; incorporated on Nov 2 , 1984 as Non Profit Association; Reforms International, et al all addresses PO Box 1173 ,** Saranac Lake, New York 12983 ;  plaintiffs/Petitioner  as sole appellant V......**The State of New York, Albany, N Y;. Gov   George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park Street, Albany, N Y 12207 ; State Insurance Fund NY State,  15  Computer Drive west.Albany,  New York 12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/ Human rights against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as complicated immunity like environments in Jungle Democracy of New York State,as virtual  white color criminals and as  corrupt people/ white color criminals in USA, et. al, Hon Judge  John G Roberts Jr ,appellate Court Judge  and now supreme court nominee,USA; The (very) Hon. President of U S A  George W Bush ; The U S.A, Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC ; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et al ,. washington DC ( 2 ) THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE  White House, 1600 Pennsylvania Ave, NW, Washington DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR an Appellate Court Judge, (50 yrs, approx,) c/o  The white house, Washington dc: Filed copy with the WORKERS'COMPENSATION BOARD,N Y State, Office of APPEALS, ALBANY, NEW YORK 12207 defendants/ appellees ( now a total of 51 Defendants who did violate  Civil/Human Rights of plaintiffs and sole appellant Mr** Geronimo Jr **is now on poverty clause(2.)LATEST Background of civil and human Rights Violations: 1. One Jr appellate court Judge, named  above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe, at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,**

and Damages caused to individual Plaintiffs and Associations run by their participations.

The Reverend Dr, Joseph Geronimo Jr,: Sole appelant/ Plaintiff is an Ordained Priest, aces in other countries in general educational fields like management science, Public administration, religions and many Gods and people...etc; registered as a clergy & religious marriage officer , New York State(a N Y State constitutional Officer ) ,with the City Clerk, City of New York ,1 Centre St, New York, N.Y 10007 is planning to meet public and members of news media/ Press ,both national and International. in behalf of World Religions Group, 107A ,Scribner Avenue , Staten Island, New York 10301; India & Oriental main office : 46 C Chowringhee Road , Kolkata 700071, West Bengal, India,: Meeting Hours on 9.4.2005, Sunday 6 pm till 9 p.m evening . rsvp. our phones 518 891 5466 or 315- 276 5001 . All are invited.. Venue : Mamie Hogan Meeting Room, at Harrietstown Housing Authority, 14 Kiwassa Road. Saranac Lake, New York 12983 , USA (At Adirondack Mountains) . Discussion topics : defiencies of modern Democratic society and Concepts of Gods and Divinity at modern times of international violence with target to achieve World Peace. ( 2.) misc. issues with topic like amendment needed in concepts, of century and geographic , and

**Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Demodracies. All respectfully submitted for grant of prayer / Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs. Appellant (sole)  the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac Lake, New York 12983.**



The W C Board, N Y State, Albany, N.Y 12207 / **In the U. S. District Court**, S.D.N.Y, 500  16
Pearl Street NewYork10007/In the **United States Court of Appeals for the
2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed :
9.20.2005 **Title of action** ;"**Jungle Democracy . Cat and Mouse Doctrines ..oppressions by rich and powerful
people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo
Jr , / aka Kamal K Roy ( A LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac
Lake New York 12983 : Kamal Karuna K Roy /aka/Joseph Geronimo Jr  plaintiff/ Sole appellant on Poverty
clause THE REVEREND Lisa N Roy  : chief editor, Jungle Democracy..etc . Hon Acting  Executive Officer,
Handicap Interests Int'l - W R Group ( Parent Group :H I I  Inc A  New York State not for Profit
Corporation,& registered as charity with attorney General N.Y State , & in places abroad; incorporated on
Nov 2 , 1984  as Non Profit Association; Reforms International, et al  all addresses PO Box 1173** . Saranac
Lake, New York 12983 ;  plaintiffs/Petitioner  as sole  appellant  V...... **The State of New York,
Albany, N Y;. Gov  George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park
Street, Albany, N Y 12207 ; State Insurance Fund NY State,  15  Computer Drive west.Albany,  New York
12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted
illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/ Human rights
against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as
complicated immunity like environments in Jungle Democracy of New York State,as virtual  white color
criminals and as  corrupt people/ white color criminals in USA, et. al, Hon Judge  John G Roberts Jr
,appellate Court Judge  and now supreme court nominee,USA; The (very) Hon. President of U S A  George
W Bush ; The U S A , Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC
; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington
DC ( 2 ) THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE  White House, 1600 Pennsylvania Ave, NW,
Washington DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR
an Appellate Court Judge, (50 yrs, approx,) c/o  The white house, Washington dc; Filed copy with the
WORKERS'COMPENSATION BOARD,N Y State, Office of APPEALS, ALBANY, NEW YORK 12207 defendants/ appellees (
now a total of 61 Defendants who did violate  Civil/human Rights of plaintiffs and as sole appellant Mr Geronimo Jr is
now on poverty clause(2.)LATEST Background of civil and human Rights Violations: 1. One Jr appellate
court Judge, named  above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe,
at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,**
ethnic based ,name_ Gods. Like Allah, Vishnu, son of God_Jesus to cater
religious and divinity needs of public in general , with patterns of many
Diversitisities of regions and the associated very different interests.(
3.) copy of Electronic Publication of Rev . Joe's Book volume " JUNGLE
DEMOCRACY ...OPPRESSION .. by rich and powerful people/Nations/ State to
weaker people of domestic national origins /aliens and/or foreign Countries
for gains, for oil, for property etc etc or for nothing to help
Humane_crises of Human_animals ... etc etc.." shall be delivered to the
Press community and public in general, on e_mails or hard copies. ( 4.)
COFFEE may be served at meeting Hall to attending Guests , during the
scheduled hours of meeting. Errors & Omissions may be excepted. Thanks &
regards from the above noted priest, World Religions Group and Associates
. Thanks Again. In case you are not available for the scheduled meeting and
you may provide us with your e mails then World Religions Group of
Handicap Interests International W.R. Group shall send you a precise text of
the discussions on Gods , Democracies, amendments with Newer Gods
Concepts with regional priorities
WORLD_WIDE.++++++++++++++++++++++++++++++++++++++++++++++++++++++
++++++++++++++++++++++++The

**Global, New York and USA incidences of Corruptions must stop against weaker
People in JUNGLE Demodracies. All respectfully submitted for grant of prayer /
Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs.
Appellant (sole)  the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac
Lake, New York 12983.**

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, ANC saranac Lake, New York 12983, 2003 , 2004 & June 2005

New York State under supervision of elected Governor GEORGE Pataki is is violations of l many laws in insurance field as was charged to ex chief Executive of International Insurance Giant : A I G in recent times. Atleast 20 person or entities named as 3rd Party respondents to help solution of corruption issues in New York state , all 3rd parties are or may not be corrupt and they were negligent to hold principles of U S Constitution and other Laws during part or whole of period of corruptions durin alleghed period of violations 1990- 2005. some others including WC law Judges , Four, were alleged to follow and participate in corruption. USA permits sitting President of USA , duly elected, to be investigated for crinal vil solutions of laws andAs such claimant et al demand that judges for their criminal neglect in duties in office, and thus damaging interests in freedom. Safety, pursuits of pleasures of such persons .Should be investigated and fully prosecuted (Jail terms not demanded for such Judges).As the claimant's motto is correction of system and he is a disabled work_injured worker/person and he had so far wanted divine and Godly help , But he realised that "AMERICA BASED GODS HAVE BEEN NEUTRAL to MANY Corruptions of Human_animals Al over the World, Especially in USA, at current civilisations Of Human_animals, GODS have to be richer and more powerful than U S A. to fight corruptionin new York, USA,WE feel U S attorney may replenish power_base of Gods. ATTN: the W.C. Board_ N Y state 20 Park st, Albany New York 12207 : pl send/provide a copy each to Judges appeals office WCB_ Judges – 2003 and to one mr. D Jeffrey Romeo, judge, W C Board 2003 at saranac lake, N Y 12993 as the persons were named 3! rd party respondents for affairs related to corruption in the system as alleged by claimnt, el al and the employer H. I .I. Inc, a non profit charitable association registered with NYS attorney General, Bureau of charities regn since November 1984 anf incorporated on 11.1. 1984 Affidavit to be filed with W C Board. NY State on 5.31.2005, sworn before Gods in AMERICA (U S A)of all religions and faiths known to U S A and State Authorities and under penalty of Perjury and also before a Notary PUBLIC, N Y State on 5.31. 2005. One copy of original notary signed sworn statement to be filed with the U.S ATTORNEY. SDNY, New York , N. Y 10007. The United States Attorney, Southern District of New York, United States Dept Of Jutice, One St Andrews Plaza, New York , New York 10007, USA The NYS attorney General ,120 Broadway New York , N.Y 10271 U.S. attorney, NDNY ,US dept of Juctice, Albany, New York 12207. New Jersey Judicial Federal District. P O Trenton, N J -for checking federal l crime or reporting false data on non profit tax data on a Tax exempt by IRS, wherein all records can be inspectected on a specific date, time and designated place. Mr James Borowski came at 2049 Richmond terrace, Staten Island office, New Yori 10301. He did not properly intimate us in any manner that he wanted to inspect any specific paper from us, He was in a 25 minutes_race to audit a farm incoporated in NY state on november 1, 1984 and th corporation had a separate statory entity but an affiliate of an larger unincorporated New York association formed in N Y State in October 1984 and was registered as a charitable non profit organisation which is an intentional body with offices in many countries and with Strategic and Administrative Unit in New York State. He inspected place in aftermath of a flooding effect in the area, being a low lying Staten Island area about 400 ft from waterfront. As the basement area had heating arrangement of th commercil al place, we had storage space of documents in basement anf the office space about 500 Square ft, commercially and industrially zoned office Building, We had to take extra precaution of electrical uses as the basement heatng equipments and electrical wire were touching wat areas. We told the above borowski the above facts and others on the date of his audit around 9 th March between 10.45 am till 11 14 am on the day with 5 minute break fo going to bathroom, HIS audit and observation was tainted without provisions of laws for timely notice or arrival of auditor and



— List Defendants —

(1) Hon. U.S.A. President Hon. George Bush,
White House, 1600 Pennsylvania Ave NW,
Washington DC 2000

(2) Hon. Dick Cheney, President U.S. Senate —do—
The corporation counsel;

(3) City of New York    100 Church Street
New York, NY 10007

(4) The U.S.A Govt c/o U.S Attorney, c/o U.S. Court House
Washington DC 2000]

(5) Lisa Nisbon Dey,
14 Kiwassa Road #5F, Saranac Lake, NY 12983,
The State Insurance Fund
15 Computer Drive West, Albany NY 12205

(6) Harrietstown Housing Authority
(7) and Ms Debbie Zeigah
14 Kiwassa Road
Saranac Lake, NY 12983

(8) 'Citizens Bank' Branch
at Saranac Lake, NY at Broadway
12983

(9) Notary Keith Peterson Manser —do—
Workers Compensation Board;
State of New York
20 Park Street, Albany, NY 12207

(10) Workers' Compensation Law Judge Hs 7
to 16  c/o WC Board, NY State, 20 Park St
(11) Pasternack Popish et al, Albany, NY 12207
Attorney's at Law  see attached name
see attached

(16) 'GOD' — U.S., India, / Keep, based God

New York state officer
(17) (State Insurance Fund)
Nancy Wood, Attorney, 199 Church St, NY, NY 10007

Mr Douglas J. Hayden
General Attorney   MB # 8

2A-1
Cause of Violation
— for failure
to safe guard Constit...
will for p...
—do—
—do—
—do—
— Must ensure
Fellow citizen
get just
Failed to
Act on complaints
Quasi Govt body
failed to ask the 57¢
and Civil rights
—do— of Violate
Misc Law
—do— of other
Public laws
—do—

to be defended by a state
any follower —do—

P.TO  2

San Antonio
USDC / San Antonio

31. 2005 for Post appeal evidences found after a decision was filed with W

C Board, Albany, New York 12207 on March 25, 2005, praying by employer and

the claimants for a new decision in all cases on appeal by Ms Nirban Roy, J

Geonimo Jr and the Handicap Interests International : EIN and exempt organisation by I R S, U S dept of Treasury # 13 3566610. All were parties to last appeal and was later Joined by Geronimo Jr and employer:

Handicap Interests International as parties to appeal. Isurance carriers were the State Insurance Fund, The State of New York, Albany, New York and

the Travelers Insurance Company, Albany, New York, In USA no person is

beyond laws. Even Sitting Presidents in USA were, in office and/or later were indicted and/or later later indicted/prosecuted for their

allege misconduct in/outside during tenure of Office of US President.The

movers of motion aforesaid lawfully introduce the Hon U S President Mr

George Bush; The vice President of USA by Designation, both of White House,

Washington DC for fallacy of only optional uses of US Constitutional and

other laws as if appicable to Citizens as claimed by US authorities in New

York on Claimants/ Employer H I International of New York. such they suffered in USAas if in A "JUNGLE DEMOCRACY" in full force in USA for over a

decade as appeared

in WCB Cases. The above named persons along with others overlooked

principles of Laws in New York

during the era or they have powers to correct all legal failulures as cited

above and below to offer justice and due process of Laws to mover of the

motions. As such 3rd parties and their introduction was necessity and W C

Board should allow this prayer of Motion along with other reliefs. Other third parties introduced in the motion dt 3.31. 2005 were WCB Administrative

Judge Romiro of saranac Lake Location of WCB, NYS for Using erroneous and/or

false remark that The Incorporation papers of Employer H I I INC were not

submitted to WCB, rather same document , and the copies of Incorporation

were handed to the same judge and other Judges at differnt Hearing and by

certified Mails of US Postal Service many times. The I RS filing copies of

tax return of Nirban Roy for the year of accidents of 1993 and other were

also produced

the United states District Court of ... DC / SDNY............... District of ...Washington DC/ New York..., USA...............
1...........Complaints ——Docket #_____.



Mouse Doctrines of Oppressions of rich and powerful people/ Nations / superpower Nations/allies & democratic  Devils, Human Gods, Gods of faiths in USA/ India  and/ or / Nations to weaker people world  wide .......etc " , a mobile Book volume by the  Reverend Joe Geronimo Jr  / a legal entitity in Democracy;  Publisher :Reforms International, Non Profit Tax exempt by I R S.,  P O Box 1173 , ( E I N & tax exempt : ID # 13 –3566610 ) ,Saranac Lake, New York 12983, U S A, Kamal Roy aka Joseph Geronimo Jr S  S # 5788014399 , 107 A Scribner Avenue, Staten Island, New York City, New  York 10301; Chairperson, Board of Editors , " Jungle Democracy.. mobile book  : electronic and hard copy , C/O  H. I International W R Group, P.O Box 1173 , Saranac Lake, New York 12983: Permanent address  : 17th Floor T – Space, Everest Building, 46- C Jawaharlal Nehru Road, KOLKATA 700017. W. B. , India , .et.. el , .  Kamal K.  Roy aka J Geronimo Jr PO Box 1173, Saranac Lake, New York 12983,  ph 518 891 5466 a mobile part disabled Ordained Clergy (FAKIR i.e a Priest on vow of poverty with richness in faiths in Gods and  &  one who sing words of praise of Gods) : Priest of multple faiths of approved Religions world  wide, in Washington D .C area & elsewhere world  wide…Plaintiffs ( Total 5 Nos.)  V. The State of New York, c /o  N.Y.S Attorney General, Albany , New York ; U.S.A  ,. Washington . D C; et al (pl see attached defendants) _____         …Plaintiffs listing consists of . all  democratic entities incluiding a Book volume published and  defendants include a US based entity "GOD".  The plaintiffs and  association as  uninincorporated lawful /entities also  reflect blessings for honest work and  good faiths of people, God faiths , but the Defendants did not show legal  help  to Plaintiffs when necessary under various Laws of USA, India, Iraq, nations world wide  to lawfully assist Plaintiffs and failed the  plaintiffs errors, neglect, abuses , violations of laws anf damaged and caused pains , losses and prolonged sufferings.. GODS ( through American , U S A Followings) also faled possibly through pele followers ; The  chairperson, Editorial Board, "Jungle Democracy oppression of rich powerful people/ Nations/ Superpower Nation to weaker people/ Nationsto disturb regional and international peace , harmony, live of human  animals. Their  Faiths , Religions, life  styles,

_____

**That we,**

**Plaintiffs  represented by Joseph Geronimo jr a mobile priest/ an author mof publications including the " J G etc " the Plaintiff no one (1) do believe that Gods are democratic in USA and elsewhere, But as a U S Citizen, Hon.  George W Bush  President of USA is subject to all laws of land in USA.  Plaintiff in this action as an  individual, U S Citizen do allege as a member of " We  PEOPLE in USA ", that there was criminal neglect  in the part of assessment of intiligence reports to determine that there was weapons of mass  No body is beyond Laws except the Conventional Gods, U S Bases, as we believe that Gods are democratic in USA and elsewhere, But as a U S Citizen Mr George W Bush  is subject to all laws of land in USA.  Plaintiff in this action as an  individual, U S Citizen do allege as a member of " We  PEOPLE in USA ", that there was criminal neglect  in the part of assessment of intiligence reports to determine that there was weapons of mass destruction  with administration of Former alleged  Dictator Saddam**

**LEADERS ! PLEASE  FORM A CHARATER Of Compassions for common  human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP  with changes in societal changes, attitudes of human  animals, administrative changes in democratic laws and**

**regulations, diversities of power blocs of )+ No body is beyond  Laws** except the Conventional Gods, U./ S Bases As we believe that Gods are democratic in USA and elsewhere, But as a U S Citizen Mr George W Bush  is subject to all laws of land in USA, Kamal/ Joseph  Geronimo  Jr Plaintiff in this action as an  U S Citizen, shall act pro Se as a poor  part disabled, & act for  Plaihmtiff Asscns as honorary officer (FRCP ).  **11. 28. 2005 ; PO Box 1173 , S/L, N Y 12983  ++ Title of  CIVIL  Action : "Jungle Democracy , cat and Mouse Doctrines of Oppressions  of rich and powerful  people/ Nations / superpower  Nations/allies & democratic  Devils,  Human Gods, Gods of faiths in USA/ India  and/ or / Nations to weaker people world  wide .......etc ",  a mobile Book volume by the  Reverend Joe Geronimo Jr   / a legal entitity in Democracy;  Publisher :Reforms International, Non Profit Tax exempt by I R S.,,  P O Box 1173 , ( E I N & tax exempt : . # 13 –3566610 ) ,Saranac Lake, New York 12983, U S A, Kamal Roy aka Joseph Geronimo Jr S  S # 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 .**
**New understandings of GODS, Mother Nature and people of all walks of life  and DEMOCRACIES  desired. All respectfully submitted for grant of most prayers and kindly order enguiries for abuses by Govermment to weaker people.**

the United states District Court of ... DC / SDNY.............. District of ...Washington DC/ New York..., USA.............

l..........Complaints——— Docket #_____ .

**Hussain, now in custody of Joint forces of IRAQ Govt and Govt of USA .**

**+Background** of this ***complaint.*** The legal issues have been cited in the Defendants' List and issues have been more clarified in relevant Marked Erxhibits : M E # ' s : "**I am a killer virus : " J. G". I am born of human failures and motives of powerfuls to oppress the weaker people. Human dignity is at a point of full eclipse as moon eclipses on earth's shades. Corruption oriented major power politics and major business houses may always be not harmful to commoners , weaker ,poors. senior Citizens et al but corruption and oppressions have grown in democravic systems. what appear to be generate some of the biggest crises of Human civilizations: I AM ANTI SOCIAL VIRUS VIZ"JUNGLE Democracy.etc" I have different strains. Most of weaker people in any political rule. I infect poors and have nots. But BILLIONS OF People beyond much segregations are my victims. A LL OVER THE World has been infected with me such persons are m host and carrier : Quoted from Joe's mobile literature , jungle democracy oppressions , etc ( PL See below ). I am the # 1 Plaintiff of this civil action and complaints for relief for damages both Punitive and Compensatory. Ther are total five Plaintiffs and total sixty two Defendants, whereas some of ++** the plaintiff belonged to weaker section of democratic society. his and association' grievances were left unattended and due process of Laws were dnied to Petitioners. Gods in USA failed plaintiffs as well as Gods do surrender blessings through people. and mostly powerful people. and they failed Plaintiffs. Compensations demanded as the amount is hugfe and staggering. the amount has been left to be determined by Jury .although minimum amount has been lawfully suggested below. Some non hostile Defendants are listed in Defendants' list as such persons may help trial and democratically obligated to defend themselves or the claims of Petitioners. As the individual plaintiff is very noble as most people in any democracy. he is partly disabled and poor. The requisite petition as a poor person hjas been enclosed for approval.++ The U.N. O. world body virtually the playground of the superpower Nationms and allies. and the interests of Nations of lesser money and Military powers became like slave nation members. Superpowers can almost unilaterally can decide of start a war of convinience against a member nation. This is high time now super power nations on a side and weaker democratic nations form and divide U N O as an essential act to fight and secure rights of weaker nations to achievehuman true freedom and Dignity of nations and Associated people ( Quoted from Jungle Democracy , cat and Mouse doctrine and syndrome of powerful Nations/ PEOPLE for perpetuating OPPRESSION TO WEAK and God theme to be witness of oppressors and the majority people as oppressed. and we introduce such GOD THEME as " WITNESS GOD" and words in oririent to be written as "SAKSHI GOPAL "+the Defendants are not hostile but they are lawfully obligated to witness and/or defend the action so that action becomes honepfully successful in Court with miscellaneous benefits to Plaintiffs . et al.**

LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP -with changes in societal changes, attitudes of human_animals, administrative changes in democratic laws and regulations, diversities of power blocs of )+ **No body is beyond Laws** except the Conventional Gods, U./ S Bases As we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen, Mr George W Bush is subject to all laws of land in USA. Kamal/ Joseph Geronimo Jr Plaintiff in this action as an U S Citizen, shall act pro Se as a poor part disabled. & act for Plaihmtiff Asscns as honorary officer (FRCP ). **11,28, 2005 ;** PO Box 1173 , S/L, N Y 12983 ++ Title of CIVIL Action : "Jungle Democracy , cat and Mouse Doctrines of Oppressions of rich and powerful people/ Nations / superpower Nations/allies & democratic Devils, Human Gods, Gods of faiths in USA/ India and/ or / Nations to weaker people world wide .......etc ' , a mobile Book volume by the Reverend Joe Geronimo Jr / a legal entitiy in Democracy; Publisher :Reforms International, Non Profit Tax exempt by I R S,, . P O Box 1173 , ( E I N & tax exempt : . # 13 –3566610 ) ,Saranac Lake, New York 12983, U S A, Kamal Roy aka Joseph Geronimo Jr S  S # 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 .

New understandings of GODS, Mother Nature and people of all walks of life and DEMOCRACIES desired. All respectfully submitted for grant of most prayers and kindly order enquiries for abuses by Government to weaker people.

Case 1:07-cv-00206-SLR    Document 2    Filed 04/18/2007    Page 60 of 78

Yahoo! Mail - lisanroy2000@yahoo.com    USCA    Page 3 of 17

All Plaintiffs (those) By :-

>>>Kamal Roy , a plintiff in the actions viz "Jungle democracies cat and
>>>Mouse doctrines of oppressions by rich, powerfuls, oppressors, elites in
>>>USA et al to weaker citizens like Kamal Roy who could afford no such big
>>>money to contest a n election of a senior leader from New York for
>>>economic inability and support from news media and USA et al a u s
>>>constititutional requirement to contest, conduct free election in free
>>>world but denied by USA et al defendants and denial of legal rights to  to
alleged by the Plaintiffs including Kama'K Roy, as duly announced & intended
Republican registered candidate in November 2006 election  for one of the el
of e mails to govt andreporting media and , we the people in USA and world,
electoral contests in New York , et al in USA shall continue . Kamal is an ord:
circumstances in a free free nation, named USA.
>>>Kamal roy et al ( U S citizens )
>>>
>>>
>>>Get FREE company branded e-mail accounts and business Web site fror
>>>Microsoft Office Live
>>>http://clk.atdmt.com/MRT/go/mcrssaub0050001411mrt/direct/01/
>>
>>
>>><< 06-503_OPINION_HONSUEL_ROBINSON.pdf >>
>>
>>
>>><<
>>>__Gargi__with_a_step_in_hell__must_be_cautious_to_avoid__HER_jail
>>> >>
>>
>>
>>><< _____Kamalroypriest.htm >>
>>
>>
>>><< 4_gargi__affidavit_marriagemaybedivorced.jpg >
>>
>>
>>><<
>>>CRIMINAL/SWEETHEART_artiste,_turned_WIFE_GARGI_roy(LAHIRI)
estrangednow,but_forever_under_hindu_faith_maybere_unitedunder_perpet
>>> >>
>>
>>><< _joseph_____.htm >>
>>
>>
>>><<
>>>KAMAL_ROY_PHOTO_NEW_yORK_TheReverendDr.,strategist,principal
>>> >>
>>
>>
>>Get today's hot entertainment gossip
>>http://movies.msn.com/movies/hotgossip?icid=T002MSN03A07001
>

10.26.2006
in Orient & as dt in West/ elsewhere GLOBAL NEWS
wanted people to volunteer to promote democracy, now ON a jungle democr
dysfunctions in USA et al, LIKE A CAPTIVE_LADY ,globe wide, UNDER CO
AND ABUSES OF POWERFULS, RICH,OR OPPRESSORS , DEMOCRATI(
HUMAN_gODS, ET AL contact a soeeular priest, mobile at your door _steps c

~~the United  states District  Court of ... DC / SDNY............. District  of ...Washington DC/ New York..., USA...........~~
~~l...........Complaints      Docket #_____.~~

their population of citizenry love withou disclosures in Public the Islam faith based nations generate most terrorists. Now is the true time in interests of common survival to learn to survive in coexistence of multi  faiths and plurality of religions, and preferrably The God s notions must be made democratic beyond religious faiths .The power and liability of any God  of religious followings .in.multiple afaiths , can be reviewed at span of say 50 years for adjustments with changes in societal changes, attitudes of human  animals, administrative changes in democratic laws and regulations, diversities of power blocs of social and religious leaders . ecology , etc etc pertaining to groups of Human  animals' democratic patterns of updated live  style. Gods concepts.

 ++++++++++++(1)+ VIRUS CONTINUED : I am  so  harmful  to human developments ,but I have developed   in  last centuries, a  special love  hate relationship with the most powerful people in any Democracy  and they all are my favorites  ,and such people  favor me as well very conveniently in power controlling game.  I am so wide  spread beyond continents ,  regions and groups , that I need no cover now, I am a most killing virus named  "JUNGLE DEMOCRACY". I have no cure , no vaccine until HUMAN  ANIMALS are reformed and  surrender to humanity. Even Gods may not help people world  wide to fully reform except people try to mend their ways and conscience of their own. Powerful people abuse me by using me. We have a love  hate relationship. But it is my time to retire from my infecting game to people. As I am no Mother  Nature  produce , I am human  generatedm due to moral handicaps. I am immune from  any chemical medication. But I am virus and I kill interests of most of the common people world  wide. I Am tire of Killing interest of people and real prople in thousand , even in millions at times. History is ripe and manmade civilization  may abuse me and may kill billions of real people around globe with a killing spree of both powerfuls and powerless without much discriminations in death as atomic  bombing  and nuclear weapons have no eye and ears. I start killing and continue game of destruction of human belongings including animal and vegetation assets of human ownership including Human  animals live and freedom. My virus nomenclature  is mostly known  JUNGLE DEMOCRACY...OPPRESSIONS  ETC on weker people of civilization, aliens / foreign Nations for gain or no Gains to serve animalinstinct of human animals etc, etc. I am a mobile book publication world  wide, with pet name " JUNGLE DEMOCRACY". I may not have good reference from any doctor, researcher or pharmacuetical corpn. But any common man may identify my presence, Human  Gods, democratic  devils and powerful People may hide my presence, but i am sure peoplelike even Mr Georgfe Bush of USA know my  Viral existence if he knows " BIRD  FLU VIRUS" , THERE IS NO WAY HE SKIPPED MY VIRAL NAME. MY PROMISE TO ALL PEOPLE AROUND Globe, "if U kill me" I won "t strike  You back before  my death , rather  I may surrender to billions of people world   wide with one time blessing to the  human race, : "ENJOY

~~LEADERS ! PLEASE  FORM A CHARATER Of Compassions for common  human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to the Gods, devils or  " WE THE PEOPLE" for your violations on "PEOP -with changes in societal changes, attitudes of human_animals, administrative changes in democratic laws and~~

~~regulations, diversities of power blocs of~~ )+ No  body is  beyond   Laws except the Conventional Gods. U,/ S Bases As we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush  is subject to all laws of land in USA. Kamal/ Joseph  Geronimo Jr Plaintiff in this action as an  U S Citizen, shall act pro Se as a poor  part disabled, & act for  Plaintiff Asscns as honorary officer (FRCP ),  11.28. 2005 ; PO Box 1173 , S/L, N Y 12983  ++ Title of  CIVIL  Action : "Jungle Democracy , cat and Mouse Doctrines of Oppressions  of rich and powerful  people/ Nations / superpower  Nations/allies & democratic   Devils,  Human Gods, Gods of faiths in USA/ India  and/ or / Nations to weaker people world  wide .....etc " , a mobile Book volume by the  Reverend Joe Geronimo Jr  / a legal entitity in Democracy;  Publisher :Reforms International, Non Profit Tax exempt by I R S., , P O Box 1173 , ( E I N & tax exempt : . # 13 −3566610 ) ,Saranac Lake, New York 12983, U S A. Kamal Roy aka Joseph Geronimo Jr S  S # 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 .
New understandings of GODS, Mother Nature and people of all walks of life  and DEMOCRACIES desired. All respectfully submitted for grant of most prayers and kindly order enquiries for abuses by Governmnent to weaker people.



**CPLR Motion dated 7, 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005**

1992-93 period with written notice to both Travelers Insurance co and State

Insurance Fund, The Judges did most trick and illegal and corrupt act. they

remained neutral to action of stopping all due payment and medical help as

per law , although they took due Insurance Premiums from Handicap Interests

International Inc :: Several written representation were made against Insurance companies but Judges were part of illegal actions and Now judges

should go to jail or hell houses of Gods, although ! Claimants et al in the

scripts do not in any demand that any body involved in professional crime

but each should be severely punished for their staggering participations in

crime alleged . We demand that George E Pataki, a Republican State Governor

must share his responsibility in Criminal operations in state of New York

for his last 10 years in Office of Governor of N Y State & to continue until

relief, lawfully demanded are secure for sick and disabled claimant , co_claimant and Small employer.......

**MOTION WORLD NEWS Miscellaneous CORRUPTIONS in changing world of injustices INCLUDING at NEW York State (Rampant corruptions) by state bureaucrats, including NY State Judges at the WC Board NY State, 20 Park Street, Albany, New York 12207 ( office of appeals):: complaints...Investigations demanded**
**********************************************************
***********************

**Joseph Geronimo Jr aka K Roy v. Handicap Interests International Inc

& v. Kentucky fried Chici ken, New York , in both WCB actions v. 32 3rd

party Respondents included by claimants et al for prosecutions and due

process of laws to claimants, et al" ::CPLR Mobile motion and affidavit #41

dt 7.11. 2005, pursuant to CPLR 4404 NY Senate, Albany introduced as 3rd

party respondent pursuant to CPLR New York, as the state Senate failed to

check corruption of Pataki ADMN last 10 years and US Citizen Joseph Geronimo jr aka K Roy suffered life threatening illnesses due to work

#48    7/4/05

7/8/2005

(151)

**CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005**

injuries, duly established ar WC Board., affidavit # 35- C dt July 5 ,2005

with reference to other affidavits including # 35A & B etc :issue corrupt

practices at WCB. NY State:: US , NY State. NY City enquiries demanded of

criminal acts of NY State Bureaucrats & others

::Submission date: on submission at WCB_NY State at Albany , N. Y 12207: on

7/6/2005

notarised affidavits and complaints Corruptions News world wide including in

New York State:: World wide corruptions-Including in New York State pl see

affidavit below sworn under penalty of perjury and in the name of US(American Gods and all others . Instant CPLR 4404 MOBILE Motion & MOTION

MAY CONTINUE UNTIL RESOLVED BY THE W C .Board or Law enforcement

authorities

takes a legal stand on issues of corruption alleged by complainant or co_complainant : Employer_ H .I. International (Non Profit tax exempt by I R

S, U S Dept of Treasury, el al,on submissions now and also pending many

other Motions lawfully submitted Pending before W C Board_NYS for over a

year since June 2004 without known action at the W C . Board beyond legal

explanations. THE U,S , NYS and City of New York law and enforcement sent

copies of affidavits for enquries. HUMAN_ANIMALS' most ancient non_innovative discovery was Gods and divinity concepts as the vast power_bases of NATURE was so surprising to them to every day living with

constant dangers from calamities! of Nature

>

>CPLR Mobile motion CPLR 4404 , affidavit # 46A  dt July 15 ,2005 ::Submission

>date: on submission at WCB_NY State at Albany , N. Y 12207: notarised

>affidavits and complaints Corruptions News world wide including in New York

>State:: World wide _ Misc_ corruptions-Including in New York State pl see affidavit

>below ,sworn under penalty of perjury and in the name of US(American Gods



CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

>and all others . Instant CPLR 4404 MOBILE Motion , the MOTIONs shall
>CONTINUE UNTIL RESOLVED BY THE wc Board or Law enforcement authorities
>takes a legal stand on issues of corruption by the New York State et al ,
>as alleged by complainants/ claimant _WCB Cases, etc , or co_complainant
>or by the listed Employer and/or parent group of Listed Employer _ H .I.
>International Inc (Non Profit tax exempt unincorrated N Y Association duly
>authorised to do business in New York State by I R S, U S Dept of
>Treasury, el al, on submissions now and also pending many other Motions
>lawfullly submitted Pending before W C Board_NYS for over a year since June
>1984 without known action at the W C . Board beyond legal explanations. THE
>U.S , NYS and City of New York law and enforcement sent copies of
>affidavits for enquries. HUMAN_ANIMALS' most ancient non_innovative
>discovery was Gods and divinity concepts as the vast powerbase of NATURE
>was so surprising to them to every day living with constant dangers from
>calamities of Nature.
>
>CPLR Mobile motion CPLR 4404 , affidavit # 41 dt July 11 ,2005 ::Submission
>date: on submission at WCB_NY State at Albany , N. Y 12207: notarised
>affidavits and complaints Corruptions News world wide including in New York
>State:: World wide corruptions-Includinf in New York State pl see affidavit
>below sworn under penalty of perjury and in the name ! of US(American Gods
>and all others . InstantCPLR 4404 MOBILE Motion such MOTION MAY CONTINUE
>UNTIL RESOLVED BY THE wc Board or Law enforcement authorities takes a legal
>stand on issues of corruption alleged by complainant or co_complainant :
>Employer_ H .I. International (Non Profit tax exempt by I. R .S, U S Dept
>.of Treasury, el al,on submissions now and also pending many other

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

Motions
>lawfully submitted Pending before W C Board_NYS for over a year since June
>1984 without known action at the W C . Board beyond legal explanations. THE
>U,S , NYS and City of New York law and enforcement sent copies of
>affidavits for enquries. HUMAN_ANIMALS' most ancient non_innovative
>discovery was Gods and divinity concepts as the vast powerbase of NATURE
>was so surprising to them to every day living with constant dangers from
>calamities of Nature.
>CPLR Mobile motion CPLR 4404 , affidavit # I 34- A dt July 5 ,2005
>::Submission date: on submission at WCB_NY State at Albany , N. Y 12207:
>notarised affidavits and complaints Corruptions News world wide including
>in New York State:: World wide corruptions-Includinf in New York State pl
>see affidavit below sworn under penalty of perjury and in the name of
>US(American Gods and all others . InstantCPLR 4404 MOBILE Motion 9MOTION
>MAY CONTINUE UNTIL RESOLVED BY THE wc Board or Law enforcement authorities
>takes a legal stand on issues of corruption alleged by complainant or
>co_complainant : Employer_ H .I. International (Non Profit tax exempt by I
>R.S, U S Dept of Treasury, el al,on submissions now and also pending many
>other Motions lawfully submitted Pending before W C Board_NYS for over a
>year since June 1984 without known action at the W C . Board beyond legal
>explanations. THE U,S , NYS and City of New York law and enforcement sent
>copies of affidavits for enquries. HUMAN_ANIMALS' most ancient
>non_innovative discovery was Gods and divinity concepts as the vast
>powerbase of NATURE was so surprising to them to every day living with
>constant dangers from calamities of Nature.



CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal
filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to
reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo
Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions,
Misconducts& anti labor policy of New York State Workers' Compensation Board
20 Park STREET, Albany, New York 12207, medical report from neurologist Dr
Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

> previous All affidavits until dated 7.12. 2005 filed with The Laws
> and Enforcement pesonnel/Dept of various Nations & the::WC Board,
> N.Y.State, Office of appeals , 20 Park street, 12207 by e-mail &
> USPS
> certified mail to W C Board Mail fee paid, on 7.12.2005.
>
> 2. N.Y.State DIVISION OF HUMAN RIGHTS, One Fordham Plaza, 4th
> foor,
> Bronx , New York 10458, USA new York has been named as a 3rd
> Party named***
> respondent RE: pursuant to prosecute WCB Cases of claimant ,
> co_claimant, Ms Nirban Roy & employer HI I Inc ( a small employer in
> USA
> CPLR as WC Board, NYS may allow this to prosecute the WCB Cases.
> As by
> discrimination in between larger and smaller employer viz H I I Inc-
> listed
> employer were declard as "bogus employer " or non_existent
> employer in New
> York, USA, any where in the World by the Insurance co S I FUND, NY
> State, at
> least after 2 and one half years ,after lawful empoyment did in fact
> occur and employment Taxes and Insurance cost were paid under
> laws of USA,
> NY STATE and Real Estate Taxes for 5 pieces of property owned in the
> City of
> New York & City of Yonkers were being paid in 1990 1995; was cited
> and
> unlawful and stupid report s were filed to court by NY STATE
> Attorneys that
> the Small international Non profit organization had no money to pay
> 1 or 2
> salaried employees repeat employees, with illegal dishonest attitudes
> of N
> Y State through NY State bureaucrats to evade Insurance payment
> liability
> of N Y STATE. We allege Mr Pataki duly allowed such corruptions to
> take
> place of State bureaucrats to cook books of Financial liability of the
> State. If Ebbers ex chief of Worldcom could be investigated for
> fraudulent
> ecord keeping , we pray that Pataki and his NY admn must be
> similarly
> investigated for commercial Insurance Business fraud in public by
> Patai and
> associates. Alternately Mr Ebbers of ex Worldcom may not be sent in
> jail as



45

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal
filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to
reopen case pending since June 2004 to reopen 3 WCB case of Joseph Geronimo
Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions,
Misconducts& anti labor policy of New York State Workers' Compensation Board
20 Park STREET, Albany, New York 12207, medical report from neurologist Dr
Mazdzer, M.D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

ordered by US federal Judge in SDNY, NY,NY1007. We associal
reforms group
and Handicap interests group in Society in USA (includes New York)
and in
world in our small capacity wish the discriminatory practices in
crimes in
Government Business in similar field and counterparts in private
commerce
have been weighed differently in eye of Laws by federal or state Law
enforcement officials, and such inequal treatment of crimes are
prohibited
by U S constitutional Laws. A copy of this script notrised, is being sent
to
the Chief Judge, U S District Court SDNY , New York, N Y 10007 for
demand of
equityable justice system in New York State and in USA.( see marked
exhibits
related to NYSt Attorney )who were engaged with S .J. fund in
association of
corruption plans of attorney of Travelers Insurance Company, the
insuranxe
carrier of Kentucky fried chicken, New York, N Y for " August 20 ,
1983
around midnight hour" :: work injury at West 145 Street restaurant of
KFC
at Manhattan , New York city where claimant work as Trainee Asst
Manager,
until Very serious injury before eye witness at the
store**********************************************

***** 7. 12 .2005 New York: corruptions & News ::World wide and in
N Y
State: Corruptions are worse than terrorisms in any society, and
Corruptions at highest level of political administrations gives birth to
terrorism to fight corruptions by the weaker groups who may not be
able to
fight corruptions in a straight forward and conventional way to
oppose
administration of a native country or alien powerful Nation with a
vested
interests in power, money, natural resources etc el tc. It is a bitter
game of
weaker people of a Nation or international groups of religions,
political
groups or bodies as such, who really fight an non_conclusive war to
carry
on. we suggest the administrations even with greatest powers and



CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to reopen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

2) H I I – W R group makes  research and advocates for issues in any society where people  may lack general interests in many serious but not so emmegent issues but with far reaching problems for the society in USA or in the world, such issues we name as "handicap interests" among other issues. We lately noted that many large USA corpn

did suffer ethics problems perhaps  overlooked before. The problems were idetified and chief executives

who were mostly founders of these large corpns were solely blamed by using many hoopholes of current laws. We know any law is good until changed or expired. But loophole lies in system. Say one of the best talented ex top Executives of a lately very large corpn is placed before a jury of very average talent and truly incapable of grasping many issues *Complex enough  for them  to  resolve as*

of crime ,If at al did occur and such jury decide guilt or innocence of the accused Top executive. In fact many big businesses fail for changing ethics of shareholders, panick in business            environments brought by technological inventions, social changhes, war, civil wars

and "JUNGLE Democratic rules world wide. By the extremely larger power of nation or state say in USA  *Executive  or  even  a pay/mis*

it may be easier to convict any part honest of full honest with basic calculations of a market *Complex error* condition

any blamges could be cited on the ex former Executive of a  former large corpn , the later  did  *all life efort*

enormous growth of ancillary industries and National economies. The Chief executives lawfully run

with Board of Directors as close guide to Chief executive. If some how corporation fail, it is greatly unwise to blame major problems associated with failing corpn solely on EX CHIEF

EXECUTIVE, SAY MR EBBERS' MANY ERRORS, MISTAKES AS CHIEF EXECUTIVE OR SOME OR MANY WRONGFUL IDEAS CAN ONLY LEAD TO SOME FRAUD IN PUBLIC EYE WITH MASSIVE FIGURE OF Fraud of ***More than eleven million dollars, U.S. We use U.S freedom of speech to suggest that Ebbers was never richer than one billion US & WORTH, he  could alone  could not cause Eleveven Billion Dollar fraud without the approval, consent or errors of illegal behaviors of Board of Directors of Former corpn.All

Members of Board of Directors of failing corpn should be criminally charged, if any. Accusing pattern of Chief Executives as in cases of Mr Ebbers, in cases of Enron and others are greatly erroneous. We demand pursuant to equitable process of Criminal Justice systems  all the large Jail terms to former chief of US corporation should be condoned to half of Jail Terms provided by Many Judges. Leaving1 th other half of  Justice  and jail terms due to all others responsible for failures in former large business  corpn. : quoted from Jungle Democracy...doctrine " of Joe Geronimo Jr , an M,B,A ( State University of New York Maritime College, Fort schuler , Bronx, New York City, in USA,(SS & ID 578 80 4399) D(octorate in Divinity etc....( in Religions, Gods, Devil, and People etc), a partly disabled worker fighting to establish workers' right in New York. USA.

In the  United states District Court District of Columbia / S.D.N.Y/ Washington D.C. 20001 / New York, 10007 : page ....
the United states District Court of ... DC / SDNY............ District of ...Washington DC/ New York...., USA...........
.........Complaints ———Docket # ............... Complaints of GOVT /STATE/USA 's failure  to grant privileges of First amendment
to petition the Govt to redress  specific and many grievances  of individual Plaintiff and his Association, and as the plaintiff  belonged to
section of democratic society. his and association' grievances were left unattended for decades and the  due process of Laws  were dnied  In  all
ntiffs. DEFENDANTS w/foreign based  damages. are HUGE Jury to decide
list of defendants and  laintiffs are from page .... to page .........Total ... Pages of list with major allegation cited against them
ain

to us as our fellow Americans died in vain or due to negligence of a US US Citizen, Mr George W Bush. as
such we pray to court that order be issued to US Attorney General. Washington D C to explore
possibility of appointment of a special Prosecutor to find truth of our allegations , as noted,
and the Attorney general file a report to Chief Juge of US District court and/or appoint the
special prosecutor under Laws. It may be noted that a special prosecutor investigated
* 333 Constitution Avenue, N.W, Washington D.C 2001/ S.D.N.Y,  500 Pearl Street, NewYork,
N Y 10007 ,USA  :  date of FILING :  11. 23. 2005  Civil action / Complaints: Docket No
        Judge : Hon ............  Compensatory and Punitive Damage claimed U S $ One
Million  minimum to  One ( ¾ )   Billion  U. S Dollars of current  value++++ to be decided by
Jury at trial.
Date Filed: 11.16. 2005  by USPS Saranac Lake N Y 12983............ Civil...Action     ......
ADDITIONAL  Complaints/ AFFIDAVITS      #  and People  are the interlinking Keys of
research of the Plaintiff , Priest  Kamal aka J G Jr is a strategic thinker and social reforms
worker in societic environments. The priest thinks that Term God is a Democratic meaningful
terminology beyond any religious faith as constraints on the term but gods teminolgy closely
relates to Goodness in people of all faiths. Gods base the functioning through PEOPLE , and
God is gradually failing in Democratic establishments all over the World as with the advents
of modern technologies and uses of high powered computers in rich nations, the term
Superpower has been dominat in all democracies and Human  Gods , may be one like George
W Bush et al have emmerged in Human Administrations, such figures have reduced power
basse of Gods.
That we have historical evidences, say in  some armed  freedom struggle in British India and
elsewhere,History and  centuries old Emperors and colonial emperors or Queens viz Old
British Empire, often used nationalists as terrorists or traitors are universally  accepted with
evidences that leaders, administrators and common Public take oaths & perform  many  acts in
swearings in Public with  Gods associated for name  sakes, etc. That we  people are aware
beyond doubts, & time had  proved that they were mostly freedom fighters. Modern
democracies are dominantly religion oriented, although major powers love to declare
themselves as secular, but christianity in diverse shapes  & categories ,dominate major power

LEADERS ! PLEASE  FORM A CHARATER Of Compassions for common  human being of the
Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods,
devils or  " WE THE PEOPLE" for your violations on "PEOP
 with changes in societal changes, attitudes of human  animals, administrative changes in
democratic laws and regulations, diversities of power blocs of )+  No body is beyond  Laws except the
Conventional Gods, U.S Bases.  As we believe that Gods are democratic in USA and elsewhere. But as a U.S Citizen Mr George W Bush  is
subject to all laws of land in USA.  Kamal/ Joseph  Geronimo  Jr Plaintiff in this action as an  U.S Citizen  shall act  pro Se as a poor part disabled, &
act for  Plaintiff Assns as honorary officer (FRCP )  11.28. 2005 ; PO Box 1173 , S/L, N Y 12983

In the   United states District Court (District of Columbia / S.D.N.Y/ Washington D.C. 20001 / New York  10007 ; page

the United states District  Court of ... DC / SDNY .......... District of ...Washington DC/ New York.., USA

.......... Complaints    Docket   # .............. Complaints of GOVT/STATE/USA 's failure to grant privileges of First amendment

to petition the Govt to redress  specific and many grievances  of individual Plaintiff and his Association, and as the plaintiffs belonged to

or section of democratic society, his and association' grievances were left unattended for decades and the  due process of Laws  were dnied To  all

miffs  DEFENDANTS w/foreign based /damages  are HUGE law to decide

list of defendants and  laintiffs are from page .... to page ......... Total ... Pages of list with major allegation cited against them

ain

( ) That   Plaintiffs  Oriental

Permanent address": 17th Floor T – Space, Everest Building, 46- C Jawaharlal Nehru Road, KOLKATA 700017, W.
B. , India , .et., el , ^ Kamal K.  Roy aka J Geronimo Jr PO Box 1173, Saranac Lake, New York 12983,  ph 518 891
5466 a mobile part disabled Ordained Clergy (FAKIR i.e a Priest on vow of poverty with richness in faiths in Gods and
& one who sing words of praise of Gods) : Priest of multple faiths of approved Religions world   wide, in Washington
D .C area & elsewhere world  wide…Plaintiffs ( Total  5 Nos.)  V. The State of New York, c /o   N.Y.S Attorney
General, Albany , New York ; U.S.A  ,.  Washington , D C; et al (pl see attached defendants)
…Plaintiffs listing consists of. all  democratic entities incluiding a Book volume published and  defendants include a
US based entity "GOD". The plaintiffs and  association as unincorporated lawful /entities also  reflect blessings for
honest work and  good faiths of people, God faiths , but the Defendants did not show legal  help  to Plaintiffs when
necessary under various Laws of USA, India, Iraq, nations world  wide  to lawfully assist Plaintiffs and failed the
plaintiffs errors, neglect, abuses , violations of laws anf damaged and caused pains , losses and prolonged sufferings..
GODS ( through American , U S A Followings) also faled possibly through pele followers ; The  chairperson, Editorial
Board, "Jungle Democracy oppression of rich powerful people/ Nations/ Superpower Nation to weaker people/
Nationsto disturb regional and international peace , harmony, live of human  animals. Their  Faiths , Religions,
life  styles,

That we,  Plaintiffs  represented by Joseph Geronimo jr a mobile priest/ an author mof
publications including the "1 6 etc " the Plaintiff no one (1) do believe that Gods are democratic in USA and
elsewhere. But as a U S Citizen, Hon.  George W Bush  President of USA is subject to all laws of land in USA.
Plaintiff in this action as an  individual, U S Citizen do allege as a member of " We  PEOPLE in USA ". that there
was criminal neglect  in the part of assessment of intiligence reports to determine that there was weapons of
mass  No body is beyond Laws except the Conventional Gods. U S Bases, as we believe that Gods are democratic
in USA and elsewhere. But as a U S Citizen Mr George W Bush  is subject to all laws of land in USA.  Plaintiff in this
action as an  individual, U S Citizen do allege as a member of " We  PEOPLE in USA ", that there was criminal neglect
in the part of assessment of intiligence reports to determine that there was weapons of mass destruction  with administration
of Former alleged  Dictator Saddam Hussain, now in custody of Joint forces of IRAQ Govt and Govt of USA ;

+Backround of this  complaint. The legal issues have been cited in the Defendants' List and issues have
beenmore clarified in relevant Marked Erxhibits : M E # " s : " I am a killer virus : " J.b"", I am born of
human  failures and motives of powerfuls to oppress the weaker people. Human dignity is at a point of full eclipse
as moon eclipses on earth's shades. Corruption oriented major power  politics and major business houses may
always be not harmful to commoners , weaker poors, senior Citizens et al but corruption and oppressions have
grown in democratic systems, what appear to be generate some of the biggest crises of  Human  civilizations; I

LEADERS ! PLEASE  FORM A CHARATER Of Compassions for common  human being of the
Nation before you contest for any power in DEMOCRACIES, You may be responsible to Gods,
devils or  " WE THE PEOPLE" for your violations on "PEOP
-with changes in societal changes, attitudes of human_animals, administrative changes in
democratic laws and regulations, diversities of power blocs of )+ No body is beyond  laws except the
Conventional Gods.  As we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush  is
subject to all laws of land in USA . Kamal/ Joseph  Geronimo Jr Plaintiff in this action as an  U S Citizen, shall act pro Se as a poor  part disabled, &
act for  Plaintiff Assns as honorary officer (FRCP.) , 11.26, 2005 ; PO Box 1173 , S/L, N Y 12983



STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
100 BROADWAY - MENANDS
ALBANY, NY 12241
www.web.state.ny.us
(866) 750-5157

Jeffrey R. Sweet
Acting Chairman

State of New York - Workers' Compensation Board

In regard to Joseph Geronimo Jr., WCB Case #0933 3688

NOTICE OF DECISION
keep for your records

At the Workers' Compensation hearing held on 11/25/2003 involving the claim of Joseph Geronimo Jr. at the Saranac Lake hearing location, Judge D. Jeffrey Romeo made the following decision, findings and directions:

DECISION:  Attorney Lewis is discharged and remains of minimum notice. No further action is planned by the Board at this time.

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
100 BROADWAY - MENANDS
ALBANY, NY 12241
www.web.state.ny.us
(866) 750-5157

Jeffrey R. Sweet
Acting Chairman

State of New York - Workers' Compensation Board

In regard to Karina Nidhan a/k/a Roy, WCB Case #0835 0644

NOTICE OF DECISION
keep for your records

At the Workers' Compensation hearing held on 11/25/2003 involving the claim of Karina Nidhan a/k/a Roy at the Saranac Lake hearing location, Judge D. Jeffrey Romeo made the following decision, findings and directions:

DECISION:  No further action is planned by the Board at this time.

HIGH PEAKS RADIOLOGY PC
PO BOX 809
LAKE PLACID, NY 12946

Date: 03-23-05

Account #: 922 156521

Amount Due:  191.00




Phone: 1-800-633-9162

MED577006173 002236
LISA ROY
3 RIVERSIDE DR APT 5G
SARANAC LAKE NY  12983-2210

Mail Payment to:

HIGH PEAKS RADIOLOGY PC
PO BOX 809
LAKE PLACID, NY 12946



MED577

Re: LISA ROY
Account #: 922 156521
Balance: 191.00
Place of Service: ADIRONDACK MEDICAL CENTER IP

DEAR LISA ROY

YOUR ACCOUNT IS PAST DUE. UNLESS WE HEAR FROM YOU WITHIN THIRTY (30) DAYS, WE
MAY BE FORCED TO FORWARD YOUR OUTSTANDING BALANCE TO A COLLECTION AGENCY.

PLEASE MAKE PAYMENT IMMEDIATELY OR CONTACT OUR BILLING DEPARTMENT TODAY TO
MAKE FINANCIAL ARRANGEMENTS. A REPRESENTATIVE WILL BE AVAILABLE TO ASSIST YOU
FROM 8:30 TO 4:30 MONDAY THROUGH FRIDAY.

THIS IS YOUR FINAL NOTICE. MAKE FURTHER COLLECTION EFFORTS UNNECESSARY BY
SENDING US YOUR PAYMENT IMMEDIATELY.

PLEASE RETURN A COPY OF THIS LETTER WITH YOUR PAYMENT AND WRITE YOUR ACCOUNT
NUMBER ON YOUR CHECK.





LEGAL APPEALS UNIT
WORKERS' COMPENSATION BOARD
20 PARK ST
ALBANY, NY 12207
www.wcb.state.ny.us

David P. Wehner
Chairman

State of New York - Workers' Compensation Board

In regard to Joseph Geronimo, WCB Case #0931 4088

MEMORANDUM OF BOARD PANEL DECISION
keep for your records

Opinion By: Scott G. Firestone
Karl A. Henry
Frances Libous

\* This decision also pertains to the following case(s): 09333688.

Through correspondence filed on December 30, 2003, the claimant acting on his own behalf requests review of the Workers' Compensation Law Judge (hereinafter "WCLJ") decision made at a hearing on November 25, 2003 and filed December 4, 2003 that denied the claimant's request to reopen the claims. The WCLJ specifically found that the claimant has not submitted sufficient evidence to prove the legitimacy of the alleged employer as directed by the Board Panel in a Memorandum of Decision filed January 24, 1996.

The claimant filed two claims alleging that he was injured while working at Handicap Interests International in separate accidents in 1993. The carrier raised the issue of fraud and collusion in both cases and the record was developed on the issue. In a Memorandum of Decision filed January 24, 1996, the Board Panel gave the claimant a final opportunity to produce evidence showing the incorporation of the alleged employer along with witnesses and payroll records to support his claims.

At a hearing on November 25, 2003, the WCLJ reviewed the Board file and various documents submitted by the claimant. The WCLJ concluded that the claimant has failed to submit sufficient evidence showing the incorporation of the alleged employer as directed by the Board Panel.

The Board Panel finds, following a complete review of the Board files, that the WCLJ correctly concluded that the

*** Continued on next page ***

| | | | |
|---|---|---|---|
| Claimant - | Joseph Geronimo | Employer - | Handicap Interests Internati |
| Social Security No. - | 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 | Carrier - | State Insurance Fund |
| WCB Case No. - | 0931 4088 | Carrier ID No. - | W204002 |
| Date of Accident - | 02/26/1993 | Carrier Case No. - | 37488442-083 |
| District Office - | Albany | Date of Filing of this Decision - | 04/08/2004 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EBRB-1 (4/99)

Page 1 of 2

# City of New York



0001087901

NE #7A
# 8
Relevant

98

| Name: | HANDICAP INTERESTS INTL | | Issue Date: | 09/15/2003 |
| --- | --- | --- | --- | --- |
| Address: | 60 PARK AVE<br>APT 4<br>SARANAC LAKE, NY 12983-1135 | | **Expiration Date:** | 09/22/2003 |
| | | | Bill Number: | 0001087901 |
| | | | Location: | Staten Island Help Center |

Items to Pay:

| Sales Item ID | Agency Dept. | Item Identifier | Description | Issue Date/Tax Period | Name | Amount to Pay | New Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3008 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Principal | 07/01/1999 | HANDICAP INTERESTS INTL | $60.36 | $0.00 |
| _Details: Principal: $60.36   Interest: $27.96   Account ID:     Due Date: 07/01/99   Interest Date: 09/22/03_ | | | | | | | |
| 3012 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Interest | 07/01/1999 | HANDICAP INTERESTS INTL | $27.96 | $0.00 |
| _Details: Principal: $60.36   Interest: $27.96   Account ID:     Due Date: 07/01/99   Interest Date: 09/22/03_ | | | | | | | |
| 3008 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Principal | 10/01/1999 | HANDICAP INTERESTS INTL | $60.38 | $0.00 |
| _Details: Principal: $60.36   Interest: $25.98   Account ID:     Due Date: 10/01/99   Interest Date: 09/22/03_ | | | | | | | |
| 3012 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Interest | 10/01/1999 | HANDICAP INTERESTS INTL | $25.98 | $0.00 |
| _Details: Principal: $60.36   Interest: $25.98   Account ID:     Due Date: 10/01/99   Interest Date: 09/22/03_ | | | | | | | |
| 3008 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Principal | 01/01/2000 | HANDICAP INTERESTS INTL | $62.62 | $0.00 |
| _Details: Principal: $62.62   Interest: $24.94   Account ID:     Due Date: 01/01/00   Interest Date: 09/22/03_ | | | | | | | |
| 3012 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Interest | 01/01/2000 | HANDICAP INTERESTS INTL | $24.94 | $0.00 |
| _Details: Principal: $62.62   Interest: $24.94   Account ID:     Due Date: 01/01/00   Interest Date: 09/22/03_ | | | | | | | |
| 3008 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Principal | 04/01/2000 | HANDICAP INTERESTS INTL | $62.62 | $0.00 |
| _Details: Principal: $62.62   Interest: $23.00   Account ID:     Due Date: 04/01/00   Interest Date: 09/22/03_ | | | | | | | |
| 3012 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Interest | 04/01/2000 | HANDICAP INTERESTS INTL | $23.00 | $0.00 |
| _Details: Principal: $62.62   Interest: $23.00   Account ID:     Due Date: 04/01/00   Interest Date: 09/22/03_ | | | | | | | |
| 3007 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Principal | 07/01/2000 | HANDICAP INTERESTS INTL | $62.70 | $0.00 |
| _Details: Principal: $62.70   Interest: $21.13   Account ID:     Due Date: 07/01/00   Interest Date: 09/22/03_ | | | | | | | |
| 3012 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Interest | 07/01/2000 | HANDICAP INTERESTS INTL | $21.13 | $0.00 |
| _Details: Principal: $62.70   Interest: $21.13   Account ID:     Due Date: 07/01/00   Interest Date: 09/22/03_ | | | | | | | |
| 3007 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Principal | 10/01/2000 | HANDICAP INTERESTS INTL | $62.70 | $0.00 |
| _Details: Principal: $62.70   Interest: $19.25   Account ID:     Due Date: 10/01/00   Interest Date: 09/22/03_ | | | | | | | |
| 3012 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Interest | 10/01/2000 | HANDICAP INTERESTS INTL | $19.25 | $0.00 |
| _Details: Principal: $62.70   Interest: $19.25   Account ID:     Due Date: 10/01/00   Interest Date: 09/22/03_ | | | | | | | |
| 3007 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Principal | 01/01/2001 | HANDICAP INTERESTS INTL | $63.68 | $0.00 |
| _Details: Principal: $63.69   Interest: $17.68   Account ID:     Due Date: 01/01/01   Interest Date: 09/22/03_ | | | | | | | |
| 3012 | PROPERTY_TAX | 5000420067 | Real Estate - DOF - Interest | 01/01/2001 | HANDICAP INTERESTS INTL | $17.68 | $0.00 |
| _Details: Principal: $63.66   Interest: $17.68   Account ID:     Due Date: 01/01/01   Interest Date: 09/22/03_ | | | | | | | |

Instructions:
1. The bill should **not be mailed** for payment. Please use our Internet www.nyc.gov, or IVR 718-935-0096 to pay.
2. The bill is only good until the **expiration date**.
3. The bill is not proof of payment (i.e. it is not a receipt).
4. Bill should not be used for ADJUDICATION

AMERICAN GENERAL FINANCIAL SERVICES, INC. 04-089. Download, 09/12/2
www.ded.**uscourts**.gov/**Opinions**-30-Days.htm - 40k - Cached - Similar pages

**SLR Opinions**
FLEMING COMPANIES, INC., et al. 03-1049. Download, 09/12/2006, JUN
www.ded.**uscourts**.gov/**SLRopinions**-1.htm - 768k - Cached - Similar pac

InfoChange India News & Features development news on Environment ...
The **court** has given two weeks for him and **us** to act.â€ ... kind undertaken by
www.infochangeindia.org/ EnvironmentItop.jsp?section_idv=6 - 475k - Cached - S
The Divine Bharatmata Petition
Your **opinion** with regard to the issue of the distorted map of Bharat Mata by ... a
www.hindujagruti.org/petition/comment.php - 145k - Cached - Similar pages
Telegrams: Tatador
**Kamal** Nath, the Minister of State for the Ministry of Environment and Forests, ...
www.ashanet.org/projects-new/ documents/430/sps_main_proposal.htm - 67k - (
Natalie Davis' All Facts and **Opinions**
By choosing a Supreme **Court** nominee sure to win favor with his far-right base,
gratefuldread.net/archives/cat/cat_left_v_right.html - Similar pages
schoolsahead.com - The Complete Learning Portal
Played a key role in bringing back parliamentary **democracy** to Bangladesh in 19
www.schoolsahead.com/sandstime/flag.html - 117k - Cached - Similar pages
The Tribune, Chandigarh, India - Chandigarh Stories
'**Court** Martial', a play addressing caste prejudice within the cadres of the Army, .
www.tribuneindia.com/2005/20050202/cth1.htm - 70k - Cached - Similar pages
SASNET: Recommended reading
Arundhati **Roy**, Frontline 11 October, 2002. A writer's reflections on â€the **US**-c
www.sasnet.lu.se/recreading.html - 131k - Cached - Similar pages

$\int \frac{\mathcal{G}}{10} \Big| \text{l} \Big| \text{20}^{-1}$

-----Original Message-----
From: karnaroy@aim.com
To: karnaroy@aim.com; vishwa_dh@yahoo.com; lisanroy2000@yahoo.com; vis!
coa@courts.state.ny.us; communitynews@tvasia.com; enquiries@un.org; email(
tvnews@vsnl.com; washington@nytimes.com; emailnewsletters@usatoday.com;
Cc: webmaster@thejakartatimes.com; webmaster@hindu.org; ptidelhi@pti.org.co
tanya4u@mail.ru; tlffreepress@yahoo.com; vishwa_68@hotmail.com; vishwa_dh
Sent: Thu, 5 Oct 2006 10:11 PM
Subject: Re: 10.3 2006 IN IN WEST: USA as a nation, Government or Superpow

Yahoo! Mail - vishwa_dh@yahoo.com    Page 1 of 63

Case 1:07-cv-00206-SLR    Document 2    Filed 04/18/2007    Page 76 of 78

Yahoo! My Yahoo! Mail    Make Y! your home page    Search: [ ]    **Web Search**

 **YAHOO! MAIL**    Welcome, **vishwa_dh**    Mail Home - Mail Tutorials - Help
[Sign Out, My Account]

**Find Your Graduating Class**    I graduated in: 1996 / 1986 / 1976     classmates.com    FI

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **Mail For Mobile - Upgrades - Options** |

[ **Check Mail** ] [ **Compose** ]    [ ]    [ **Search Mail** ] [ **Search the Web** ]

Vonage: Free Router Included

Previous | Next | Back to Messages

[ **Delete** ] [ **Reply** ▾ ] [ **Forward** ▾ ] [ **Move...** ▾ ]

| **Folders**    [Add - Edit] | This message is not flagged. [ Flag Message - Mark as Unread ] |

**Inbox (236)**
Draft
**Sent**
**Bulk (6451)** [Empty]
Trash    [Empty]

**Date:**    Fri, 6 Oct 2006 07:39:20 -0700 (PDT)

**From:**    "vishwa dharma" <vishwa_dh@yahoo.com> ⬛ View Contact Details    ⬛ Add I

**Subject:**    ✏ Re: 10.6 2006 : We are very proud to be american ( of USA) at most level o
for last decades to safeguard democratic right to weaker persons ofown 25% to

**Search Shortcuts**

My Photos
My Attachments

**To:**    karnaroy@aim.com, ⬛ lisanroy2000@yahoo.com, vishwa_2@hotmail.com, ader
email@aljazeera.com, helpdesk@wcb.state.ny.us, inlandempire@latimes.com, ⬛
foreign@nytimes.com, vishwa12345@hotmail.com, dhurjati97@rediffmail.com, I

**CC:**    webmaster@thejakartatimes.com, webmaster@hindu.org, ptidelhi@pti.org.com,
vishwa_68@hotmail.com, vishwa_dh@yahoo.co, webmaster@unicel.com, agent

 What's your credit score: $0

 Find old High School friends

 $200,000 Loan Only $771/Mo.!

 Degrees in as fast as 1 year

*karnaroy@aim.com* wrote:

Exh

 **Google**    Web    Images    Video^New!    News    Maps    more Â

[ Jungle democracy    OPINION U S kamal ]    **Searc**

## Web

Scholarly articles for **Jungle democracy OPINION U S kamal K Roy court**
    Himalayan "People's War": Nepal's Maoist Rebellion - Hutt - Cited by 5
    Real and Imagined Women: Gender, Culture and Postcolonialism - Rajan
[PDF] The affidavit on the Request To Proceed In Forma Pauperis was ...
File Format: PDF/Adobe Acrobat - View as HTML
Plaintiff â€œâ€ **Jungle Democracy** â€" oppression â€" etc.â€™â€ et al. â€" a publ
www.paed.**uscourts**.gov/documents/**opinions**/06D0187P.pdf - Similar pages
**Opinions-30-Days**



CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

he was alike a racing horse so made corrupt, false , confusing and misleading , an effor to make us Smaller organisation and smaller and weaker people, in fact we were smaller to mid capacity group internationally.We arte smaller people's association but USA has got no restrictions on operations in small scale. The corrupt finding a corrupt C include following . WE maintained PO Box 1997 and other at! Church Street Post office for 2 yrs before and one year after 1993 to east our mail receiving facility, He Had real Esyaye properties in Manhattan, NY ...Corrup auditor wrote in hi report filed with Workers' comp board that proof was not available for PO Box facility at Chuch St Postal Station, He did not ask proof. The  fact which was a public record can be check from Chuch st station officers  2. The corrupt borowski did receive our faxes on records of Incorporation of H I I Inc but he ispected a certified copy from dept of State filing, He  forgot to write report inthe matter.He wrot about 20 garbage bags lying on dfloor of the office. These were plastic bags  as containers to hold office documents that WE used to store in Basement area as we had main office of Groung floor, The office was not in rundown area but in an Industrial zoning area. Mr Borowski deserve real jail term for misleading rport of audit, partly false , partly true and 100% misleading. The! Audit Roport of Mr James Borowski , C.P.A, Auditor for S I Fund 199 CVhuch St, NY ,N 10007 see exhibit "borowski" or at workers compensation Board Office or from us, copies ,only, as we were given copies only this report is illegally composed as it contains fiction than facts which is corrupt and illegal and was prepared to humiliate small employer H I I Inc. We, the Handicap Intrests International world religions Group EIN 13 3566610 , IRS_Tax exempt organisation and the Hon Executive Officer of the organisation- mr Joseph Geronimo Jr (birth name and ) aka K.ROY (adopted names as noted elsewhere, the undersigned was raised as an early_age orphan, ss # 578804399 and was injured at work & currently about 80% disabled worker medically and a person who was U.S educated (In management Science( M B A degree holder (M S Degee in Tansportation Management from S U N Y Maritime College Dec 1973) (degree conferred in May Commencement 1974 Ceremony) etc andthe Hon.Executive Officer (act! g) of non profit Tax exempt Unincorporated association of Handiccap Interests International World Religions Group , EIN 13 3566610, (I)do swear in the name of Gods of the world of all religions and under penalty of perjury for incorrect statements that I Mailed a sworn copies of allegations of corruptions, violations of US American with Disability Act 1990 And the provisions of Constitution of USA, the events of unlawful nature took place in Your legal Jurisdictions in periods ranging 1993 till 2005 in the matter of allegations as briefly Appears below and the trabscipted sworn affidavit, and duly marked exhibits to clarify certain issues, to Your high office of U S Governmental Administration of U S Dept of Justce to investigate corruptions those are inflicted in the dept of New York State Insurance Fund, Running under authorites of the Chief Executive or Super Chief Executive of a State ,Under the UNION Of U.S.A, viz ,.the State of New York, Dept of the State insurance Fund , The o! fficer alleged to to be encouraging corruption since 1993 , openly is being Mr George Pataki, the Elected Governor of The State of New York. The addressof Mr Pataki is at Governor'S Executive Office , State of New York at Albany, New York 12207 or the address can be verified and checked from standard website or U.S.Postal book or from a telephone book of Albany metropolitan area,(Verizon). NY; one Person in chage of Day to day / or apolitical appointee_ In Charge Currently or ex recently, at the State Insurance Fund in collusion with Travelers Insurance company, illegally withheld all awards of w.c.b Judges ordered payments in many instances of claimanant el al, a coworker,without any proper hearing or notice to claimants, on suspicion of imaginary*** Fraud by claimant et al, or employer or a there was a collusion by them and in fact the state of New York



**CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005**

authorises their Bureaucrats to practise terrorism on weaker section of citizens in N Y, and possibly thus they controls Budget! s of NY. Governor Pataki should be held responsible for such fraud on people . In workers Compensation Board hearing demanded, Mr Pataki , The N.Y Times and named others et .al were made 3rd Party Respondents, as detailed below. U.S press and media are biased to N Y Govt , they never wanted tell people the truths of matter of rampant corruptions taking place In Workers Compenmsation Insurance Industry with assistance from Judges, attorneys, staff at Insurance office , et al. CPLR 4404 -Post appeal new evidences that SIF and travelers Insurance companies were engaged in malpractices and fraud to block settlement of WCB claims & the Attitude of biasness in publications thoses harm the poorer section in a society and evidence of publication of news media's certain false claims to confuse their useful attention and time, say the New York times of New York city and elsewhere make false propagandas that publish news that is fity to publish, this wrong publicity did practically harm wel aker citizens in society in related matters in print and publications if such intentions are imperfect , dubious and conflicting,The petitioners/claimants suffered as if they are in a Good administration of Government i.e is to say correctly that they print only optionally the News of fraudulent , wrong and harmful actions by the State . The U.S Senate hearing was demanded on the issues of Fraud etc by the STATE government fraud by the said Claimant Addl affidavits make to say In Pending WCB cases the updated 3rd party Respondents brought into 3 cases viz Joseph Geronimo Jr v. HANDICAP iNTERESTS INTERNATIONAL INC ( tWO OUTSTANDING CASES ( iNSURENCE CARRIER : THE sTATE INSURANCE fUND nys; & kARUNA N ROY AKA kAMAL Roy AKA JOSEPH GERONIMO JR ss# 578804399 v . kENTUCKY FRIED CHIKEN, nEW yORK n y ( Insurance CARRIER : tRAVELERS INSURANCE CO AND AS THE CASES WERE RUNNING TOGETHER THE 3RD PARTY rESPONDENTS WERE INTRODUCED AS BELOW: 1 u s a pRESEDENT hON gEORGE bUSH 2. hON dICK CHENI EY, pRESIDENT usa SENATE, CAPITOL, WASHINGTON dc 2A Scott C FIRESTONE Judge appeals, WCB. Albany, NY 2B. Karl A Henry     -do- 2C  Frances LIBOUS -do- 2D. The City of New York c/o The Corporation Counsel City of New york 100 Church St, New York, N.Y 10007 per persons 2A to 2C wrote a false report on WC Board file and contents of file  due to old age and/or blindnes and/or in a conspiracy to corruption as alleged they together  did also write false statement about Judgw D JEFFrey ROMEO WCB At Saranac Lake, NY 12983 as in open hearing Mr Romeo told claimant thar on 11.25.2003 he refused to grant temporary reliefs and no further action was planned by WCB at that staige, Judge Romeo is no  2D 3rd party respondent as claimant Geronimo has personally handed him copies of incorporation  of H I I Inc. He may not be able to hide truth of facts In June of 2004 we informed WCB nys, APPEALS OFFICE FOR MISC_IRREGULARITies AT DECISION ! OF THE 3 uDGES PANEL AS FILED ON 4/8/2004, as the corrupt Judges altered Judge Romeo's decision filed for haering of 11. 25.2003. The Judge Romeo never closed any WCB Cases. The panel of judges make fictitious,illegal recording that Judge Romeo, WCLJ's decision not to reopen cases were affirmed etc, that a bunch of stupid court decisions on part of two nos of  Panel  of Judges for decisions filed on 1.24. 1996  & another on 4.8.2004 The motion was filed to amend decision of 3 panel Judges including one in  June of 1984 duly received by counsels office , W C Board but no decision were made on the motion. On repeated enquiry to  WC Board the did not provide any clue about status on Motions. This motion includes decision of WCL Judge Mr firestone and two others. In recent 1985 submissions we  alleged that Fraud did take place where Judges are invoived along with Staff and attorneys of S I Fund anf Travelers Insurance company as another case with tied up with cases of Carrier S I Fund. Pl see Medical and MRI Reports of June 2005 Neurologist Dr  Mazdzer M.D. of June 2005 ,of



CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

AMC Hospital, at Lake Colby drive, Saranac Lake , New York 12983 in marked Exhibits, which report notes ailments relating to 1993 June Car accident on Jod which was unlawfully ignored by Judges , attorneys. CPA auditor et al in Jungle democracy in the area of Jurisdiction of Governor Pataki. We allege that he be investigated as chief executive of New York State for doing fraudulent commercial business in workers' compensation Insurance Industry. If some day "Mourice " ex chief executive be arrested for fraud then same should happen to Pataki for allowing Fraud by the bureaucrats of the State Insurance Fund, a New York State govt dept. . See marked exhibits for the truth of claims by Geronimo Jr aka K_Roy. bUT ON REPEATED ENQUIRIES NO DECISION ON OUR mOTION cplr 4404 , NEW EVIDENCES POST APPEAL FOR A NEW DECISION PRAYER AND DEMAND WERE PLACED IN SUSPENDED OR UNKNOWN ANIMATED STAGE.wE NAME wORKERS' cOMPENSATION bOARD AS A 3RD pARTY RWESPONDENT IN THE MATTER OF OPPRESSION,CORRUPTION AND DELIBERATE ACTS OF UNLAWFUL NATURE,INVOLVING REMOVAL OR DISCARDING FILES WITH EVIDENCES, tAMPERING MOTION PAPERS AND LAWFUFULLY WE SHORT_NAMED "jugle democracy(in new york)...CAT ANDl MOUSE DOCTRINE OF OPPRESSION TO WEAKER CITIZENS BY RICH AND POWERFUL PEOPLE OR SIMILAR NATION IN NEW yORK AND ALL OVER THE WORLD ( A BOOK IN MOBILE NATURE WHICH MAY CHANGE TITLE OF THE BOOK, TEXT ,PRICE , AUTHOR, EDITOR , PUBLISHER,ETC ETC MAY CHANGE BUT NOT THE THEME OR ISSUE REPEAT BUT NOT THE THEME/ISSUE "JUNGLE DOMOCRACY....... CAT AND MOUSE DOCTRINE OF OPPRESSIONS OF POWERFUL PEOPLE TO OPPRESS WEAKER PEOPLE IN sOCIETY 3. tHE nEW yORK gOVERNOR mR gEORGE pATAKI, aLBANY, nEW yORK: to be assessed civil or criminal penalty not exceed US $ 1002.00 only 4 THE nEW yORK TIMES COMPANY, ny ny 1006 AND ELSEWHERE 5 wORKERS cOMPENSATION bOARD, nys, 20 Park Street, ALBANY nEW yORK 12207 6 TRAVELERS INSURANCE CO PO bOX 466 aLBANt nEW yORK 7tHE sTATE INSURANCE fUND, nys ALBANY nEW yORK 15 COMPUTER DRIVE WEST 8 Richard Orindach a SI FUND NYS employee in 1993 9 James Borowski, C P A New Jersy, Auditor Of S I Fund, NYS 10 The District Attorney New YorkCo! unty, Ny 10013 11. District Attorney , Rihmonmd county Stuyvesant Place, Staten Island, New York 10301 12 County Clerk , New York County, NY 10007 31 The New York State Senate. Albany , New York 32. The Pasternack, poppish et al, Nirban Roy's Ex attorneys as friendly 3rd party respondents to help resolutions of WC Board pending cases for over 10 years in corruptions in the Govt owned and operated system of rule with optional uses of many laws in USDA. But the crooks went unpunished and unchecked so far for a decade***************************************************************************** ****** 13 The State Insurance fund, 15 Computer Drive west, Albany, New York 12205 14 The State of New York, Albany C/O NYS ATTORNEY GENERAL, 120 Broadway, New York, NY 10271 14A. One named Symbolic amerirican USA based GOD to be represented by any Gods_men or women. Democracy in truest difficulty in survival throughout the world, one powerful God we need to bring last minute consciousness in minds of corri upt people , those we accused or said that they partly failed democracy during the last one decade in New York State, in USA I.e during 1990-2005. The City of New York C/o The Corporation Counsel, The City of New York, 100 Church St, New York, NY 10007 Chief Executives current & Past since 1993 till 2005 to beassessed US $ 5 millions each for violations ESTELLE KRAUSHAR and ms Nancy Wood , SI Fund ATTORNEYs As on Jan 10,2001 : The corrupt attorney on 1.10. 2001 filed a false report to a defacto court of NY State Court system to falsely say that Karuna Roy did not submit the required to WC Board pursuant to memorandum decision of 3 Judges panel of WCB, decision was as filed on 1.24.1996. The claimant Karuna Roy aka Geronimo





**CPLR Motion dated 7, 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005**

submitted all employment records of 2 claimants, incorporastion paper of H I I Inc in original and a copy of it to WC Board by certified mail and such paper in96 were on WCB file what Geronimo personally saw all of them , when Geroniko visited appeal offi ce of WCB, NYS in Brooklyn office of WCB. Ms K! HYPERLINK "raushar"! raushar  Attorney should be immediately arrested for her crime by filing false report in court to purposely harm, endanger welfare or 2 claimants who were very sick and needed treatments. As the Work injuries in car accident on 6.7.1993 at FDR Drive, Manhattan NYC was ver very injurious to body of two claimants the injuries, pain, headache , nervous problems due to trauma of car injury. Paralysis are still continuing to claimants. But the crooked attorney as she is used to harm sick and injured tries deliberately with the assistance of NY State open policy of state sponsored corruption of PATAKI admn Of New York State, she caused extreme damage to claimant. Her false rport kept the WC Board duly made award to Nirban Roy still unpaid. She is a risk to relocate outside New York or USA, The claimant Geronimo demand to F B I, Us Dept of Justice at 26 Federal Plaza NY,NY 10278 make immediate move to initiate enquiry! to violation as stated and arrest her anf she should be prosecuted to fullest extent of Laws of USA, However, the claimant as a 80% disabled social reforms and religious reforms in human animals developments all over the Globe do not suggest any jail term for her as the motto of this compaint if relief from W C Board and reforms in a corrupt System anf its people. Similarly Mr James Borowski, CPA mention in the script shoud be immediately arrested as his illegal report caused body damage to Claimants. Another immediate arrest is demanded of one attorney of Travelers Insurance co in New York who represented employer Kentucky fried Chicken for work injury of Asugust 20, 1983, the pain, lower back . headcachec etc etc are still continuing after 23 years of accident at work.The Case was partly adjudicated by a Judge at WC board, Brooklyn and permanent partial injury was established and payment and treatment ordered bu WC Boad judge, But the old or late middle aged attorney, as thel crook he was suspended all awards and treatments of the injury of 1983 in collusion of WC Board staff, SIF Attorney and corrupt NY State Workers' Compensation Insurance industry. The old man now, the attorney of travelers Insurance co if he is not dead yet be immediately arrested to answer his illegal steps in the Travelers Insurance cases. If he is not arrested now then he may miss the event of arrest in process of Laws . He may however be not jailed as only correction in system is claimants' and employer H I I Inc's motto so that in future the weaker citizens are not made victim of abusive system. A. The Insurance Dept of New York State, Albany, New York is being made a 3rd party respondent in WC Board cases J Geronimo Jr aka K Roy v H I I INC 2 cases of 1993 injuries AND V Kentucky fried Chicken ( 1983 Case) v all 3rd Party respondents, et al. Hon George Bush by name may pl be removeD as 3rd party respondent but His designation of U S President of U S A The White House, 1600 Penn! sylvania Ave NW Washington DC be made 3rd party respondent. Hon . George Bush as is, a world leader of a juncture of history of World ,full of corruptions, terrorism, violence, insurgencies, various actions of them for nationalism or terrorism , defined variously by world nationals of diverse interests group,may engage his time differently or keep his time free for more important crises worldwide.++++++++ total 28 named as 3rd party respondents to help prosecution of the cases . Most Parties or entities were criminally involved or were engaged in corruptions or allowed bureaucrats to break laws at random and others failed to supervise in their elected /appointed jobs in high offices as per their U S constitutional oath at beginning of term in office that they would ensure that US Constitutional Laws are maintained. The State of New York and Travelers Insurance company should be assessed Civil fines of atleast US $ 500 millions each for corrupt practices during 1990 – 2005 in workers'! Comp Insurance





CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mardzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

Violations and allowing criminal activities by their bureaucrats. Kamal Roy aka Kamal Karuna Roy akia Joseph Geronimo Jr and was born as. An early age Orphan without known relative known since becoming of age, as such no authentic or scientic recording of birth of Geronimo Jr, J But recorded birth may or may not tally truth as is a case with Jesus christ , now a son of God but before he rose to glory for historians they had no valid exact DO Birth: Similar to a situation of former First lady of USA who had birth records disputed or has varied records : case of ZAZA Gabbar , ex Movie artiste Hollywood, CA, USA:no authebtic birth record was known or disputed Records were avilable to public, As was an orphan, the parents name was recorded as they had ties with Indian subcontinent, birth was recorde in Pacific Island of Guam, now and then, a US territorial military base: the Parents of spanish origin mother and some american Indian blood from father's side was recorde d in birth records. He {claimant Geronimo had his immigration Status approved in 1987 although he live on mainland Usa ovt 35 Years. Father was reported to be A Fakir :Priest for many year of life at Guam and Neiboring Island of GUAM, USA: Natural father Joseph Geronimo & natural mother Ms Rita Vasquez. : claimant wcb Cases pending, I, the signer of this affidavit, as statutory Hon Executve officer of H I  International do strongly suggest to lawfully release the awards paymenmt ordered to be made to co_worker Ms Nirban Roy, now be settled by S I Fund_NY State without further delays using false accusations of fraud etc, against her or anybody for an alleged and imaginary Fraud not proved yet or even what was not brought to any competent Court of Laws in USA During the full last decade. All repectfully submitted to WC Board NY State, (PRO SE) for self and unincoporated Association , parent Hroup of listed employer H I I Inc, as permitted to be maintained by competent meml ber of the Association and pl note that.for reliefs though delayed in Justice and with prayers to include all 28 of the 3rd party Respondents needed to prove bonafides of W C LawClaims to be legally approved . The US Attorney et al. And as Hon Executive Officer, H I I employer at work injuries periods: and now about 80% disabled due to work related Injuries, diputed by NY State against any and all evidences; Ordained priest/ but a non_clergy or non_ preaching Religious worker: Planner ,Author, Management specialist. Strategist of Social reforms and religions of people in diverse sicieties of Human_animals. skilled, educationally & Professionally qualified criminals in most categories of major crimes, have now been taken over untrained and unsophistcated , average criminals of different categories if crimes, in New York State and almost anywhere in Globe third world and all properous nations in West combined; they are engaged in opprosons on mass scale forown benefits or be! nefits of administration hiring them for employment or professional engements of National leaderships at times engaged in crimes of war, destruction of section of a society etc, the history of power struggle History and episodes of redevelopments and panned destructions assisted by professional criminals have revealed that They are hundred or thousand times more violative of all rights, privileges of weaker people and most of them are engaged in many frauds for running Govt and other systems working : so they are corrupt, at the top of any admn but the weaker people in any admn do get enraged with oppressions by the rich and powerfuls as described, to fight back they often start breaking Laws, even resort to violence including Terrorism.All sumitted with prayer as made above and filing made as per rules of Workers' comp Laws of New ork State and other laws: although application of laws were suspended to claimants et al andfight to reestablish such rights were delayed in a NY system so violative of commoners' interests and true welfare, lately in Pataki admn in New York State .so we all want to undergo criminal violative process responsible for illegal commercial workers' Comp Insuance business in new York doing competitive commercial business in New York. If the former Corporate chief of



40

**CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005**

giant insurance international corporararion viz A.I.G, lately interrogated in commercial Insurance frauds, then G Pataki has no right to be immune from some punishments under equal protection of laws for any US Citizen, as we the claimant et al and small employer : H.I.I.Inc a NY non profit corpn incorporated on November 1, 1984do swear that Pataki was deeply involved and aware on criminal law breaking corrupt operations ow workers' comp Insurance Industry in New York State under his over all State of N Y supervision anmd operations. We wish we may prefer to move to Federal court, going upto highest court operations in USA for getting insites how an elected official in Government in USA doing commercial business of some kind in a State of union of U S A can beeated differently than non elected but commercially votyed in private lawful business in U S A. We have known in USA that a sitting president in USA was criminally assessed for a fine/penalty for perjury under laws of USA Franklin county, New York State:ss I swear all above, scripts as affidavit in names of all GODS and under penalty of perjury' and I do also swear truthfulness of copies as Marked Exhibits = ME # .......to No...... were attached... Total Pages of affidavit ...about 22 pages.... All respectfully submitted for filing before WCB NYS Board or The U S attorney, US Deapt of Justice, SDNY, One St Andrews Plaza, New York 10007./ NY State Attorney General, 120 Broadway, New York 10271, et al for staturory investigations as per US constitutional right of a US citizen to complain to authorities for grievances involving Government actions presumed illegal or harmful Kamal Karuna Roy. aka, J G! eronimo Jr 3 riverside Drive # 56, PO Box 1173 SARANAC lk.NY12983 6.10.2005 for self as claimant and as a Statutory HON Executive Officer H.I.I W.R Group Parent Group of H I I inc ( Listed Employer at WC Board cases, pl see Marked exhibits Details; Forwarded by By the Reverend Lisa N Roy Hon Deputy Executive Officer and the Strategist World News & Affidavit # 32 dated 7.1.2005, Notarised & mailed on 7.2.2005 to Workers Comp Board, N Y State , 20 Park St, Albany , N.Y 12207 toother parties including 32 3rd party Respondents in WCB Cases Joseph Geronimo Jr aka Karuna Roy v Handicap Interests Int'l Inc & v Kentucky fried chicken:: carrier S.I.Fund, N Y State 15 Computer Drive west( NY 12205 and the Travelers Insurance co, albany, New York, PO Box 466, Albany, NY 12201*of corruptions in world of politics and rule of no laws world_wide ,including in New York State, USA where state bureaucrats use laws as a privilege for oppressions to weaker citizens and violations of laws sel lectively attract any attention to American news media, laws enforcement agencies and executive wings and offices of administrations of Ptaki of New York, such admn are selectively corrupt and may be used as vehicle to corruption , making weaker and unprivileged people as more weaker as clients to rampant corruptions.*

*****************************************************************
******************** Of womens' rights and equities in current and next generations:: Hon Editor of H I I Publications and Books. H I I World Religions Group (division: H I I Inc: listed employerNon Profit Tax exempt by I R S, US Dept of Treasury since 1992 There is nothing wrong, immoral or illegal about to look back into any episode & action of a State , people, Nation , or individuals if complaints develop in Public which potentially damaged interests of even unknown /any citizen of a Democracy in Globe. Common People are visually weaker in any Democracy. but some day, any time, they may grab col ntrol of democratic admn of any human_animals settlements. So wise and powerful human_animals of current time, pl learn art of shared benefits of power of democracy without delays: from writing of Jungle Democracy ... by joe Geronimo Jr 7.11.. 2005. Sworn to before me on .................................... Franklin/Essex County, NY: SS: Notary Public On ...7.11.2005 at sarsnac Lake, Franklin County, NY Sworn before and sworn in Names of Gods world_wide an

# 48 dt 7/8/2005

(141)

**CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005**

penalty of Perjury by Kamal K Roy aka  and naturally  was born asJoseph Geronimo  Jr ,14 Kiwassa Road, Saranac Lake, N Y 12983 for self and Representative capacity as hon Executive Officer or by the Reverend Lisa N Roy another partly disaboed worker and   Hon Deputy Executive Officer and the Ex_Officio Executive Vice President of H I I world Religions Group EIN 13-3566610, Non Profit Tax Exempt by the Internal Revenue Service, USA, All pro se represeninng H I I World Religions Gr, Unincorporated Tax exempt Association NYS EIN 13-3566610 ,Parent group of Listed employer: H I I Inc . quotation for 4th of July 2005 from publication :"JU! NGLE DEMOCRACY...CAT and Mouse doctrines of Oppressions".In the most Powerful democracy in USA and in its union of States rampant violations of Laws by the bureaucrats of Govt have become dominant and monumental which shatters democratic privileges to many commoners in fields of social welfares and assistance . Societal benefits for secured living and mostly applications of many laws to secure insurance of promised benefits of Nation are mising in USA: due to negligence to promises by the Big Brothers of Laws and Bureaucrats. Every able person or all people together must try to reduce corruptions that threaten weaker citizens' welfare and safety every moment in USA. May be world help USA inthis regared for good of world democracy in crises now all over the world . W. C Board , NY State , forwarded with Misc. reliefs demands and futher demand of examination by the U.S President and competent authorities in NY State including N Y Senate! to beexamine if the WC Board, NY State can be suspended immediately , & then reconstituted with lawful and honest officers and judges, by N Y Senate with assistance of President of USA in view Governor and Admn of Pataki is alleged to be involved in corruptions at W C Board, NY State to willfully harm the weaker citizens of democracy of New York , and Joe Geronimo jr in his world wide electronic on line publication and book volume terms rule of optional Laws , not for help to all, and also terms and defines in his book as" Jungle democracy *****" from writing Of " The Reverend Joe Geronimo Jr"an American ( U.S), unknown , 80% physically disabled non _preaching Religious Priest of Gods, Religions ,and 'we the People', & Strategist for newer concepts and definitions of GODS and DIVINITY in fast changing societies of centuries, with technological very rapid developments , by Human_animals race. Gods concepts should be non_magic! al, pragmatic and non_corrupt reflection of ideal human_animals, ever known and/or redeveloped, & effective now. ***************** Interests International Inc and Kentucky Fried chiken as employers for work injuries since August 1983 till 1993 June 7th, in New York. .

 , as both found corrupt; PI see scripts below for loss of due process of Laws, manipulations, removal of documents from legal files of WCB_NYS, false reporting of facts, delberatly by attorneys of  NY STATE and Attorney's misconducts at Travelers Insurance company::: the scripts were duly forwarded to most of the Law enforcement authorities based in New York, and elsewhere, but when investigations may start  are unknown in a JUNGLE Democratic Condition in New York State.Instant CPLR 4404 dt 7.9. 2005 ::Affidavit # 40.***************************************** Post Appeal motion CPLR 4404 for grant NEW/ or amended decision for new evidences found since 1.24.1996 and until 7.1. 2005, and lawful suspension of partly illegal MEMORANDUM decision of 3 JUDGES Panel AS DULY filed  at W C Board office on 1.24.1996 as it contains errors, corrupt practices as claimed by claimants et al. Geroninimo et al and employer HANDICAP INTERESTS INTERNATIONAL INC and all of them CONTEND as below . Affidavit duly sworn in the names of aol gods od Americas (U.S.A) under penalty of perjury, the same or a Notarosed original shall be filed with WCB_NY State, 20 Park Streeti , Albany, New York 12207 ; The F B I, U.S Dept . 26 Feral Plaza , Federal Building, New York, N Y 10278 ; The United States Attorney,US Dept



42

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Maxdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

of Justice, One St Andrews Plaza,at Foley Square, New York New York; NYS Attorney General; New York State Insurance Department, Albany, New York et. Al ;Published from Many centers of EUROPE, ASIA, AFRICA, Australia & ELSEWHERE IN THE world*** on line in search of s Justice to American weaker people, fateless and in deep trouble in a very corrupt admn for many weaker people in New York State ; the Rich and powerful in New York State have grabbed justice , and the same may not be available to a commoner ..or a weaker person in any so called Democracy in world, only 2nd hand Democracy or a Democracy imposed by Crooks, and rich , what the claimant JOE Geronimo wrote in one of his publications, i.e "Jungle Democracy .. cat and Mouse syndrome of opressions of weaker eaucrats in New York ; and almost anywhere in people in new york by the ! rich , powerful or designated NY State corrupt Bureaucrats in NY and in Globe elsewhere ...." . All injustices May be available to people to suffer or at times to enjoy anyway:: WORLD NEWS y: post appeal motion CPLR 4404 for grant/ or amend decision file by 3 Judges or so Appeals panel at WC Board, N Y State, filed on 1.24.1996 as it contains errors, corrupt practice detailed below. Which was illegal, a new decision is warranted for due process of Laws(pl see exhibits) Civil and/or criminal penalty of U.S $ 500.00 Millions( each)* demanded to be assessed and imposed* For violations by these groups in commercial businesses for the last 12 years as we have alleged. Governor of New York State , Mr Pataki may be assessed penalty not exceeding U S $1002.00 and not less than US $ 1001.00. These Penalties are at par with penaties imposed in USA ****************************************************************************** ************ Terrorists of all world:: Pl change your course of actions. You may kill innocent people but You really kill a person
    Who may be one like You, possibly deprieved from many democratic values in his/ life. The best way to achieve your goals
    May be come to some agreements and dialpgues with your popwerful opponents in your religious or dempcratic fields pof action. It may or may not be worth trying to achieve your political or other demands. But it may be prayers of persons
    Who may  lose lives in your next course of unknown actions, without warning who may prefer to live even with many
    Struggles for sustaining  God_gifted lives. You may kindly note we, the people do also suffer many injustices in so_called
    Democratic societies. Our pains may be more than yours ,if you can conceive this message. Pl  give giftsof lives to live.
    We thank you in any case.***************************nationally in Miscellaneous corruptions for which investigations were demanded and in fact was held and corrupt entities and people running them were found in violations of U S Laws. U S Investgations /other state Investigations demanded. The script are sworn before Notary Public or sworn in Names Of Gods and under penalty of perjury as per Laws in New York. HUMAN_ANIMALS' most ancient non_innovative discovery was Gods and divinity concepts as the vast powerbase of Nature was so surprising to them to every day living with constant dangers from calamities of Nature. So the discovery was Gods and world of Gods in! their discovery termed as divinity.
    ++++++++++++++++++++++++++++++++++++++++++++++++++++++++ ++++
    Submission date: notarised affidavits and complaints Corruptions: News world wide pf CORRUPTIONS and OPPRESSIONS BY BUREAUCRATS  et al including in New York State ::World wide corruptions-Inclt uding in Workers' Compensation Board New York State  20 Park Street, Albany, New York



CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to reopen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

12207r US , NY State, NY City ebforcement authorities start lawfully investigating the Corrupt operarations of George E Pataki, as N Y Elected Governor doing similar illegal operations possibly done by Maurice , ex chief Executive, American International , Insurance Giant and they are being investigated, Maurice rt al tried to cook  Stok of the company etc and Pataki cooked New York State Insurance business in workers' Compensation revenue and cost of insurance premiums as reciepts of State and then making policy  not to pay insurance benefits to work related sick and disabled. Pataki and Maurice are no different in alleged corrupt operations.
***In the following scripts you may note that The Travelers Insurance Company joined cospiracy of WEC Board, as state Machil nery of support corruptions, through assistance of  dishonest and many laws breakingJudges of W C Board, NYS and NYS INSURANCE Fund. As corrpt executive dept of George Pataki, Auditor of State Insurance fund and private attprney and also pending many other Motions lawfully submitted Pending before  W C Board_NYS for over a year since June 2004 ,without known action at the W C . Board beyond legal explanations. THE U,S , NYS and City.

    (2) This is time to possibly  amend/alter your Strategies  towards  all other who may surround you at least for now or for a time to come ,  whether Yoy are NATIONS WITH LOT OF MONEY, POWER INFLUENCE and any things superior or convenient for massive  help and assistance you, whetherYou be a big_boss of world  now **or a person or group noted in the scripts below. (sworn in the names of all approved Gods of divinity, or Human_Gods in USA or in powerful nations, or in names of TERRORISTS ( who are in between Standard concepts of GODS and DEVILS of conventional wisdom of Human_animals of the World.

MOBILE Motion on submissions now, for new evidences to manipulate WCB decisions by breaking laws like American with Disabilities act 1990 when a disabled , part employee, K Roy took a temporary part time schedule ,and seasonal job with non profit tax exempt organization in 1992-93 period with written notice to both Travelers Insurance co and State Insurance Fund _NYS, The Judges did most trick and illegal and corrupt act. they remained neutral to action of stopping all due payment by illegal actions of Insurance carriers with illegal silent approval of Workers' Compensation Board, N Y S. We claimants et al demand that current WC Board  should be suspended immediately for all illegal actions and anti labor policies and the Board may be lawfully reconstituted by  competent authorities and , The U S President and the NY State Senate have been demanded with such prayers by forwarding to these Authorities in USA or authorities abroad.


vishwa dharma <vishwa12@hotmail.com> wrote:

7.12.2005 New York: corruption News world wide and in N Y State:
CPLR
Mobile motion # 40 A, B & 39A combined in themes, with reference to

Yahoo! Mail - lisawroy2000@yahoo.com    USCA

*All*    *Plaintiffs (those)    By :-*

>>>Kamal Roy , a plintiff in the actions viz "Jungle democracies cat and
>>>Mouse doctrines of oppressions by rich, powerfuls, oppressors, elites in
>>>USA et al to weaker citizens like Kamal Roy who could afford no such big
>>>money to contest a n election of a senior leader from New York for
>>>economic inability and support from news media and USA et al a u s
>>>constititutional requirement to contest, conduct free election in free
>>>world but denied by USA et al defendants and denial of legal rights to  to
>>>alleged by the Plaintiffs including Kame'K Roy,as duly announced & intended
>>>Republican registered candidate in November 2006 election  for one of the el
>>>of e malls to govt andreporting media and , we the people in USA and world,
>>>electoral contests in New York , et al in USA shall continue . Kamal is an ord;
>>>circumstances in a free nation, named USA.
>>>Kamal roy et al ( U S citizens )
>>>
>>>
>>>Get FREE company branded e-mail accounts and business Web site fror
>>>Microsoft Office Live
>>>http://clk.atdmt.com/MRT/go/mcrssaub0050001411mrt/direct/01/
>>
>>
>>><< 06-503_OPINION_HONSUEL_ROBINSON.pdf >>
>>
>>
>>><<
>>>__Gargi__with_a_step_in_hell__must_be_cautious_to_avoid__HER_jail_
>>> >>
>>
>>
>>><<             Kamalroypriest.htm >>
>>
>>
>>><< 4_gargi__affidavit_marriagemaybedivorced.jpg >>
>>
>>
>>><<
>>>CRIMINALSWEETHEART_artiste,_turned_WIFE_GARGI_roy(LAHIRI)
>>>estrangednow,but_forever_under_hindu_faith_maybere_unitedundar_perpet
>>> >>
>>
>>
>>><< _joseph_____.htm >>
>>
>>
>>><<
>>>KAMAL_ROY_PHOTO_NEW_yORK_TheReverendDr.,strategist,principal
>>> >>
>>
>>
>>Get today's hot entertainment gossip
>>http://movies.msn.com/movies/hotgossip?icid=T002MSN03A07001
>

10.26.2006
in Orient & as dt in West/ elsewhere GLOBAL NEWS
wanted people to volunteer to promote democracy, now ON a jungle democn
dysfunctions in USA et al, LIKE A CAPTIVE_LADY ,globe wide, UNDER COI
AND ABUSES OF POWERFULS, RICH,OR OPPRESSORS , DEMOCRATI(
HUMAN_gODS, ET AL contact a secular priest, mobile at your door _steps c

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

money etc,
and privileged ones should compromise deals with oppositions nationally or
internationally, world _wide. (quoted from writing of Joe Geronimo Jr , one
of the most unknown priests of GODS , RELIGIONS , "PEOPLE " both Rich and
Poors,in world of lack of all equities .

*****If you have dreams to change the world
in turmoil now, or you be a terror group or weaker person or or weaker
Nation, or such group, or you be even member of Oppressors until now

***although we may think and brand of a humanitarian group, pl review your action plans with a possibly newer or better strategies to all
others in the world who surround you or may do so for years or generationl s
or centuries to come, as a coexistence for you all is designed for You by
GODS or Mother Nature or for your basic essential facilities in sustaining
your lives , REASON WILL BE " PEACE" EVENTUALLy always DEFEATs ANY
DISTURBANCE " in Nature as death or end of warring groups are natural laws.
So You may try all actions to exclude violence, as common men who are your
basic elements, are not geared to bear prolonged pains of your actions and
they may desert you when you may need them positively. We wish terrorist
groups or the leaders of currently oppressed groups , or leaders of any
movements for a group, go through the materials in scripts. Quoted fromfrom
writing of mobile electronic book publiation named "JUNGLE Democracy...cat and

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

Mouse Doctrines of oppressions of weaker people/ Nations by the powerful&
rich people or Nations.

,July 14, 2005:: New York:: affidavit # 43A: Corruption News::Corruptions as great! est_ epidemic world _wide, also in New York
State killing welfare and safety of weaker citizens of the State of New York:: SOS SOS SOS to. all powerful persons , entities in democracies equipped with authorised Powers** of laws anywhere in Globe. No single
Nation could alone succeed in total crimes involving corruptions in the
political administrations.* some reference to all other previous affidavit
or sent by e-MAIL OR by HARD COPIES via usps mails fee paid and mailed from
staten Island , and/or from the Saranac Lake, New York 12983, dt July 12,
2005 with copy mailed to all parties in the scripts of this affidavit # 36
and 37 , 38, #39 , #40, # 41 ETC with copies of complaints to :: NYS Senate, Albany, NY; FBI, U.S Dept of Justice, 26 Federal plaza, NY, NY 10278, NY State Attorney General, 120 Broadway, N Y 10271 et al, with
reference to all previous affidavits filed until dt 7.9. 2005. and notarised. Demand also made to imme! diately suspend Current the W C Board,
N Y State as the same is partly corrupt and anti_labor and it failed Justice to some claimants and ignored many laws, for a decade. Governor
Pataki is alleged to be neutral to corruptions at W C Board and he is responsible for the crimes as chief Executive of N Y State for 10 years. The
Board failed to act on legal motion filed by a claimant in June 2004, (until this date, without showing any reasons caused suffering to claimants
et .al ) with newer evidences for newer decision but failed to act. The President of USA and NY State senate, Albany, New York ,were requested to
examine ways to suspend W C Board and then immediately reconstitute W C
Board NYS with new lawful commissioners, WC B:. The scripts were duly sworn



CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Nazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

on 7.11.2005 in names of U.S.A Gods of all Religions followed by [eople In

USA, and all leghally competents & powerfuls and under penalties of perjuries by the Reverend Josei ph Geronimo Jr for listed employer H I I Inc

division of H I I world Religions Group (Non profit Tax exempt by the Internal Revenue Service, USA since 1992 and earlier under some laws of USA:

New York law and enforcement Authorities were sent copies of affidavits

and complaints for inquiries..

**, Mother Nature is the witness to end or death to events or lives_cycles

without exceptions. So Human_animals or groups should rethink if they may

reduce

Discriminations at largest extent: Joe Geronimo, AN unknown American Priest

of

Social redevelopments and clean fake Democracies all around to oppress

weaker people world _wide now.


*** WE demand corruption free New York State without delays and investigation of Pataki ADMN. in ries of corrupt practices of state owned

and operated Workers' Comp Insurance Industry. If A I G, Insurance Giant,

and "Mourice " can be investigated then why not Pataki and his bureaucreats

runi ning operations of SI Fund in commercial Insurance Industry be investgated. Pataki is believed to reduce cost of operating State of New

York by illegally

Cutting down workers compensation costs by not lawfully paying dues to

alling many WCB_NYS claimants.

++++++++++++++++++++++++++++++++++++++++++++++++++

+++++++++++

HUMAN_ANIMALS' most ancient non_innovative discovery was Gods and

divinity concepts as the vast powerbases of NATURE was so surprising to

them to every day living with constant dangers from calamities of Nature********In 21st century the calamities originated from wise or crook



CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal
filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to
reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo
Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions,
Misconducts& anti labor policy of New York State Workers' Compensation Board
20 Park STREET, Albany, New York 12207, medical report from neurologist Dr
Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

human_animals in any democratic societies are more troubling that
natural
disasters although less deaths may occur at times in man_made
calamities to
powerless, poors, have_nots and weaker sections of citizenry, the
consequences of oppressions etc as made_calamity may pass
through**generation after generations*, although mass_revolt at the
oppri essions may take place but the length of sufferings from
oppressions
from rich and powerfuls in Jungle Democracy, to weaker people are
much
longer at most times*********and they are more painful. .. From Joe
Geronimo
Jr versions of philosophy in writing in depited Book published
electronically world wide.

***********.Motion based on new evidences in corrupt practices at
W.C Board
and now needs new decisions and correction for filed decisions of two
nos.
3 judges'decisions
Filed on 1.24. 1996 and 4.8. 2004, see marked exhibits for evidences.
a
similar motion filed in June 2004
Has been unattended by WC Board without showing any reasons to
claimant and
listed employer: Handicap Interests International, by WC Board. See
marked
Exhibit. It is a style of Jungle Democracy which is prevalent in most
of
3rd world Jungle Democracies in South Asia and elsewhere for over
half a
century or more.

pl see affidavit below sworn !
under penalty of perjury and in the name of US Gods(American Gods)
and all
others . Instant CPLR 4404 continuous MOBILE Motion ( affidavit #
41 with
reference to all previous affidavits) on submissions now, for new
evidences
to manipulate WCB decisions by breaking laws like American with
Disabilities
act 1990 when a disabled , part employee, K Roy took a temporary
part time
schedule ,and seasonal job with non profit tax exempt organization in



The W C Board, N Y State, Albany, N.Y 12207 / **In the U. S. District Court**, S.D.N,Y, 500   7
Pearl Street NewYork10007/In the **United States Court of Appeals for the
2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street.... Filed
9.20.2005 Title of action ; "**Jungle Democracy . Cat and Mouse Doctrines ..oppressions by rich and powerful
people/ Nations  to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo
Jr. / aka Kamal K Roy ( A  LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL , P O Box 1173 Saranac
Lake New York 12983 ; Kamal Karuna K Roy /aka/Joseph Geronimo Jr  plaintiff/ Sole appellant on Poverty
clause THE REVEREND Lisa N Roy ; chief editor, Jungle Democracy..etc . Hon Acting  Executive Officer,
Handicap Interests Int'l - W R Group ( Parent Group :H I I  Inc A  New York State not for Profit
Corporation,& registered as charity with attorney General N.Y State , &  in  places abroad;  incorporated on
Nov 2 , 1984  as Non Profit Association; Reforms International, et al  all addresses PO Box 1173 , Saranac
Lake, New York 12983 ;** plaintiffs/Petitioner as sole  appellant V...... **The State of New York,
Albany, N Y;. Gov  George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park
Street, Albany, N Y 12207 ; State Insurance Fund NY State,  15  Computer Drive west.Albany,  New York
12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted
illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/ Human rights
against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as
complicated immunity like environments in Jungle Democracy of New York State,as virtual  white color
criminals and as  corrupt people/ white color criminals in USA, et. al, Hon Judge  John G Roberts Jr
,appellate Court Judge  and now supreme court nominee,USA; The (very) Hon. President of U S A  George
W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC
; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington
DC ( 2 ) THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE  White House, 1600 Pennsylvania Ave, NW,
Washington DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR
an Appellate Court Judge. (50 yrs, approx,) c/o  The white house, Washington dc: Filed copy with the
WORKERS/COMPENSATION BOARD,N Y State, Office of APPEALS, ALBANY, NEW YORK 12207 defendants/ appellees (
now a total of 61 Defendants who did violate  Civil/Human Rights of plaintiffs and sole appellant Mr Geronimo Jr is
now on poverty clause(2.)LATEST Background of civil and human Rights Violations: 1.  One Jr appellate
court Judge, named  above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe,
at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,**

Discussion topics : defiencies of modern Democratic society and Concepts of
Gods and Divinity at modern times of international violence with target to
achieve World Peace. ( 2.) misc. issues with topic like amendment needed
in concepts, of century and geographic , and ethnic based ,name_ Gods. Like
Allah, Vishnu, son of God_Jesus to cater religious and divinity needs of
public in general , with patterns of many Diversities of regions and
the associated very different interests.( 3.) copy of Electronic Publication
of Rev . Joe's Book volume " JUNGLE DEMOCRACY ...OPPRESSION .. by rich and
powerful people/Nations/ State to weaker people of domestic national
origins /aliens and/or foreign Countries for gains, for oil, for property
etc etc or for nothing to help Humane_crises of Human_animals ... etc etc.."
shall be delivered to the Press community and public in general, on
e_mails or hard copies. ( 4.) COFFEE may be served at meeting Hall to
attending Guests , during the scheduled hours of meeting. Errors &
Omissions may be excepted. Thanks & regards from the above noted priest,
World Religions Group and Associates . Thanks Again. In case you are not
available for the scheduled meeting and you may provide us with your e
mails then World Religions Group of Handicap Interests International W.R.
Group shall send you a precise text of the discussions on Gods ,

**Global, New York and USA incidences of Corruptions must stop against weaker
People in JUNGLE Democracies. All respectfully submitted for grant of prayer /
Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs.
Appellant (sole)  the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac
Lake, New York 12983.**

8

The W C Board, N Y State, Albany, N.Y 12207 / In the U. S. District Court, S.D.N.Y, 500 Pearl Street NewYork10007/In the **United States Court of Appeals for the 2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed : 9.20.2005 **Title of action** ; "**Jungle Democracy . Cat and Mouse Doctrines ..oppressions by rich and powerful people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo Jr, / aka Kamal K Roy ( A  LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac Lake New York 12983 ; Kamal Karuna K Roy /aka/Joseph Geronimo Jr plaintiff/ Sole appellant on Poverty clause THE REVEREND Lisa N Roy : chief editor, Jungle Democracy...etc , Hon Acting  Executive Officer, Handicap Interests Int'l - W R Group ( Parent Group :H I I  Inc A  New York State not for Profit Corporation,& registered as charity with attorney General N.Y State , & in places abroad; incorporated on Nov 2 , 1984 as Non Profit Association; Reforms International, et al  all addresses PO Box 1173 ,** Saranac Lake, New York 12983 ;  plaintiffs/Petitioner  as sole  appellant  V......**The State of New York, Albany, N Y;. Gov  George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park Street, N Y 12207 ; State Insurance Fund NY State,  15  Computer Drive west.Albany,  New York 12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many  times acted illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/ Human rights against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as complicated immunity like environments in Jungle Democracy of New York State,as virtual  white color criminals and as  corrupt people/ white color criminals in USA, et. al, Hon Judge  John G Roberts Jr ,appellate Court Judge  and now supreme court nominee,USA; The (very) Hon. President of U S A  George W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphia the U S Senate, Capitol, Washington DC ; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington DC ( 2 )  THE  (Very) Hon. GEORGE W BUSH , u s a, C/O THE  White House, 1600 Pennsylvania Ave, NW, Washington DC 20500 3 The United States Senate, Capitol, Washington DC 4 , Hon John G. ROBERTS JR an Appellate Court Judge, (50 yrs, approx,) c/o  The white house, Washington dc; Filed copy with the WORKERS'COMPENSATION BOARD,N Y State, Office of APPEALS,.ALBANY, NEW YORK 12207 defendants/ appellees & now a total of 61 Defendants who did violate  Civil/human Rights of plaintiffs and sole appellant Mr Geronimo Jr is now on poverty clause(2.)LATEST Background of civil and human Rights Violations: 1. One Jr appellate court Judge, named  above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe, at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,**

Democracies, amendments with Newer Gods Concepts with regional priorities WORLD_WIDE.

3. Donate generously for the victims of KATRINA HURRICANE VICTIMS. OUR prayers go to departed souls and casualties of natural disasters. Let us feel united for reliefs to all affected and reliefs to poor people those who are sure to be affected in aftermath of this disaster in consequences like price rises in Gasoline et al all over the world , and especially millions o U S poors, often neglected by authorities in various Governments in USA.

+++The Reverend Dr. Joseph Geronimo Jr.: Sole appelant/ Plaintiff is an Ordained Priest, aces in other countries in general educational fields like management science, Public administration, religions and many Gods and people...etc; registered as a clergy & religious marriage officer , New York State(a N Y State constitutional Officer ) ,with the City Clerk, City of New York ,1 Centre St, New York, N.Y 10007 is planning to meet public and members of news media/ Press ,both national and International. in behalf of World Religions Group, 107A ,Scribner Avenue , Staten Island, New York 10301; India & Oriental main office : 46 C Chowringhee Road , Kolkata 700071, West Bengal, India,: Meeting Hours on 9.4.2005, Sunday 6 pm till 9  pm.

**Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Democracies. All respectfully submitted for grant of prayer / Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs. Appellant (sole)  the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac Lake, New York 12983.**

The W C Board, N Y State, Albany, N.Y 12207 /**In the U. S. District Court,** S.D. N.Y, 500 Pearl Street NewYork10007/In the **United States Court of Appeals for the 2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed : 9.20.2005**Title of action** ;"**Jungle Democracy . Cat and Mouse Doctrines ..oppressions by rich and powerful people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo Jr, / aka Kamal K Roy ( A LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac Lake New York 12983 ; Kamal Karuna K Roy /aka/Joseph Geronimo Jr plaintiff/ Sole appellant on Poverty clause THE REVEREND Lisa N Roy : chief editor, Jungle Democracy..etc . Hon Acting Executive Officer, Handicap Interests Int'l ~ W R Group ( Parent Group :H I I Inc A New York not for Profit Corporation,& registered as charity with attorney General N.Y State , & in places abroad; incorporated on Nov 2 , 1984 as Non Profit Association; Reforms International, et al all addresses PO Box 1173 , Saranac Lake, New York 12983 ;** plaintiffs/Petitioner as sole appellant V...... **The State of New York, Albany, N Y;. Gov George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park Street, Albany, N Y 12207 ; State Insurance Fund NY State, 15 Computer Drive west.Albany, New York 12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/Human rights against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as complicated immunity like environments in Jungle Democracy of New York State,as virtual white color criminals and as corrupt people/ white color criminals in USA, et. al, Hon Judge John G Roberts Jr ,appellate Court Judge and now supreme court nominee,USA; The (very) Hon. President of U S A George W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC ; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington DC ( 2 ) THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE White House, 1600 Pennsylvania Ave, NW, Washiington DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR an Appellate Court Judge, (50 yrs, approx,) c/o The white house, Washington dc; Filed copy with the WORKERS/COMPENSATION BOARD,N Y State, Office of APPEALS, ALBANY, NEW YORK 12207 defendants/ appellees & now a total of 61 Defendants who did violate Civil/Human Rights of plaintiffs and sole appellant Mr Geronimo Jr is now on poverty clause(2.)LATEST Background of civil and human Rights Violations: 1. One Jr appellate court Judge, named above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe, at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,**

p.m evening . rsvp. our phones 518 891 5466 or 315- 276 5001 . All are invited.. Venue : Mamie Hogan Meeting Room, at Harrietstown Housing Authority, 14 Kiwassa Road. Saranac Lake, New York 12983 , USA (At Adirondack Mountains) . Discussion topics : defiencies of modern Democratic society and Concepts of Gods and Divinity at modern times of international violence with target to achieve World Peace. ( 2.). misc. issues with topic like amendment needed in concepts, of century and geographic , and ethnic based ,name_ Gods. Like Allah, Vishnu, son of God_Jesus to cater religious and divinity needs of public in general , with patterns of many Diversitisies of regions and the associated very different interests.( 3.) copy of Electronic Publication of Rev . Joe's Book volume " JUNGLE DEMOCRACY ...OPPRESSION .. by rich and powerful people/Nations/ State to weaker people of domestic national origins /aliens and/or foreign Countries for gains, for oil, for property etc etc or for nothing to help Humane_crises of Human_animals ... etc etc.." shall be delivered to the Press community and public in general, on e_mails or hard copies. ( 4.) COFFEE may be served at meeting Hall to attending Guests , during the scheduled hours of meeting. Errors & Omissions may be excepted. Thanks & regards from the above noted priest, World Religions Group and Associates

**Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Demodracies. All respectfully submitted for grant of prayer / Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs. Appellant (sole) the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac Lake, New York 12983.**

The W C Board, N Y State, Albany, N.Y 12207 / **In the U. S. District Court,** S.D.N.Y, 500  14
Pearl Street NewYork10007/ In the **United States Court of Appeals for the 2ⁿᵈ Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed : 9.20.2005 **Title of action** ;"**Jungle Democracy , Cat and Mouse Doctrines ..oppressions by rich and powerful people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo Jr , / aka Kamal K Roy ( A LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac Lake New York 12983 : Kamal Karuna K Roy /aka/Joseph Geronimo Jr plaintiff/ Sole appellant on Poverty clause THE REVEREND Lisa N Roy : chief editor, Jungle Democracy..etc . Hon Acting Executive Officer, Handicap Interests Int'l - W R Group ( Parent Group :H I I Inc A New York State not for Profit Corporation,& registered as charity with attorney General N.Y State , & in places abroad; incorporated on Nov 2 , 1984 as Non Profit Association; Reforms International, et al all addresses PO Box 1173 , Saranac Lake, New York 12983 ;** plaintiffs/Petitioner as sole appellant V...... **The State of New York, Albany, N Y;. Gov George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park Street, Albany, N Y 12207 ; State Insurance Fund NY State, 15 Computer Drive west.Albany, New York 12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/Human rights against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as complicated immunity like environments in Jungle Democracy of New York State,as virtual white color criminals and as corrupt people/ white color criminals in USA, et. al, Hon Judge John G Roberts Jr ,appellate Court Judge and now supreme court nominee,USA; The (very) Hon. President of U S A George W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC ; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington DC ( 2 ) THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE White House, 1600 Pennsylvania Ave, NW, Washiington DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR an Appellate Court Judge, (50 yrs, approx,) c/o The white house, Washington dc; Filed copy with the WORKERS'COMPENSATION BOARD,N Y State, Office of APPEALS, ALBANY, NEW YORK 12207 defendants/ appellees ( now a total of 61 Defendants who did violate Civil/Human Rights of plaintiffs and sole appellant Mr Geronimo Jr is now on poverty clause(2.)LATEST Background of civil and human Rights Violations: 1. One Jr appellate court Judge, named above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe, at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,**

sworn in names of Gods in USA, and under penalty of perjury inNew York  *Mr Roberts*
 9.19.2005_____ and/or re_affirmed uder penalty                           *nomination*
of perjury , and in the names of Gods and/or Human_gods, as truthfully          *as chief*
powerful enough to be sworn in their names more safely, , such affidavit may    *Justice*
be re_affirmed before Gods and under penalty of perjury,in N Y State and samealso
dshall be submitted to Hon Chief Judge of United States District              *Supreme*
court, SDNY at 500 Pearl Street, New York 10007                                *Court*
Ø ellant , U S Citizen : the Reverend Joseph Geronimo Jr aka Kamal Roy ,        *USA*
poor , Part_ disabled,, is extremely sad to announce that conventional Gods
are losing effective powers and true control of affairs of Human_animals to     *be*
the assumed rulers & dictatorial_ HUMAN_GODs all over the World . Waiver      *withdrawn*
of filiing Fees for ap He was educated in U S A, in India ,and at appeals_      *or if*
etc issues may be settled as prayed vide FRAP and FRCP rules. The             *affirmed*
supporting papers for reliefs ./ & Fee was attached with initial filing with   *by u s senate*
District Court , SDNY Notice of appeal was filed on 8.24. 2005 and           *& he takes off*
Some returned papers from Pro Se clerk's office, SDNY are resubmitted in      *it office*
hopes for resubmissions to the SDNY pursuant to rights of U S citizens to      *it should be*
file grievances as the Civil complaints alleges The Federal U S A govt, NY    */sole appellant...*
state Govt, Foreign Govts are roots of civil rights violations to Plaintiffs    *ED*

**Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Demodracies. All respectfully submitted for grant of prayer / Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs. Appellant (sole) the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac Lake, New York 12983.**



#09333688

7741

CONCORD NEUROLOGICAL & NEUROSURGICAL
ASSOCIATES, P.C.
1099 TARGEE STREET
STATEN ISLAND, N.Y. 10304

**STATEMENT OF ACCOUNT**
718 273-5387



| GUARANTOR ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 11198 | 11-AUG-87 |

KARUNA ROY (COMP)
85 ANN STREET
APT 1B
STATEN ISLAND, NY   10302



WRITE AMOUNT OF
PAYMENT ENCLOSED

INSURANCE HAS BEEN FILED ONLY
FOR ITEMS MARKED WITH *

— DETACH TOP PORTION AND RETURN WITH YOUR REMITTANCE —

| DATE | DESCRIPTION | CODE | | PHYSICIAN | | AMOUNT |
|---|---|---|---|---|---|---|
| (0) | The following services for KARUNA ROY | | | | | |
| | Referring Physician: DR BLOOMFIELD | | | | | |
| 30May87 | INITIAL CONSULTATION-COMPREHE | | | | | |
| | WRITTEN REP. SENT TO REF. PHY | 39062 | IH | H R LEVENTHAL | 1 | 146.30* |
| 31May87 | SUB. HOSPITAL VISIT | 19025 | IH | V T HO | 1 | 43.22* |
| 01Jun87 | SUB. HOSPITAL VISIT | 19025 | IH | V T HO | 1 | 43.22* |
| 02Jun87 | SUB. HOSPITAL VISIT | 19025 | IH | V T HO | 1 | 43.22* |
| 03Jun87 | SUB. HOSPITAL VISIT | 19025 | IH | V T HO | 1 | 43.22* |
| 04Jun87 | SUB. HOSPITAL VISIT | 19025 | IH | V T HO | 1 | 43.22* |
| | Referring Physician: | | | | | |
| 22Sep87 | FOLLOW-UP VISIT - OFFICE | | | | | |
| | INTERMEDIATE SERVICE | 19906 | O | V T HO | 1 | 43.22* |
| 10Nov87 | FOLLOW-UP VISIT - OFFICE | | | | | |
| | INTERMEDIATE SERVICE | 19906 | O | V T HO | 1 | 43.22* |
| 07Jun88 | FOLLOW-UP VISIT - OFFICE | | | | | |
| | INTERMEDIATE SERVICE | 19906 | O | V T HO | 1 | 43.22* |
| 13Sep88 | FOLLOW-UP VISIT - OFFICE | | | | | |
| | INTERMEDIATE SERVICE | 19906 | O | H R LEVENTHAL | 1 | 43.22* |

| LOCATION CODE LEGEND | O = OFFICE<br>IH = INPATIENT HOSP. | OH = OUTPATIENT HOSP.<br>IL = INDEPENDENT LAB. | SN = SKILLED NURSING FAC.<br>NH = NURSING HOME | H - HOME<br>OL - OFFICE LAB | ER - EMERGENCY RM.<br>P - PHARMACY |
|---|---|---|---|---|---|

RECEIVED
WORKERS COMPENSATION BOARD

SEP 0 2 2003

BILLING INFORMATION:718-448-3515

| ACCOUNT AGING | | | | | | BALANCE DUE | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS | TOTAL | | |

The W C Board, N Y State, Albany, N.Y 12207 /In the U. S. District Court, S.D.N.Y, 500   5
Pearl Street NewYork10007/In the **United States Court of Appeals for the**
**2ⁿᵈ Circuit, NEW YORK 10007** at U S Court House at Foley Square at Centre Street... Filed :
9.20.2005**Title of action ;"Jungle Démocracy . Cat and Mouse Doctrines ..oppressions  by rich and powerful**
**people/ Nations  to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo**
**Jr, / aka Kamal K Roy ( A  LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac**
**Lake,New York 12983 : Kamal Karuna K Roy /aka/Joseph Geronimo Jr  plaintiff/ Sole appellant on Poverty**
**clause THE REVEREND Lisa N Roy : chief editor, Jungle Democracy..etc . Hon Acting  Executive Officer,**
**Handicap Interests Int'l - W R Group ( Parent Group )H I I  Inc A  New York State not for Profit**
**Corporation,& registered as charity with attorney General N.Y State , &, in  places  abroad; incorporated on**
**Nov 2 , 1984  as Non Profit Association; Reforms International, et al ,all addresses PO Box 1173,** Saranac
Lake, New York 12983 ; plaintiffs/Petitioner as sole appellant V......**The State of New York,**
**Albany, N Y;. Gov  George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park**
**Street, Albany, N Y 12207 ; State Insurance Fund NY State,  15  Computer Drive west.Albany,  New York**
**12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted**
**illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/Human rights**
**against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as**
**complicated immunity like environments in Jungle Democracy of New York State,as virtual  white color**
**criminals and as  corrupt people/ white color criminals in USA, et. al, Hon Judge  John G Roberts Jr**
**,appellate Court Judge and now supreme court nominee,USA; The (very) Hon. President of U S A  George**
**W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC**
**; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington**
**DC ( 2 )  THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE  White House, 1600 Pennsylvania Ave, NW,**
**Washilngton DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR**
**an Appellate Court Judge, (50 yrs, approx,) c/o** The white house, Washington dc: **Filed copy with the**
**WORKERS'COMPENSATION BOARD,N Y State, Office of APPEALS,,ALBANY, NEW YORK 12207 defendants/ appellees (**
**now a total of 61 Defendants who did violate  Civil/Human Rights of plaintiffs and** sole appellant Mr Geronimo Jr is
now on poverty clause(2.)**LATEST Background of civil and human Rights Violations: 1. One Jr appellate**
**court Judge, named  above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe,** *in this acting*
at The supreme court of USA. Confirmation process was pending. During process ,(the defendant Mr Bush, above,

staggering problems to get justice on issues raised at U S District Court   /\
SDNY. However the plaintiff/appellant Geronimo may not have any reason to
support ide that USA justice system may not be behind other countries of
developed or underdevelopped economies of the Entire world. ..Current
appellant Joseph Geronimo .. Sole appellant on poverty clause of appeal ..
see frap vs. The State of New Yorl, Govt of India, Govt of West Bengal,
India, The USA Go, Washington DC ( total Nos 56 Defendants/ appellees et
al nmow world wide for violations of civil and human rights to appellant
Geronimo Jr et al at many places Gobally, beyond Boarders...oppressions
continued when appellant moved Globally from one to another continent, one
country to another country. Powerful ,not a democratic rule in any country
decide fate , concerns, prayers of most weaker people world wide.
Appellant is sorry to report that most Democracy is 75 % adulterated with
prnciples of " Jungle Democracies world wide.+++ All members of News
Community world wie and members of Religious public or any living soul are
invited to attend a religious Seminar at Saranac Lake. ADIRONDACK MOUNTAIN
AREA about 350 miles from New York City at Upstate New York about 90 miles
from Montreal city, Canada ; aout 175 miles from Albany , New York. Ar Mamie
Hogan social Hall, Harrietstown Housing Authority, 1st floor 14 Kiwassa

**Global, New York and USA incidences of Corruptions must stop against weaker**
**People in JUNGLE Demodracies. All respectfully submitted for grant of prayer /**
**Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs.**
**Appellant (sole)  the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac**
**Lake, New York 12983.**

CARRIER/EMPLOYER BILL/FORM

| 48 HR. INITIAL | 10 DAY INITIAL | X | 4A DAY PROGRESS | SEE ITEM 1 ON REVERSE FOR FILING INSTRUCTIONS | PHYSICIAN | PODIATRIST | X | CHIROPRACTOR |

MANAGED CARE PILOT PROGRAM?

**PLEASE TYPE ALL INFORMATION**

| WCB CASE NO. | CARRIER CASE NO. (IF KNOWN) | DATE OF INJURY & TIME | ADDRESS WHERE INJURY OCCURRED (CITY, TOWN OR VILLAGE) | INJURED PERSON'S SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| 08350644 | 022CBKF12163 | 8/20/83 12A | New York, NY | 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 |

| INJURED PERSON | Karuna N. Roy | ADDRESS (Include Apt. No.) 2049 Richmond Ter. SI NY 10302 | TELEPHONE NO. 816-9116 |

(First Name) (Middle Initial) (Last Name)

| EMPLOYER* | Kentucky Fried Chicken | Lefrak City, Queens, NY | PATIENT'S DATE OF BIRTH 3/31/52 |

| INSURANCE CARRIER | Travelers Insurance Co. | P.O.B. 7006,E. Meadow NY11554 |

★ Indicate days of week & times (AM or PM) when you are available to testify.

| SUPERVISING PHYSICIAN (if any) | | TH AM |

*If treatment was under the VFBL or VAWBL show as "Employer" the liable political subdivision and check one:  ☐ VFB  ☐ VAWB

If you have filed a previous report, setting forth a history of the injury, enter its date 5/28/96 and complete Items 3-23. If not, complete ALL items.

1. How did injury occur? Give source of information. If an occupational disease, include occupational history and date of onset of related symptoms.

2. If there is any history or evidence of pre-existing injury, disease or physical impairment, describe specifically.

3. Dates of examinations on which this report is based: 1/13/97, 1/31/97

Date of your first treatment 5/24/96

Has patient reached maximum medical improvement? If no, when will patient be seen again? NO 2/7/97

4. Describe treatment rendered and planned future treatment. If X-rays were taken, so indicate. If patient was hospitalized give name/location of hospital and dates of hospitalization. If authorization is required (see Items 4 & 5 on reverse), attach request and check box: ☐

adjunctive therapy, manipulation, L/S traction, C/traction, soft tissue therapy, cervical pillow

5. May the injury result in permanent restriction, total or partial loss of function of a part or member, or permanent facial, head or neck disfigurement?  YES ☐  NO X  If "yes" describe:

6. First day of disability, if known: 8/20/83

7. Is patient working? YES ☐ NO X

8. Is patient disabled from regular duties or work? YES X NO ☐  If "yes" disability is: TOTAL X  PARTIAL ☐

COMPLETE ITEMS 9 AND 10 AFTER MAXIMUM MEDICAL IMPROVEMENT HAS BEEN REACHED.

9. FOR SCHEDULE LOSS TO EXTREMITY Enter percentage loss or loss of use and Part of Body. Use NYS WCB Medical Guidelines. Do not use AMA Guidelines. _____%

10. Can patient do any type of work? YES* ☐ NO ☐ If "yes" describe work capacity:

11. Was the occurrence or occupational history described above (or in your previous report which gave this information) the competent producing cause of the injury or disease and disability (if any) sustained?  YES ☐  NO X

12. Diagnosis or nature of disease or injury (Relate Items 1,2,3 or 4 to Item 13E by line.) Enter code and describe nature of injury.

1. 882.00 fall from or out of building
2. 346.0 classical migraine-368.9
3. 723.1 pain, cervical
4. 724.3 sciatic neuritis

13.

| | Dates of Service | | | | | | Procedures, Services or Supplies (Explain Unusual Circumstances) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | From MM DD YY | To MM DD YY | B Place of Service | C Leave Blank | CPT/HCPCS | MODIFIER | D Diagnosis Code | E | F $ Charges | G Days or Units | H COB | Zip Code Where Service was Rendered |
| 01 13 97 | 01 13 97 | 11 | | 99213 | | 1 2 3 4 | | 33 70 | | | 10314 |
| 01 31 97 | 01 31 97 | 11 | | 99213 | | 1 2 3 4 | | 33 70 | | | 10314 |

Visual disturbance

| 14. Federal Tax I.D. Number 133264178 | SSN ☐ EIN X | 15. Patient's Account No. 3274-1-6 | 16. Total Charge $ 67 40 | 17. Amt. Pd. (Carrier Use Only) $ | 18. Bal. Due (Carrier Use Only) $ |

| 19. WCB Rating Code DC | 22. Doctor's Name, Address & Phone Number Ross Kuflik, DC 271 Kelly Blvd Staten Island, NY 10314 718-698-5600 | 23. Doctor's Billing Name, Address & Phone Number Family Chiro.Health.Care 271 Kelly Blvd. Staten Island, NY 10314 718-698-5600 |

| 20. WCB Authorization No. C033524 |

21. Signature of Doctor _____ 2/26/97

Affirmed Under Penalty of Perjury

C-4 (12-94)

**WCB COPY**

INJURED WORKER SHOULD NOT PAY THIS BILL

united states District Court of ........... District of ............ Civil ........ Complaints  Docket .......

*(1) The loss of democratic rights to be elected leader in N.Y State in High electoral state*

MAY DECIDE pUNITIVE and compensatory amount of award beyond minimum demanded  U.S.D.C DC

(court )reference attached.

*In N.Y. as per U.S &
N.Y Const. may be
considered for
claim action
US civil Law suit
as millions of weaker
poor or
poors lost
chances to
be leader
in N.Y state
in Nov 2006 election*

++++++++++++++++++++++++++++++++++++++++++++++++++++++

Civil++++COMPLAINTS++continued++++Jury Trial demanded++++++++ Title of CIVIL Action :

"Jungle Democracy , cat and Mouse Doctrines of Oppressions  of rich and powerful  people/ Nations /

superpower Nations/allies & democratic Devils,  Human Gods, Gods of faiths in USA/ India  and/ or/

Nations to weaker people world  wide ......etc " , a mobile Book volume by the  Reverend Joe Geronimo Jr

/ a legal entitity IN Democracy;  Publisher :Reforms International, Non Profit Tax exempt by I.R.S.,  P.O

Box 1173 , ( F I N 8 tax exempt ID # 13 -3566610 ), Saranac Lake, New York 12983, U.S A. Kamal Roy

aka Joseph Geronimo Jr S # 5788014399 , 107 A Scribner Avenue, Staten Island, New York City, New  York

10301; Chairperson, Board of  Editors  " Jungle Democracy , mobile book ; electronic and hard copy, C/O

H. J. International W R Group, P.O Box 1173,  Saranac Lake, New York 12983; Permanent address : 17th

Floor T – Space, Everest Building, 46- C Jawaharlal Nehru Road, KOLKATA 700017, W. B ., India , .et. el,

Kamal Roy aka J Geronimo Jr PO Box 1173, Saranac Lake, New York 12983,  ph 518 891 5466 a mobile

part disabled Ordained Clergy (FAKIR),  Priest of multiple faiths of approved Religions world  wide, in

Washington D. C area & elsewhere world  wide++. Plaintiffs ( Total  5 Nos ) Vs. The State of New York, c

/o  N.Y.S Attorney General, Albany , New York ; U.S A Govt ., Washington . D C, et. al (pl see attached for

listings of all plaintiffs and defendants) ...Plaintiffs associations or the Book volume as described as Plaintiff

No. 1, to be represented by Kamal Roy aka Joseph, priest, author, or Defendant : " GOS", uls based are  all

democratic entities. The plaintiffs and associate association/entities do  reflect pain, sufferings, damage

along with some blessings for honest work and  good faiths of people, Gods and many religious  faiths , but

the Defendants did not show  or prove adequate legal  essential democratical help  to Plaintiffs when

same were necessary under various Laws of USA, India, Iran, nations world wide  to lawfully assist

Plaintiffs and failed the  plaintiffs and errors, neglect, abuses , violations of laws anf damages , all , caused

pains , losses and prolonged sufferings. GODS ( through American , U S A Followings) also faled possibly

through nele followers ; The Editorial Board, "Jungle Democracy oppression of rich powerful people/

> Trust in God is incomplete void of trust in MOTHER NATURE and People World _wide Joe , priest from" JUNGLE
   DEMOCRACY...". All respectfully submitted Kamal K Roy aka Joseph Geronimo jr all Pro Se 107 A Scribner Ave,    NY   10201

8/28/06



THE CITY OF NEW YORK
DEPARTMENT OF FINANCE

**Current Charges, including Credits**    Service Date
Finance-Property Tax                        04/01/05    Total $103.32
**Total Current Charges, including Credits**                    **$103.32**

**TOTAL AMOUNT YOU MUST PAY BY APRIL 01, 2005**    $2,440.78

**How We Calculated Your Property Tax for July 1, 2004 through June 30, 2005**

Market Value                    $48,300
Billable Assessed Value         $2,643
Tax Class                       1 - 1,2, And 3 Family Homes
Tax Rate                        $15.0940 per $100 of Assessed Value

|                | Assessment | Yearly Taxes |
|----------------|------------|--------------|
| **Billable Value** | $2,643 | $399.00 |
| **Taxable Value**  | $2,643 | $399.00 |
| **Total Tax**      |        | $399.00 |



3001 (New York) 10007, USA.

**Civil Complaint :** filed in various Jurisdictions as on 12-13-2005, for various Damages on different grounds of violations of Laws, as the text of complaints are close but legally separate under various Leagal issues Jurisdiction and countries of violations as the Plaintiffs were mobile as individual or associations and both tpes of Plaintiffs were migratory under Immigration and International Business. However many Damages and pains and sufferings were cummulative, as such were separated from claims o images.

USA Govt and US "God" as a Democracy entities are Defendants as any democratic person or entity may defraud "God" as they negot " God " ethics but God has failed Plaintiffs along with he, other defendants. Plaintiff believe that God rule through " people " as HIS creation and time has arrived that his liabilities be shared by PEOPLE who mostly achieve Gods' blessings. but Must rulers democratic failures and Gods' role in Democracies, now in turmoils. Big or small many as defendants are with.

**DAMAGES** Claimed as specified below in scripts    **They trial Demanded    Judge Hon.    Oth Puni/ial Compensatory**

short title of the civil action

**Jungle Democracy** ... Oppressions of powerful/ rich people/ Nations/ Siperpower to all weaker people/ Nations ... etc " EIN && Tax exempt ID ( (IRS) 133566610 107 A Scribner Avenue, Staten Island New York 10301 Mailing Address : P O Box 1173, SARANAC Lake NEW YORK 12983 ph 315 6 5001, 518 891 5466 email VISHWAI2@HOTMAIL.COM By J Geronimo Jr aka Kamal Roy mobile priaest, part disabled in Court's Jurisdiction. Details law.

**v.**

U S Attorney General, 12n Broadway, New York, N Y 10271. ; U S A Government c/o U S Attorney General, JUSTICE DEPT eadquarters, Washington, D C; The U N O, New York, N Y; Govt of India, New Delhi, India ; Govt of West Bengal, writers' ilding, Kolkata 700001, West Bengal, India ; City of New York, c/o Corp Counsel, 100 Church Street, New York, NY 10007; CINGULAR Wireless aka Cingular Albany New York & elsewhere; HSRA Bahk, Main street, Saranac Lake, N Y; Harrietstown Housing Authority and Debbie Terrabn, Housing Assistant 14 Khwassa Road, Saranac Lake N Y 12983; Citizens Bank, Saranac Lke at Broadway near Post office; UPS SDTore/ MBE store; Debbie, owner/Francisco Broadway 17, elsewhere Saranac Lake NY 1983 ;The New York Times Enollas Daily Newspaper, 53 st, new York, New York & elsewherein lisa; The New York State surance Fund, 15 Computer Drive, West, Albany, New York 12205; Travelers Insurance co, P O Box 0444, Albany, New York 1201 ; US Dept of Justice, Justice Dept Headquarters, Washington D C ( More defendants may be named as per FRCP with full lists of Defendants is attached )

****GROUNDS of Litigations :** Civil and Human Rights Violation : violation and neglect at take lawful actionos of Government parties as Defendants on multiole and numerous petitions of Plaintiff Kamal Rov aka Joseph Geronimo Jr and his associations to redress grievances both mental and phyical pains and monetary damages caused by inactions on all petitions of grievances i. E in violations of 1st Amendment of U S Constitutional Rights of Plaintiff Kamal Roy AND LAWFUL ASSOCIATE AND THUS CAUSED PAIN, VAIOUIS, AS ABOVE/ AD Now compensationdisc demanded for violations from Govt's. U N O, Association of most countries and National Governments; As the private defendants abused the situations of Govt' misconducts and inactions and damage Plaintiffs further, for both indidual Plaintiff and his ASSOCIATIONS of Plaintoffs. Flaw of U S based God is also explained elsewher appropriately. Some

non hostile Defendants have also been named, damages from them may be waived in cases they cooperate to lawfully

defend position of Plaintiffs lawfully as needed for former lawful associations of

Plaintiffs with such defendants, as named.******************

Defendants include US A, other countries, U N O, New York, democratic entities and may other

Citizens of the World. H I I world Religions Group, et al are cited at places in scripts, and is a Plaintiff

,for issues of violations of Laws and damages cliaimed in civil action.

" Matters of Jungle democracy cat and Mouse doctrines of Oppressions, etc " a mobile book of

contemporary devious pattern of Inequal rules, Laws and inequated judicial systems worldwide and

A TOTAL FAITH IN GODS MAY TURN THE ENTIRE GLOBE t o OASIS OF HUMAN DEVELOPMENT

. (2) **We the "PEOPLE "**, in the world including in USA have been **lost** in the wilderness of JUNGLE

DEMOCRACY and in Estate of Optional Laws in effect for years in history of civilization of Human animals. We Need

rescue squades **S O S ...S O S World** wide in democracies aka truly in Jungle democracies, ALL respectfully

submitted for grant of prayers in original complaints filed with Court, Kamal Karuna Rov AKA J G Jr Priest Petitioner for all

petitioners, individual or in representative capacity ( see F R C P) 12.10.2005.PO BoX 1173, Saranac Lake, New York

12983

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to reopen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Maxdzer, M D, ANC saranac Lake, New York 12983, 2003 , 2004 & June 2005

New York State under supervision of elected Governor GEORGE Pataki is is violations of many laws in insurance field as was charged to ex chief Executive of International Insurance Giant : A I G in recent times. Atleast 20 person or entities named as 3rd Party respondents to help solution of corruption issues in New York state , all 3rd parties are or may not be corrupt and they were negligent to hold principles of U S Constitution and other Laws during part or whole of period of corruptions durin alleghed period of violations 1990- 2005. some others including WC law Judges , Four, were alleged to follow and participate in corruption. USA permits sitting President of USA , duly elected, to be investigated for crinal vil olations of laws andAs such claimant et al demand that judges for their criminal neglect in duties in office, and thus damaging interests in freedom. Safety, pursuits of pleasures of such persons .Should be investigated and fully prosecuted (Jail terms not demanded for such Judges).As the claimant's motto is correction of system and he is a disabled work_injured worker/person and he had so far wanted divine and Godly help , But he realised that "AMERICA BASED GODS HAVE BEEN NEUTRAL to MANY Corruptions of Human_animals Al over the World, Especially in USA, at current civilisations Of Human_animals, GODS have to be richer and more powerful than U S A. to fight corruptionin new York, USA,WE feel U S attorney may replenish power_base of Gods. ATTN: the W.C, Board , N Y state 20 Park st, Albany New York 12207 : pl send/provide a copy each to Judges appeals office WCB_ Judges – 2003 and to one mr. D Jeffrey Romeo, judge, W C Board 2003 at saranac lake, N Y 12993 as the persons were named 3! rd party respondents for affairs related to corruption in the system as alleged by claimnt, el al and the employer H. I .I. Inc, a non profit charitable association registered with NYS attorney General, Bureau of charities regn since November 1984 anf incorporated since 11.1. 1984 Affidavit to be filed with W C Board. NY State on 5.31.2005, sworn before Gods in AMERICA (U S A)of all religions and faiths known to U S A and State Authorities and under penalty of Perjury and also before a Notary PUBLIC, N Y State on 5.31. 2005. One copy of original notary signed sworn statement to be filed with the U.S ATTORNEY. SDNY, New York , N. Y 10007. The United States Attorney, Southern District of New York, United States Dept Of Jutice, One St Andrews Plaza, New York , New York 10007, USA The NYS attorney General ,120 Broadway New York , N.Y 10271 U.S. attorney, NDNY ,US dept of Juctice, Albany, New York 12207. New Jersey Judicial Federal District. P O Trenton, N J –for checking federal l crime or reporting false data on non profit tax data on a Tax exempt by IRS, wherein all records can be inspected on a specific date, time and designated place. Mr James Borowski came at 2049 Richmond terrace, Staten Island office, New Yori 10301. He did not properly intimate us in any manner that he wanted to inspect any specific paper from us, He was in a 25 minutes_race to audit a farm incoporated in NY state on november 1, 1984 and th corporation had a separate statory entity but an affiliate of an larger unincorporated New York association formed in N Y State in October 1984 and was registered as a charitable non profit organisation which is an interntional body with offices in many countries and with Strategic and Administrative Unit in New York State. He inspected place in aftermath of a flooding effect in the area, being a low lying Staten Island area about 400 ft from waterfront. As the basement area had heating arrangement of th commercil al place, we had storage space of documents in basement anf the office space about 500 Square ft, commercially and industrially zoned office Building, We had to take extra precaution of electrical uses as the basement heatng equipments and electrical wire were touching wat areas. We told the above borowski the above facts and others on the date of his audit around 9 th March between 10.45 am till 11 14 am on the day with 5 minute break fo going to bathroom. HIS audit and observation was tainted without provisions of laws for timely notice of arrival of auditor and

The U.S District Court, SDNY, U S Court House, 500 Pearl St, New York, York 10007

USDC / Delaware

**filed by**

USPS fee paid mail $ to Court and others court fee US $ 155.00 by USPS Money order ***attached for civil court proceedings , rest may be decided by court

Matter both civil and criminal 7/1/2005 , Docket No...........................

Plaintiffs

(1) Handicap Interests International- World Religions Group,Non Profit Tax exempt, (parent Group of Handicap Interests International Inc , a Type A non profit New York Corp, incorporated on Nov 2, 1984 as defacto part of plaintiff divn: Reforms International publishers "Jungle Democracy.........."S48 West 160 St, new York , J Y 10032, ***107 A Scribner Avenue, Staten Island , New York 10301.
**Mailing address*******  : PO Box 1173 , Saranac Lake, New York 12983** .. N Y unincorporated  Non profit Tax exempt association. By kamal k Roy Hon Executive office& Lisa N Roy , Hon. Deputy Executive officer of above Plaintiff

2.  The Reverend Joseph Geronimo Jr a/k/a Kamal Karuna Roy, U S citizen, Religious strategist, Social reforms soldier, U.S Post worker (80% approximately, medically )disabled Priest due to work related injury in New York City in 1993, Author, Mobile electronic Publication : "JUNGLE DEMOCRACY .......Cat and Mouse doctrine to oppress weaker people/ Us Citizen, alien et al and foreign countries. et al ....... Plaintiffs. All addresses as in 1. et al

(3) Lisa N. Roy  (4) Reforms Intl Plaintiff
P-OB 1173, S/L, NY 12983

1.N Y State. Albany New York , 2.  New York  City, City Hall ,NY 10007. 3. New York Times, English daily, NEw York,NY. 4. George E Pataki New York Governor, S I fund, 5.Travelers Insurance company albany n Y Ny 12201 6 and all parties named in transcript below  7. Kentucky Fried chicken c/o Travelers Insurance company as above

world help USA inthis regared for good of world democracy in crises now all over the world . W. C Board , NY State , forwarded with Misc. reliefs demands and futher demand of examination to the U.S President and competent authorities in NY State including N Y Senate! to beexamine if the WC Board, NY State can be suspended immediately , & then reconstituted with lawful and honest officers and judges, by N Y Senate with assistance of President of USA in view Governor and Admn of Pataki is alleged to be involved in corruptions at W C Board, NY State to willfully harm the weaker citizens of democracy of New York , and Joe Geronimo jr in his world wide electronic on line publication and book volume terms rule of optional Laws , not for help to all, and also terms and defines in his book as" Jungle democracy *****" from writing Of " The Reverend Joe Geronimo Jr"an American ( U.S), unknown , 80% physically disabled non _preaching Religious Priest of Gods, Religions ,and 'we the People', & Strategist for newer concepts and definitions of GODS and DIVINITY in fast changing societies of centuries, with technological very rapid developments , by Human_animals race. Gods concepts should be non_magic al, pragmatic and non_corrupt reflection of ideal human_animals, ever known and/or redeveloped, & effective now. ****************** Interests International Inc and Kentucky Fried chiken as employers for work injuries since August 1983 till 1993 June 7th, in New York. .
, as both found corrupt; PI see scripts below for loss of due process of Laws, manipulations, removal of documents from legal files of WCB_NYS, false reporting of facts, deliberatly by attorneys of  NY STATE and Attorney's misconducts at Travelers Insurance company::: the scripts were duly forwarded to most of the Law enforcement authorities based in New York, and elsewhere, but when investigations may start  are unknown in a

7/21/2005  **Non_Gandhian oppositions** and theological concepts of
new morales in Mass_ movements world _wide

**WANDA BRUNO**
Notary Public State of New York
#01-BR-6023145
Qualified in Clinton County
Commission Expires April 12 20 __

original

eals for the  for  federal circuit. Washington D C
ral circuit washington deOrder of chief judge/others
s U.S First amenment rights of U S citizens to petition the
g with basic human rights.The decisions are appealed,
sed amount of compensations demanded U. S  $ 35.00
intiffsplaintiffs.appellants .#1.  Jungle Demo
ete".date of filing

in search of democratic

he often missed in most

powerful and self styled

orld democracies but without

f laws & with many many abuses

ntries abroad. Thus

possibly without big reason

in religions with practice of

er animals for worship; with

rations with feast  with meat.

sa

hidden

The appellant is cap      to liotigatye the action and

appeal for self and in his statutory capacity of

honorary executive of unincorpoted associations, as

palintiffs/ appellant   a Mobile priest in D.C federal

Jurisdictional areas under U S federal laws.

Notice of Appeal / short brief *for appeal to change decision by lower Court**and accept issues of violations in Jungle Democratic dysfunctions, which damaged plaintiffs and compensations claimed, **Copy of  one of the many relevant orders of rejectin of complaints is attached and marked accordingly along with other marked exhibits of the complaints and supporting papers which were submitted to lower court as above to help notice of appeal desired.relevant orders were sent and filed to appeals court before. Revised amount of compensations demanded U. S.  $ 35.00 Billions, for utter pains and damages for neglects and sustained miseries for decades in democracy for the plaintiffs/appellants by Joe , the Poor priest and aka's as described in the scripts.; The loss of ecomomic freedom etc etc detailed in brief below, above and submitted before and outstanding before court are sworn again under penalty of perjury under many laws of  LAND ( including USA, India, Iraq et al, world wide including repeat  U.S.A as such notice of appeal are served to court, USA Govt , other Govt and non_govt defendants total ( nos 86 as of current times, That all quotations from mobile electronic and hard copy  book volumes become part of compaints and appeal as the text**

2



To:
Jungle Democracy
KAMAU Revolution
JCJR
P.O. Box 1179 51-, NY 1238O

Jungle Democracy etc Vs USA
Civil Complaint        CBS, NBC
Issue: DON IMUS Radio & TV
Broadcast - Cruel
punishment inflicted by CBS, NBC
MS NBC



www.usps.c

To   Hon Clerk File
US  District Court
       for Delaware
    U.S. Court House
       Civil Action

Wilmington  DE
Down town
          USA ; 98999