

**CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005**

**AMC Hospital, at Lake Colby drive, Saranac Lake , New York 12983 in marked Exhibits, which report  notes ailments relating to 1993 June Car accident on Jod which was unlawfully ignored by Judges , attorneys. CPA auditor  et al in Jungle democracy in the area of Jurisdiction of Governor Pataki. We allege that he be investigated as chief executive of New York State for doing fraudulent commercial insurance in workers' compensation Insurance Industry. If some day "Mourice " ex chief executive be arrested for fraud then same should happen to Pataki for allowing Fraud by the bureaucrats of the State Insurance Fund, a  New York State govt dept . . See marked exhibits for the truth of claims by Geronimo Jr aka K_Roy. bUT ON REPEATED ENQUIRIES NO DECISION ON OUR mOTION cplr 4404 , NEW EVIDENCES POST APPEAL FOR A NEW DECISION PRAYER AND DEMAND WERE PLACED IN SUSPENDED OR UNKNOWN ANIMATED STAGE.wE NAME wORKERS' cOMPENSATION bOARD AS A 3RD pARTY RWESPONDENT IN THE MATTER OF OPPRESSION,CORRUPTION AND DELIBERATE ACTS  OF UNLAWFUL NATURE,INVOLVING REMOVAL OR DISCARDING FILES WITH EVIDENCES, tAMPERING MOTION PAPERS AND LAWFUFULLY WE SHORT_NAMED "jugle democracy(in new york)...CAT AND! MOUSE DOCTRINE OF OPPRESSION TO WEAKER CITIZENS BY RICH AND POWERFUL PEOPLE OR SIMILAR NATION IN NEW yORK AND ALL OVER THE WORLD ( A BOOK IN MOBILE NATURE WHICH MAY CHANGE TITLE  OF THE BOOK, TEXT ,PRICE , AUTHOR, EDITOR , PUBLISHER,ETC ETC MAY CHANGE BUT NOT THE THEME OR ISSUE  REPEAT BUT NOT THE THEME/ISSUE  "JUNGLE DOMOCRACY....... CAT AND MOUSE DOCTRINE OF OPPRESSIONS OF POWERFUL PEOPLE TO OPPRESS WEAKER PEOPLE IN sOCIETY 3. tHE nEW yORK gOVERNOR mR gEORGE pATAKI, aLBANY, nEW yORK: to be assessed civil or criminal penalty not exceed US $ 1002.00 only 4 THE nEW yORK TIMES COMPANY, ny ny 1006 AND ELSEHWERE 5 wORKERS cOMPENSATION bOARD, nys, 20 Park Street, ALBANY nEW yORK 12207 6 TRAVELERS INSURANCE CO PO bOX 466 aLBANT nEW yORK 7tHE sTATE INSURANCE fUND, nys ALBANY nEW yORK 15 COMPUTER DRIVE WEST 8 Richard Orindach a SI FUND NYS employee in 1993 9 James Borowski, C P A New Jersy, Auditor Of S I Fund, NYS 10 The District Attorney New YorkCo! unty, Ny 10013 11. District Attorney , Rihmonmd county Stuyvesant Place, Staten Island, New York 10301 12 County Clerk , New York County, NY 10007 31 The New York State Senate. Albany , New York 32. The Pasternack, poppish et al, Nirban Roy's Ex attorneys as friendly 3rd party respondents to help resolutions of WC Board pending cases for over 10 years in corruptions in the Govt owned and operated system of rule with optional uses of many laws in USDA. But the crooks went unpunished and unchecked so far for a decade\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\* 13 The State Insurance fund, 15 Computer Drive west, Albany, New York 12205 14 The State of New York, Albany C/O NYS ATTORNEY GENERAL, 120 Broadway, New York, NY 10271 14A. One named Symbolic ameririkan USA based GOD to be represented by any Gods_men or women. Democracy in truest difficulty in survival throughout the world, one powerful God we need to bring last minute consciousness in minds of corri upt people , those we accused or said that they partly failed democracy during the last one decade in New York State, in USA I.e during 1990-2005. The City of New York C/o The Corporation Counsel, The City of New York, 100 Church St, New York, NY 10007 Chief Executives current & Past since 1993 till 2005 to beassessed US $ 5 millions each for violations ESTELLE KRAUSHAR and ms Nancy Wood , SI Fund ATTORNEYs As on Jan 10,2001 : The corrupt attorney on 1.10. 2001 filed a false report to a defacto court of NY State Court system to falsely say that Karuna Roy did not submit the required to WC Board pursuant to memorandum decision of 3 Judges panel of WCB, decision was as filed on 1.24.1996. The claimant Karuna Roy aka Geronimo**





CPLR Motion dated 7, 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

submitted all employment records of 2 claimants, incorporastion paper of H I I Inc in original and a copy of it to WC Board by certified mail and such paper in96 were on WCB file what Geronimo personally saw all of them , when Geroniko visited appeal offli ce of WCB, NYS in Brooklyn office of WCB. Ms K!  HYPERLINK "raushar"i raushar  Attorney should be immediately arrested for her crime by filing false report in court to purposely harm, endanger welfare or 2 claimants who were very sick and needed treatments. As the Work injuries in car accident on 6.7.1993 at FDR Drive, Manhattan NYC was ver very injurious to body of two claimants the injuries, pain, headache , nervous problems due to trauma of car injury. Paralysis are still continuing to claimants. But the crooked attorney as she is used to harm sick and injured tries deliberately with the assistance of NY State open policy of state sponsored corruption of PATAKI admn Of New York State, she caused extreme damage to claimant. Her false rport kept the WC Board duly made award to Nirban Roy still unpaid. She is a risk to relocate outside New York or USA, The claimant Geronimo demand to F B I, Us Dept of Justice at 26 Federal Plaza NY,NY 10278 make immediate move to initiate enquiry! to violation as stated and arrest her anf she should be prosecuted to fullest extent of Laws of USA, However, the claimant as a 80% disabled social reforms and religious reforms in human animals developments all over the Globe do not suggest any jail term for her as the motto of this compaint if relief from W C Board and reforms in a corrupt System anf its people. Similarly Mr James Borowski, CPA mention in the script shoud be immediately arrested as his illegal report caused body damage to Claimants. Another immediate arrest is demanded of one attorney of Travelers Insurance co in New York who represented employer Kentucky fried Chicken for work injury of Asugust 20, 1983, the pain, lower back . headcachec etc etc are still continuing after 23 years of accident at work.The Case was partly adjudicated by a Judge at WC board, Brooklyn and permanent partial injury was established and payment and treatment ordered bu WC Board judge, But the old or late middle aged attorney, as the! crook he was suspended all awards and treatments of the injury of 1983 in collusion of WC Board staff, SIF Attorney and corrupt NY State Workers' Compensation Insurance industry. The old man now, the attorney of travelers Insurance co if he is not dead yet be immediately arrested to answer his illegal steps in the Travelers Insurance cases. If he is not arrested now then he may miss the event of arrest in process of Laws . He may however be not jailed as only correction in system is claimants' and employer H I I Inc's motto so that in future the weaker citizens are not made victim of abusive system. A. The Insurance Dept of New York State, Albany, New York is being made a 3rd party respondent in WC Board cases J Geronimo Jr aka K Roy v H I I INC 2 cases of 1993 injuries AND V Kentucky fried Chicken ( 1983 Case) v all 3rd Party respondents, et al. Hon George Bush by name may pl be removeD as 3rd party respondent but His designation of U S President of U S A The White House, 1600 Penn! sylvania Ave NW Washington DC be made 3rd party respondent. Hon . George Bush as is, a world leader of a juncture of history of World ,full of corruptions, terrorism, violence, insurgencies, various actions of them for nationalism or terrorism , defined variously by world nationals of diverse interests group,may engage his time differently or keep his time free for more important crises worldwide.++++++++ total 28 named as 3rd party respondents to help prosecution of the cases . Most Parties or entities were criminally involved or were engaged in corruptions or allowed bureaucrats to break laws at random and others failed to supervise in their elected /appointed jobs in high offices as per their U S constitutional oath at beginning of term in office that they would ensure that US Constitutional Laws are maintained. The State of New York and Travelers Insurance company should be assessed Civil fines of atleast US $ 500 millions each for corrupt practices during 1990 – 2005 in workers'! Comp Insurance





CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mardzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

Violations and allowing criminal activities by their bureaucrats. Kamal Roy aka Kamal Karuna Roy akia Joseph Geronimo Jr and was born as. An early age Orphan without known reletive known since becoming of age, as such no authentic or scientic recording of birth of Geronimo Jr, J But recorded birth may or may not tally truth as is a case with Jesus christ , now a son of God but before he rose to glory for historians they had no valid exact DO Birth: Similar to a situation of former First lady of USA who had birth records disputed or has varied records : case of ZAZA Gabbar , ex Movie artiste Hollywood, CA, USA:no authebtic birth record was known or disputed Records were avilable to public, As was an orphan, the parents name was recorded as they had ties with Indian subcontinent, birth was recorde in Pacific Island of Guam, now and then, a US territorial military base: the Parents of spanish origin mother and some american Indian blood from father's side was recorde! d in birth records. He {claimant Geronimo had his immigration Status approved in 1987 although he live on mainland Usa ovt 35 Years. Father was reported to be A Fakir :Priest for many year of life at Guam and Neiboring Island of GUAM, USA: Natural father Joseph Geronimo & natural mother Ms Rita Vasquez. : claimant wcb Cases pending, I, the signer of this affidavit, as statutory Hon Executve officer of H I  International do strongly suggest to lawfully release the awards paymenmt ordered to be made to co_worker Ms Nirban Roy, now be settled by S I Fund_NY State without further delays using false accusations of fraud etc, against her or anybody for an alleged and imaginary Fraud not proved yet or even what was not brought to any competent Court of Laws in USA During the full last decade. All repectfully submitted to WC Board NY State, (PRO SE) for self and unincoporated Association , parent Hroup of listed employer H I I Inc, as permitted to be maintained by competent memi ber of the Association and pl note that.for reliefs though delayed in Justice and with prayers to include all 28 of the 3rd party Respondents needed to prove bonafides of W C LawClaims to be legally approved . The US Attorney et al. And as Hon Executive Officer, H I I employer at work injuries periods: and now about 80% disabled due to work related injuries, diputed by NY State against any and all evidences; Ordained priest/ but a non_clergy or non_ preaching Religious worker: Planner ,Author, Management specialist. Strategist of Social reforms and religions of people in diverse sicieties of Human_animals. skilled, educationally & Professionally qualified criminals in most categories of major crimes, have now been taken over untrained and unsophistcated , average criminals of different categories if crimes, in New York State and almost anywhere in Globe third world and all properous nations in West combined; they are engaged in oppressons on mass scale forown benefits or be! nefits of administration hiring them for employment or professional engements of National leaderships at times engaged in crimes of war, destruction of section of a society etc, the history of power struggle History and episodes of redevelopments and panned destructions assisted by professional criminals have revealed that They are hundred or thousand times more violative of all rights, privileges of weaker people and most of them are engaged in many frauds for running Govt and other systems working : so they are corrupt, at the top of any admn but the weaker people in any admn do get enraged with oppressions by the rich and powerfuls as described, to fight back they often start breaking Laws, even resort to violence including Terrorism.All sumitted with prayer as made above and filing made as per rules of Workers' comp Laws of New ork State and other laws: although application of laws were suspended to claimants et al andfight to reestablish such rights were delayed in a NY system so violative of commoners' interests and true welfare, lately in Pataki admn in New York State .so we all want to undergo criminal violative process responsible for illegal commercial workers' Comp Insuance business in new York doing competitive commercial business in New York. If the former Corporate chief of



40

**CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdxer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005**

giant insurance international corporararion viz A.I.G, lately interrogated in commercial Insurance frauds, then G Pataki has no right to be immune from some punishments under equal protection of laws for any US Citizen, as we the claimant et al and small employer : H.I.I.Inc a NY non profit corpn incorporated on November 1, 1984do swear that Pataki was deeply involved and aware on criminal law breaking corrupt operations ow workers' comp Insurance Industry in New York State under his over all State of N Y supervision anmd operations. We wish we may prefer to move to Federal court, going upto highest court operations in USA for getting insites how an elected official in Government in USA doing commercial business of some kind in a State of union of U S A can beeated differently than non elected but commercially votyed in private lawful business in U S A. We have known in USA that a sitting president in USA was criminally assessed for a fine/penalty for perjury under laws of USA Franklin county, New York State:ss I swear all above, scripts as affidavit in names of all GODS and under penalty of perjury' and I do also swear truthfulness of copies as Marked Exhibits = ME # .......to No...... were attached... Total Pages of affidavit ...about 22 pages.... All respectfully submitted for filing before WCB NYS Board or The U S attorney, US Deapt of Justice, SDNY, One St Andrews Plaza, New York 10007./ NY State Attorney General, 120 Broadway, New York 10271, et al for staturory investigations as per US constitutional right of a US citizen to complain to authorities for grievances involving Government actions presumed illegal or harmful Kamal Karuna Roy. aka, J G! eronimo Jr 3 riverside Drive # 56, PO Box 1173 SARANAC lk.NY12983 6.10.2005 for self as claimant and as a Statutory HON Executive Officer H.I.I W.R Group Parent Group of H I I inc ( Listed Employer at WC Board cases, pl see Marked exhibits Details; Forwarded by By the Reverend Lisa N Roy Hon Deputy Executive Officer and the Strategist World News & Affidavit # 32 dated 7.1.2005, Notarised & mailed on 7.2.2005 to Workers Comp Board, N Y State , 20 Park St, Albany , N.Y 12207 toother parties including 32 3rd party Respondents in WCB Cases Joseph Geronimo Jr aka Karuna Roy v Handicap Interests Int'l Inc & v Kentucky fried chicken:: carrier S.I.Fund, N Y State 15 Computer Drive west( NY 12205 and the Travelers Insurance co, albany, New York, PO Box 466, Albany, NY 12201*of corruptions in world of politics and rule of no laws world_wide ,including in New York State, USA where state bureaucrats use laws as a privilege for oppressions to weaker citizens and violations of laws sel lectively attract any attention to American news media, laws enforcement agencies and executive wings and offices of administrations of Ptaki of New York, such admn are selectively corrupt and may be used as vehicle to corruption , making weaker and unprivileged people as more weaker as clients to rampant corruptions.*

*************************************************************
******************* Of womens' rights and equities in current and next generations:: Hon Editor of H I I Publications and Books. H I I World Religions Group (division: H I I Inc: listed employerNon Profit Tax exempt by I R S, US Dept of Treasury since 1992 There is nothing wrong, immoral or illegal about to look back into any episode & action of a State , people, Nation , or individuals if complaints develop in Public which potentially damaged interests of even unknown /any citizen of a Democracy in Globe. Common People are visually weaker in any Democracy. but some day, any time. they may grab col ntrol of democratic admn of any human_animals settlements. So wise and powerful human_animals of current time, pl learn art of shared benefits of power of democracy without delays: from writing of Jungle Democracy ... by joe Geronimo Jr 7.11.. 2005. Sworn to before me on ................................... Franklin/Essex County, NY: SS: Notary Public On ...7.11.2005 at sarsnac Lake, Franklin County, NY Sworn before and sworn in Names of Gods world_wide an

# 48 dt 7/8/2005

(141)

**CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005**

penalty of Perjury by Kamal K Roy aka  and naturally  was born asJoseph Geronimo Jr ,14 Kiwassa Road, Saranac Lake, N Y 12983 for self and Representative capacity as hon Executive Officer or by the Reverend Lisa N Roy another partly disaboed worker and   Hon Deputy Executive Officer and the Ex_Officio Executive Vice President of H I I world Religions Group EIN 13-3566610, Non Profit Tax Exempt by the Internal Revenue Service, USA, All pro se represeninng H I I World Religions Gr, Unincorporated Tax exempt Association NYS EIN 13-3566610 ,Parent group of Listed employer: H I I Inc . quotation for 4th of July 2005 from publication :"JU! NGLE DEMOCRACY...CAT and Mouse doctrines of Oppressions".In the most Powerful democracy in USA and in its union of States rampant violations of Laws by the bureaucrats of Govt have become dominant and monumental which shatters democratic privileges to many commoners in fields of social welfares and assistance . Societal benefits for secured living and mostly applications of many laws to secure insurance of promised benefits of Nation are mising in USA: due to negligence to promises by the Big Brothers of Laws and Bureaucrats. Every able person or all people together must try to reduce corruptions that threaten weaker citizens' welfare and safety every moment in USA. May be world help USA inthis regared for good of world democracy in crises now all over the world . W. C Board , NY State , forwarded with Misc. reliefs demands and futher demand of examination by the U.S President and competent authorities in NY State including N Y Senate! to beexamine if the WC Board, NY State can be suspended immediately , & then reconstituted with lawful and honest officers and judges, by N Y Senate with assistance of President of USA in view Governor and Admn of Pataki is alleged to be involved in corruptions at W C Board, NY State to willfully harm the weaker citizens of democracy of New York , and Joe Geronimo jr in his world wide electronic on line publication and book volume terms rule of optional Laws , not for help to all, and also terms and defines in his book as" Jungle democracy *****"  from writing Of " The Reverend Joe Geronimo Jr"an American ( U.S), unknown , 80% physically disabled non _preaching Religious Priest of Gods, Religions ,and 'we the People', & Strategist for newer concepts and definitions of GODS and DIVINITY in fast changing societies of centuries, with technological very rapid developments , by Human_animals race. Gods concepts should be non_magic! al, pragmatic and non_corrupt reflection of ideal human_animals, ever known and/or redeveloped, & effective now. ***************** Interests International Inc and Kentucky Fried chiken as employers for work injuries since August 1983 till 1993 June 7th, in New York. .

, as both found corrupt; PI see scripts below for loss of due process of Laws, manipulations, removal of documents from legal files of WCB, NYS, false reporting of facts, deliberatly by attorneys of  NY STATE and Attorney's misconducts at Travelers Insurance company::: the scripts were duly forwarded to most of the Law enforcement authorities based in New York, and elsewhere, but when investigations may start  are unknown in a JUNGLE Democratic Condition in New York State.Instant CPLR 4404 dt 7.9. 2005 ::Affidavit # 40.***************************************** Post Appeal motion CPLR 4404 for grant NEW/ or amended decision for new evidences found since 1.24.1996 and until 7.1. 2005, and lawful suspension of partly illegal MEMORANDUM decision of 3 JUDGES Panel AS DULY filed  at W C Board office on 1.24.1996 as it contains errors, corrupt practices as claimed by claimants et al. Geroninimo et al and employer HANDICAP INTERESTS INTERNATIONAL INC and all of them CONTEND as below . Affidavit duly sworn in the names of aol gods od Americas (U.S.A) under penalty of perjury, the same or a Notarosed original shall be filed with WCB_NY State, 20 Park Streeti , Albany, New York 12207 ; The F B I, U.S Dept , 26 Feral Plaza , Federal Building, New York, N Y 10278 ; The United States Attorney,US Dept



42

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal
filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to
reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo
Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions,
Misconducts& anti labor policy of New York State Workers' Compensation Board
20 Park STREET, Albany, New York 12207, medical report from neurologist Dr
Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

of Justice, One St Andrews Plaza,at Foley Square, New York New York; NYS Attorney General;
New York State Insurance Department, Albany, New York et. Al ;Published from Many centers
of EUROPE, ASIA, AFRICA, Australia & ELSEWHERE IN THE world*** on line in search of s
Justice to American weaker people, fateless and in deep trouble in a very corrupt admn for
many weaker people in New York State ; the Rich and powerful in New York State have
grabbed justice , and the same may not be available to a commoner ..or a weaker person in
any so called Democracy in world, only 2nd hand Democracy or a Democracy imposed by
Crooks, and rich , what the claimant JOE Geronimo wrote in one of his publications, i.e
"Jungle Democracy .. cat and Mouse syndrome of oppressions of weaker eaucrats in New York
; and almost anywhere in people in new york by the ! rich , powerful or designated NY State
corrupt Bureaucrats in NY and in Globe elsewhere ....". All injustices May be available to
people to suffer or at times to enjoy anyway:: WORLD NEWS y: post appeal motion CPLR
4404 for grant/ or amend decision file by 3 Judges or so Appeals panel at WC Board, N Y
State, filed on 1.24.1996 as it contains errors, corrupt practice detailed below. Which was
illegal, a new decision is warranted for due process of Laws(pl see exhibits) Civil and/or
criminal penalty of U.S $ 500.00 Millions( each)* demanded to be assessed and imposed* For
violations by these groups in commercial businesses for the last 12 years as we have alleged.
Governor of New York State , Mr Pataki may be assessed penalty not exceeding U S $1002.00
and not less than US $ 1001.00. These Penalties are at par with penaties imposed in USA
********************************************************************************
************ Terrorists of all world:: Pl change your course of actions. You may kill
innocent people but You really kill a person
    Who may be one like You, possibly deprieved from many democratic values in his/ life.
The best way to achieve your goals
    May be come to some agreements and dialpgues with your popwerful opponents in your
religious or dempcratic fields pof action. It may or may not be worth trying to achieve your
political or other demands. But it may be prayers of persons
    Who may  lose lives in your next course of unknown actions, without warning who may
prefer to live even with many
    Struggles for sustaining  God_gifted lives. You may kindly note we, the people do also
suffer many injustices in so_called
    Democratic societies. Our pains may be more than yours ,if you can conceive this
message. Pl  give  giftsof lives to live.
    We thank you in any case.**************************nationally in Miscellaneous
corruptions for which investigations were demanded and in fact was held and corrupt entities
and people running them were found in violations of U S Laws. U S Investgations /other state
Investigations demanded. The script are sworn before Notary Public or sworn in Names Of Gods
and under penalty of perjury as per Laws in New York. HUMAN_ANIMALS' most ancient
non_innovative discovery was Gods and divinity concepts as the vast powerbase of Nature was
so surprising to every day living with constant dangers from calamities of Nature. So
the discovery was Gods and world of Gods in! their discovery termed as divinity.
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
++++
Submission date: notarised affidavits and complaints Corruptions: News
world wide pf CORRUPTIONS and OPPRESSIONS BY BUREAUCRATS  et al
including in New York State ::World wide corruptions-Incl uding in Workers'
Compensation Board New York State  20 Park Street, Albany, New York



USP C /NY
SDNY

43
(MHP)
(143)

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to reopen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

Docket
# Civil complaint

Jury Trial Demand

12207r US , NY State, NY City ebforcement authorities start lawfully investigating the Corrupt opperarations of George E Pataki, as N Y Elected Governor doing similar illegal operations possibly done by Maurice , ex chief Executive, American International General, Insurance Giant and they are being investigated, Maurice rt al tried to cook  Stok of the company etc and Pataki cooked New York State Insurance business in workers' Compensation revenue and cost of insurance premiums as reciepts of State and then making policy  not to pay insurance benefits to work related sick and disabled. Pataki and Maurice are no different in alleged corrupt operations.
***In the following scripts you may note that The Travelers Insurance Company joined cospiracy of WEC Board, as state Machil nery of support corruptions, through assistance of  dishonest and many laws breakingJudges of W C Board, NYS and NYS INSURANCE Fund. As corrpt executive dept of George E Pataki, Auditor of State Insurance fund and private attprney and also pending many other Motions lawfully submitted Pending before  W C Board_NYS for over a year since June 2004 ,without known action at the W C . Board beyond legal explanations. THE U,S , NYS and City.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    (2) This is time to possibly  amend/alter your Strategies  towards  all other who may surround you at least for now or for a time to come ,  whether Yoy are NATIONS WITH LOT OF MONEY, POWER INFLUENCE any any things superior or convenient for massive  help and assistance you, whetherYou be a big_boss of world  now **or a person or group noted in the scripts below. (sworn in the names of all approved Gods of divinity, or Human_Gods in USA or in powerful nations, or in names of TERRORISTS ( who are in between Standard concepts of GODS and DEVILS of conventional wisdom of Human_animals of the World.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MOBILE Motion on submissions now, for new evidences to manipulate WCB decisions by breaking laws like American with Disabilities act 1990 when a disabled , part employee, K Roy took a temporary part time schedule ,and seasonal job with non profit tax exempt organization in 1992-93 period with written notice to both Travelers Insurance co and State Insurance Fund _NYS, The Judges did most trick and illegal and corrupt act. they remained neutral to action of stopping all due payment by illegal actions of Insurance carriers with illegal silent approval of Workers' Compensation Board, N Y S. We claimants et al demand that current WC Board  should be suspended immediately for all illegal actions and anti labor polcies and the Board may be lawfully reconstituted by  competent authorities and , The U S President and the NY State Senate have been demanded with such prayers by forwarding to these Authorities in USA or authorities abroad.


vishwa dharma <vishwa12@hotmail.com> wrote:

7.12.2005 New York: corruption News world wide and in N Y State:
CPLR
Mobile motion # 40 A, B & 39A combined in themes, with reference to

Yahoo! Mail - irsanroy2000@yahoo.com

USCA

All   Plaintiffs (hose)   By :-

>>>Kamal Roy , a plintiff in the actions viz "Jungle democracies cat and
>>>Mouse doctrines of oppressions by rich, powerfuls, oppressors, elites in
>>>USA et al to weaker citizens like Kamal Roy who could afford no such big
>>>money to contest a n election of a senior leader from New York for
>>>economic inability and support from news media and USA et al a u s
>>>constititutional requirement to contest, conduct free election in free
>>>world but denied by USA et al defendants and denial of legal rights to  to
alleged by the Plaintiffs including Kame'K Roy,as duly announced & intended
Republican registered candidate in November 2006 election  for one of the el
of e mails to govt andreporting media and , we the people in USA and world,
electoral contests in New York , et al in USA shall continue . Kamal is an ord:
circumstances in a free nation, named USA.
>>>Kamal roy et al ( U S citizens )
>>>
>>>
>>>Get FREE company branded e-mail accounts and business Web site fror
>>>Microsoft Office Live
>>>http://clk.atdmt.com/MRT/go/mcrssaub0050001411mrt/direct/01/
>>
>>
>>><< 06-503_OPINION_HONSUEL_ROBINSON.pdf >>
>>
>>
>>><<
>>>__Gargi__with_a_step_in_hell__must_be_cautious_to_avoid__HER_jail
>>> >>
>>
>>
>>><<                        Kamalroypriest.htm >>
>>
>>
>>><< 4_gargi__affidavit_marriagemaybedivorced.jpg >>
>>
>>
>>><<
>>>CRIMINALSWEETHEART_artiste,_turned_WIFE_GARGI_roy(LAHIRI)
estrangednow,but_forever_under_hindu_faith_maybere_unitedundar_perpet
>>> >>
>>
>>
>>><< _joseph_____.htm >>
>>
>>
>>><<
>>>KAMAL_ROY_PHOTO_NEW_yORK_TheReverendDr.,strategist,principal
>>> >>
>>
>>
>>Get today's hot entertainment gossip
>>http://movies.msn.com/movies/hotgossip?icid=T002MSN03A07001
>

10.26.2006
in Orient & as dt in West/ elsewhere GLOBAL NEWS
wanted people to volunteer to promote democracy, now ON a jungle democr:
dysfunctions in USA et al, LIKE A CAPTIVE_LADY ,globe wide, UNDER CO!
AND ABUSES OF POWERFULS, RICH,OR OPPRESSORS , DEMOCRATI(
HUMAN_gODS, ET AL contact a secular priest, mobile at your door _steps c

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

money etc,
and privileged ones should compromise deals with oppositions nationally or
internationally, world _wide. (quoted from writing of Joe Geronimo Jr , one
of the most unknown priests of GODS , RELIGIONS , "PEOPLE " both Rich and
Poors,in world of lack of all equities .

*****If you have dreams to change the world
in turmoil now, or you be a terror group or weaker person or or weaker
Nation, or such group, or you be even member of Oppressors until now

***although we may think and brand of a humanitarian group, pl review your action plans with a possibly newer or better strategies to all
others in the world who surround you or may do so for years or generationl s
or centuries to come, as a coexistence for you all is designed for You by
GODS or Mother Nature or for your basic essential facilities in sustaining
your lives , REASON WILL BE " PEACE" EVENTUALLy always DEFEATs ANY
DISTURBANCE " in Nature as death or end of warring groups are natural laws.
So You may try all actions to exclude violence, as common men who are your
basic elements, are not geared to bear prolonged pains of your actions and
they may desert you when you may need them positively. We wish terrorist
groups or the leaders of currently oppressed groups , or leaders of any
movements for a group, go through the materials in scripts. Quoted fromfrom
writing of mobile electronic book publiation named "JUNGLE Democracy...cat and

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

Mouse Doctrines of oppressions of weaker people/ Nations by the powerful&
rich people or Nations.

,July 14, 2005:: New York:: affidavit # 43A: Corruption News::Corruptions as great! est_ epidemic world _wide, also in New York
State killing welfare and safety of weaker citizens of the State of New York:: SOS SOS SOS to. all powerful persons , entities in democracies equipped with authorised Powers** of laws anywhere in Globe. No single
Nation could alone succeed in total crimes involving corruptions in the
political administrations.* some reference to all other previous affidavit
or sent by e-MAIL OR by HARD COPIES via usps mails fee paid and mailed from
staten Island , and/or from the Saranac Lake, New York 12983, dt July 12,
2005 with copy mailed to all parties in the scripts of this affidavit # 36
and 37 , 38, #39 , #40, # 41 ETC with copies of complaints to :: NYS Senate, Albany, NY; FBI, U.S Dept of Justice, 26 Federal plaza, NY, NY 10278, NY State Attorney General, 120 Broadway, N Y 10271 et al, with
reference to all previous affidavits filed until dt 7.9. 2005. and notarised. Demand also made to imme! diately suspend Current the W C Board,
N Y State as the same is partly corrupt and anti_labor and it failed Justice to some claimants and ignored many laws, for a decade. Governor
Pataki is alleged to be neutral to corruptions at W C Board and he is responsible for the crimes as chief Executive of N Y State for 10 years. The
Board failed to act on legal motion filed by a claimant in June 2004, (until this date, without showing any reasons caused suffering to claimants
et .al ) with newer evidences for newer decision but failed to act. The President of USA and NY State senate, Albany, New York ,were requested to
examine ways to suspend W C Board and then immediately reconstitute W C
Board NYS with new lawful commissioners, WC B:. The scripts were duly sworn



CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Nazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

on 7.11.2005 in names of U.S.A Gods of all Religions followed by [eople In
USA, and all leghally competents & powerfuls and under penalties of perjuries by the Reverend Josei ph Geronimo Jr for listed employer H I I Inc
division of H I I world Religions Group (Non profit Tax exempt by the Internal Revenue Service, USA since 1992 and earlier under some laws of USA:
New York law and enforcement Authorities were sent copies of affidavits
and complaints for inquiries..
**, Mother Nature is the witness to end or death to events or lives_cycles
without exceptions. So Human_animals or groups should rethink if they may reduce
Discriminations at largest extent: Joe Geronimo, AN unknown American Priest
of
Social redevelopments and clean fake Democracies all around to oppress
weaker people world _wide now.


*** WE demand corruption free New York State without delays and Investigation of Pataki ADMN. in ries of corrupt practices of state owned
and operated Workers' Comp Insurance Industry. If A I G, Insurance Giant,
and "Mourice " can be investigated then why not Pataki and his bureaucreats
runi ning operations of SI Fund in commercial Insurance Industry be investgated. Pataki is believed to reduce cost of operating State of New
York by illegally
Cutting down workers compensation costs by not lawfully paying dues to
aliing many WCB_NYS claimants.
++++++++++++++++++++++++++++++++++++++++++++++
+++++++++++
HUMAN_ANIMALS' most ancient non_innovative discovery was Gods and
divinity concepts as the vast powerbases of NATURE was so surprising to
them to every day living with constant dangers from calamities of Nature*********In 21st century the calamities originated from wise or crook



CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal
filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to
reopen case pending since June 2004 to eropen  3 WCB case of Joseph Geronimo
Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions,
Misconducts& anti labor policy of New York State Workers' Compensation Board
20 Park STREET, Albany, New York 12207, medical report from neurologist Dr
Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

human_animals in any democratic societies are more troubling that
natural
disasters although less deaths may occur at times in man_made
calamities to
powerless, poors, have_nots and weaker sections of citizenry, the
consequences of oppressions etc as made_calamity may pass
through**generation after generations*, although mass_revolt at the
oppri essions may take place but the length of sufferings from
oppressions
from rich and powerfuls in Jungle Democracy, to weaker people are
much
longer at most times*********and they are more painful. .. From Joe
Geronimo
Jr versions of philosophy in writing in depited Book published
electronically world wide.


***********.Motion based on new evidences in corrupt practices at
W.C Board
and now needs new decisions and correction for filed decisions of two
nos.
3 judges'decisions
Filed on 1.24. 1996 and 4.8. 2004, see marked exhibits for evidences.
a
similar motion filed in June 2004
Has been unattended by WC Board without showing any reasons to
claimant and
listed employer: Handicap Interests International, by WC Board. See
marked
Exhibit. It is a style of Jungle Democracy which is prevalent in most
of
3rd world Jungle Democracies in South Asia and elsewhere for over
half a
century or more.


pl see affidavit below sworn !
under penalty of perjury and in the name of US Gods(American Gods)
and all
others . Instant CPLR 4404 continuous MOBILE Motion ( affidavit #
41 with
reference to all previous affidavits) on submissions now, for new
evidences
to manipulate WCB decisions by breaking laws like American with
Disabilities
act 1990 when a disabled , part employee, K Roy took a temporary
part time
schedule ,and seasonal job with non profit tax exempt organization in



The W C Board, N Y State, Albany, N.Y 12207 / **In the U. S. District Court**, S.D.N.Y, 500    7
Pearl Street NewYork10007/In the **United States Court of Appeals for the
2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street.... Filed :
9.20.2005Title of action ; "Jungle Democracy . Cat and Mouse Doctrines ..oppressions by rich and powerful
people/ Nations  to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo
Jr, / aka Kamal K Roy ( A  LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL , P O Box 1173 Saranac
Lake New York 12983 : Kamal Karuna K Roy /aka/Joseph Geronimo Jr  plaintiff/ Sole appellant on Poverty
clause THE REVEREND Lisa N Roy ; chief editor, Jungle Democracy..etc . Hon Acting  Executive Officer,
Handicap Interests Int'l - W R Group ( Parent Group :H I I  Inc A  New York State not for Profit
Corporation,& registered as charity with attorney General N.Y State , &  in  places abroad;  incorporated on
Nov 2 , 1984  as Non Profit Association; Reforms International, et al  all addresses PO Box 1173 , Saranac
Lake, New York 12983 :  plaintiffs/Petitioner  as  sole  appellant  V......**The State of New York,
Albany,** N Y;. Gov  George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park
Street, Albany, N Y 12207 ; State Insurance Fund NY State,  15  Computer Drive west.Albany,  New York
12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted
illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/ Human rights
against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as
complicated immunity like environments in Jungle Democracy of New York State,as virtual  white color
criminals and as  corrupt people/ white color criminals in USA, et. al, Hon Judge  John G Roberts Jr
,appellate Court Judge  and now supreme court nominee,USA; The (very) Hon. President of U S A  George
W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC
; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington
DC ( 2 )  THE  (Very) Hon. GEORGE W BUSH , u s a, C/O THE  White House, 1600 Pennsylvania Ave, NW,
Washington DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR
an Appellate Court Judge, (50 yrs, approx,) c/o  The white house, Washington dc: Filed copy with the
WORKERS/COMPENSATION BOARD,N Y State, Office of APPEALS, ALBANY, NEW YORK 12207 defendants/ appellees (
now a total of 61 Defendants who did violate  Civil/Human Rights of plaintiffs and sole appellant Mr Geronimo Jr is
now on poverty clause(2.)LATEST Background of civil and human Rights Violations: 1. One Jr appellate
court Judge, named  above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe,
at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,

Discussion topics : defiencies of modern Democratic society and Concepts of
Gods and Divinity at modern times of international violence with target to
achieve World Peace. ( 2.). misc. issues with topic like amendment needed
in concepts, of century and geographic , and ethnic based ,name_ Gods. Like
Allah, Vishnu, son of God_Jesus to cater religious and divinity needs of
public in general , with patterns of many Diversities of regions and
the associated very different interests.( 3.) copy of Electronic Publication
of Rev . Joe's Book volume " JUNGLE DEMOCRACY ...OPPRESSION .. by rich and
powerful people/Nations/ State to weaker people of domestic national
origins /aliens and/or foreign Countries for gains, for oil, for property
etc etc or for nothing to help Humane_crises of Human_animals ... etc etc.."
shall be delivered to the Press community and public in general, on
e_mails or hard copies. ( 4.) COFFEE may be served at meeting Hall to
attending Guests , during the scheduled hours of meeting. Errors &
Omissions may be excepted. Thanks & regards from the above noted priest,
World Religions Group and Associates . Thanks Again. In case you are not
available for the scheduled meeting and you may provide us with your e
mails then World Religions Group of Handicap Interests International W.R.
Group shall send you a precise text of the discussions on Gods ,

**Global, New York and USA incidences of Corruptions must stop against weaker
People in JUNGLE Democracies. All respectfully submitted for grant of prayer /
Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs.
Appellant (sole)  the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac
Lake, New York 12983.**

The W C Board, N Y State, Albany, N.Y 12207 / In the U. S. District Court, S.D.N.Y, 500   8
Pearl Street NewYork10007/ In the **United States Court of Appeals for the**
**2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed :
9.20.2005 Title of action ; "Jungle Democracy . Cat and Mouse Doctrines ..oppressions by rich and powerful
people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo
Jr, / aka Kamal K Roy ( A LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL , P O Box 1173 Saranac
Lake New York 12983 ; Kamal Karuna K Roy /aka/Joseph Geronimo Jr plaintiff/ Sole appellant on Poverty
clause THE REVEREND Lisa N Roy : chief editor, Jungle Democracy...etc , Hon Acting Executive Officer,
Handicap Interests Int'l - W R Group ( Parent Group :H I I  Inc A  New York State not for Profit
Corporation,& registered as charity with attorney General N.Y State , & in places abroad; incorporated on
Nov 2 , 1984 as Non Profit Association; Reforms International, et al  all addresses PO Box 1173 , Saranac
Lake, New York 12983 ;  plaintiffs/Petitioner as sole appellant V......**The State of New York,**
**Albany, N Y;.** Gov  George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park
Street, Albany, N Y 12207 ; State Insurance Fund NY State,  15  Computer Drive west.Albany,  New York
12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many  times acted
illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/ Human rights
against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as
complicated immunity like environments in Jungle Democracy of New York State,as virtual  white color
criminals and as  corrupt people/ white color criminals in USA, et. al, Hon Judge  John G Roberts Jr
,appellate Court Judge  and now supreme court nominee,USA; The (very) Hon. President of U S A  George
W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphia the U S Senate, Capitol, Washington DC
; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington
DC ( 2 )  THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE  White House, 1600 Pennsylvania Ave, NW,
Washington DC 20500 3 The United States Senate, Capitol, Washington DC 4 , Hon John G. ROBERTS JR
an Appellate Court Judge, (50 yrs, approx,) c/o  The white house, Washington dc; Filed copy with the
WORKERS'COMPENSATION BOARD,N Y State, Office of APPEALS, ALBANY, NEW YORK 12207 defendants/ appellees &
now a total of 61 Defendants who did violate  Civil/human Rights of plaintiffs and sole appellant Mr Geronimo Jr is
now on poverty clause(2).LATEST Background of civil and human Rights Violations: 1. One Jr appellate
court Judge, named  above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICE,
at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,

Democracies, amendments with Newer Gods Concepts with regional priorities
WORLD_WIDE.

3. Donate generously for the victims of KATRINA HURRICANE VICTIMS. OUR
prayers go to departed souls and casualties
of natural disasters. Let us feel united for reliefs to all affected and
reliefs to poor people those who are sure to be affected in aftermath of
this disaster in consequences like price rises in Gasoline et al all over
the world , and especially millions o U S poors, often neglected by
authorities in various Governments in USA.

+++The Reverend Dr. Joseph Geronimo Jr.: Sole appellant/ Plaintiff is an
Ordained Priest, aces in other countries in general educational fields like
management science, Public administration, religions and many Gods and
people...etc; registered as a clergy & religious marriage officer , New
York State(a N Y State constitutional Officer ) ,with the City Clerk, City
of New York ,1 Centre St, New York, N.Y 10007 is planning to meet public
and members of news media/ Press ,both national and International. in behalf
of World Religions Group, 107A ,Scribner Avenue , Staten Island, New York
10301; India & Oriental main office : 46 C Chowringhee Road , Kolkata
700071, West Bengal, India,: Meeting Hours on 9.4.2005, Sunday 6 pm till 9  pm.

**Global, New York and USA incidences of Corruptions must stop against weaker
People in JUNGLE Democracies. All respectfully submitted for grant of prayer /
Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs.
Appellant (sole)  the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac
Lake, New York 12983.**

The W C Board, N Y State, Albany, N.Y 12207 /**In the U. S. District Court,** S.D. N.Y, 500 Pearl Street NewYork10007/In the **United States Court of Appeals for the 2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed : 9.20.2005 **Title of action** ; **"Jungle Democracy . Cat and Mouse Doctrines ..oppressions by rich and powerful people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo Jr , / aka Kamal K Roy ( A LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac Lake New York 12983 ; Kamal Karuna K Roy /aka/Joseph Geronimo Jr plaintiff/ Sole appellant on Poverty clause THE REVEREND Lisa N Roy : chief editor, Jungle Democracy..etc . Hon Acting Executive Officer, Handicap Interests Int'l ~ W R Group ( Parent Group ;H I I Inc A New York not for Profit Corporation,& registered as charity with attorney General N.Y State , & in places abroad; Incorporated on Nov 2 , 1984 as Non Profit Association; Reforms International, et al all addresses PO Box 1173 ,** Saranac Lake, New York 12983 ; plaintiffs/Petitioner as sole appellant V...... **The State of New York,** Albany, N Y;. Gov George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park Street, Albany, N Y 12207 ; State Insurance Fund NY State, 15 Computer Drive west.Albany, New York 12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/Human rights against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as complicated immunity like environments in Jungle Democracy of New York State,as virtual white color criminals and as corrupt people/ white color criminals in USA, et. al, Hon Judge John G Roberts Jr ,appellate Court Judge and now supreme court nominee,USA; The (very) Hon. President of U S A George W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC ; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington DC ( 2 ) THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE White House, 1600 Pennsylvania Ave, NW, Washiington DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR an Appellate Court Judge, (50 yrs, approx,) c/o The white house, Washington dc; Filed copy with the WORKERS/COMPENSATION BOARD,N Y State, Office of APPEALS, ALBANY, NEW YORK 12207 defendants/ appellees & now a total of 61 Defendants who did violate Civil/Human Rights of plaintiffs and sole appellant Mr Geronimo Jr is now on poverty clause(2.)LATEST Background of civil and human Rights Violations: 1. One Jr appellate court Judge, named above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe, at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,**

p.m evening . rsvp. our phones 518 891 5466 or 315- 276 5001 . All are invited.. Venue : Mamie Hogan Meeting Room, at Harrietstown Housing Authority, 14 Kiwassa Road. Saranac Lake, New York 12983 , USA (At Adirondack Mountains) . Discussion topics : defiencies of modern Democratic society and Concepts of Gods and Divinity at modern times of international violence with target to achieve World Peace. ( 2.). misc. issues with topic like amendment needed in concepts, of century and geographic , and ethnic based ,name_ Gods. Like Allah, Vishnu, son of God_Jesus to cater religious and divinity needs of public in general , with patterns of many Diversitisies of regions and the associated very different interests.( 3.) copy of Electronic Publication of Rev . Joe's Book volume " JUNGLE DEMOCRACY ...OPPRESSION .. by rich and powerful people/Nations/ State to weaker people of domestic national origins /aliens and/or foreign Countries for gains, for oil, for property etc etc or for nothing to help Humane_crises of Human_animals ... etc etc.." shall be delivered to the Press community and public in general, on e_mails or hard copies. ( 4.) COFFEE may be served at meeting Hall to attending Guests , during the scheduled hours of meeting. Errors & Omissions may be excepted. Thanks & regards from the above noted priest, World Religions Group and Associates

**Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Demodracies. All respectfully submitted for grant of prayer / Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs. Appellant (sole) the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac Lake, New York 12983.**

14

The W C Board, N Y State, Albany, N.Y 12207 /**In the U. S. District Court**, S.D.N.Y, 500 Pearl Street NewYork10007/In the **United States Court of Appeals for the 2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed : 9.20.2005 **Title of action** ;**"Jungle Democracy , Cat and Mouse Doctrines ..oppressions by rich and powerful people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo Jr, / aka Kamal K Roy ( A LEGAL ENTITY)** ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac Lake New York 12983 : **Kamal Karuna K Roy /aka/Joseph Geronimo Jr** plaintiff/ Sole appellant on Poverty clause **THE REVEREND Lisa N Roy** : chief editor, Jungle Democracy..etc . Hon Acting  Executive Officer, **Handicap Interests Int'l - W R Group ( Parent Group :H I I  Inc A  New York State not for Profit Corporation,**& registered as charity with attorney General N.Y State , & in places abroad; incorporated on Nov 2 , 1984 as **Non Profit Association; Reforms International, et al** all addresses PO Box 1173 , Saranac Lake, New York 12983 ; plaintiffs/Petitioner as sole appellant V......**The State of New York, Albany, N Y;. Gov  George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park Street,** Albany, N Y 12207 ; **State Insurance Fund NY State,  15  Computer Drive west.Albany,  New York 12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State** , at many times acted **illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/Human rights against plaintiffs** and we need to expose them to rule of Laws of Jurisdictions as they had behaved as complicated immunity like environments in Jungle Democracy of New York State,as virtual  white color criminals and as  corrupt people/ white color criminals in USA, et. al, Hon Judge  John G Roberts Jr ,appellate Court Judge  and now supreme court nominee,USA; The (very) Hon. President of U S A  George W Bush ; **The U S A, Washington DC; Verizon wireless,** N Y; **Adelphi The U S Senate, Capitol, Washington DC ; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice,** et. al ,. washington DC ( 2 ) **THE (Very) Hon. GEORGE W BUSH , u s a,** C/O THE  White House, 1600 Pennsylvania Ave, NW, Washiington DC 20500 3 **The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR** an Appellate Court Judge, (50 yrs, approx,) c/o  The white house, Washington dc; **Filed copy with the WORKERS'COMPENSATION BOARD,N Y State, Office of APPEALS,.ALBANY, NEW YORK 12207** defendants/ appellees ( now a total of 61 Defendants who did violate  Civil/Human Rights of plaintiffs and sole appellant Mr Geronimo Jr is now on poverty clause(2.)**LATEST Background of civil and human Rights Violations: 1. One Jr appellate court Judge, named  above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe, at The supreme court of USA**. Confirmation process was pending. During process , the defendant Mr Bush, above,

sworn in names of Gods in USA, and under penalty of perjury inNew York
9.19.2005_____ and/or re_affirmed uder penalty
of perjury , and in the names of Gods and/or Human_gods, as truthfully
powerful enough to be sworn in their names more safely, , such affidavit may
be re_affirmed before  Gods and under penalty of perjury,in  N Y State  and  samealso
dshall be submitted to Hon Chief Judge of United States District
court, SDNY at 500 Pearl Street, New York 10007
Ø ellant , U S Citizen : the Reverend Joseph Geronimo Jr aka Kamal Roy ,
poor , Part _ disabled,, is extremely sad to announce that conventional Gods
are losing effective powers and true control of affairs of Human_animals to
the assumed rulers & dictatorial_ HUMAN_GODs all over the World . Waiver
of filiing Fees for ap He was educated in U S A, in India ,and at a  ppeals_
etc issues may be settled as prayed vide FRAP and FRCP rules. The
supporting papers for reliefs ./ & Fee was attached with initial filing with
District Court , SDNY Notice of appeal was filed on 8.24. 2005 and
Some returned papers from Pro Se clerk's office, SDNY are resubmitted in
hopes for resubmissions to the SDNY pursuant to rights of U S citizens to
file grievances as the Civil complaints alleges The Federal U S A govt, NY
state Govt, Foreign Govts are roots of civil rights violations to Plaintiffs /

*[handwritten right margin: Mr Roberts nomination as chief Justice Supreme Court u s a be withdrawn or if approved by u s senate & he takes oath of office it should be re-sworn in (may) who ED]*

*[handwritten: /sol attellent ...]*

**Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Demodracies. All respectfully submitted for grant of prayer /** Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs. Appellant (sole)  the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac Lake, New York 12983.



# 093336 88

7741

CONCORD NEUROLOGICAL & NEUROSURGICAL
ASSOCIATES, P.C.
1099 TARGEE STREET
STATEN ISLAND, N.Y. 10304

**STATEMENT OF ACCOUNT**
718 273-5387



| | |
|---|---|
| GUARANTOR ACCOUNT NUMBER | STATEMENT DATE |
| 11198 | 11-Aug-87 |

KARUNA ROY (COMP)
85 ANN STREET
APT 1B
STATEN ISLAND, NY   10302



WRITE AMOUNT OF
PAYMENT ENCLOSED

INSURANCE HAS BEEN FILED ONLY
FOR ITEMS MARKED WITH *

— DETACH TOP PORTION AND RETURN WITH YOUR REMITTANCE —

| DATE | DESCRIPTION | CODE LEG | PHYSICIAN | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| (0) | The following services for KARUNA ROY | | | | | | |
| | Referring Physician: DR BLOOMFIELD | | | | | | |
| 30May87 | INITIAL CONSULTATION-COMPREHE | | | | | | |
| | WRITTEN REP. SENT TO REF. PHY | 39062 | IH | H R LEVENTHAL | | 1 | 146.30* |
| 31May87 | SUB. HOSPITAL VISIT | 19025 | IH | V T HO | | 1 | 43.22* |
| 01Jun87 | SUB. HOSPITAL VISIT | 19025 | IH | V T HO | | 1 | 43.22* |
| 02Jun87 | SUB. HOSPITAL VISIT | 19025 | IH | V T HO | | 1 | 43.22* |
| 03Jun87 | SUB. HOSPITAL VISIT | 19025 | IH | V T HO | | 1 | 43.22* |
| 04Jun87 | SUB. HOSPITAL VISIT | 19025 | IH | V T HO | | 1 | 43.22* |
| | Referring Physician: | | | | | | |
| 22Sep87 | FOLLOW-UP VISIT - OFFICE | | | | | | |
| | INTERMEDIATE SERVICE | 19906 | O | V T HO | | 1 | 43.22* |
| 10Nov87 | FOLLOW-UP VISIT - OFFICE | | | | | | |
| | INTERMEDIATE SERVICE | 19906 | O | V T HO | | 1 | 43.22* |
| 07Jun88 | FOLLOW-UP VISIT - OFFICE | | | | | | |
| | INTERMEDIATE SERVICE | 19906 | O | V T HO | | 1 | 43.22* |
| 13Sep88 | FOLLOW-UP VISIT - OFFICE | | | | | | |
| | INTERMEDIATE SERVICE | 19906 | O | H R LEVENTHAL | | 1 | 43.22* |

| LOCATION CODE LEGEND | O = OFFICE | OH = OUTPATIENT HOSP. | SN = SKILLED NURSING FAC. | H = HOME | ER = EMERGENCY RM. |
|---|---|---|---|---|---|
| | IH = INPATIENT HOSP. | IL = INDEPENDENT LAB. | NH = NURSING HOME | OL = OFFICE LAB | P = PHARMACY |

RECEIVED
WORKERS COMPENSATION BOARD

SEP 0 2 2003

BILLING INFORMATION:718-448-3515

| ACCOUNT AGING | | | | | | BALANCE DUE | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS | TOTAL | | |

STATEMENT OF ACCOUNT - KEEP FOR YOUR RECORDS
718 273-5387  KARUNA ROY (COMP)  CR#11198    PAGE 1 OF 2

The W C Board, N Y State, Albany, N.Y 12207 /In the U. S. District Court, S.D.N.Y, 500 5
Pearl Street NewYork10007/In the **United States Court of Appeals for the
2ⁿᵈ Circuit, NEW YORK 10007 at** US Court House at Foley Square at Centre Street... Filed :
9.20.2005Title of action ;"Jungle Démocracy . Cat and Mouse Doctrines ..oppressions by rich and powerful
people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo
Jr, / aka Kamal K Roy ( A LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac
Lake,New York 12983 : Kamal Karuna K Roy /aka/Joseph Geronimo Jr plaintiff/ Sole appellant on Poverty
clause THE REVEREND Lisa N Roy : chief editor, Jungle Democracy..etc . Hon Acting Executive Officer,
Handicap Interests Int'l - W R Group ( Parent Group }H I I Inc A New York State not for Profit
Corporation,& registered as charity with attorney General N.Y State , &, in places, abroad; incorporated on
Nov 2 , 1984 as Non Profit Association; Reforms International, et al, all addresses PO Box 1173, Saranac
Lake, New York 12983 ; plaintiffs/Petitioner as sole appellant V......**The State of New York,
Albany, N Y;. Gov George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park
Street, Albany, N Y 12207 ; State Insurance Fund NY State, 15 Computer Drive west.Albany, New York
12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted
illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/Human rights
against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as
complicated immunity like environments in Jungle Democracy of New York State,as virtual white color
criminals and as corrupt people/ white color criminals in USA, et. al, Hon Judge John G Roberts Jr
,appellate Court Judge and now supreme court nominee,USA; The (very) Hon. President of U S A George
W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC
; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington
DC ( 2 ) THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE White House, 1600 Pennsylvania Ave, NW,
Washilngton DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR
an Appellate Court Judge, (50 yrs, approx,) c/o. The white house, Washington dc: Filed copy with the
WORKERS'COMPENSATION BOARD,N Y State, Office of APPEALS,,ALBANY, NEW YORK 12207 defendants/ appellees {
now a total of 61 Defendants who did violate Civil/Human Rights of plaintiffs and sole appellant Mr Geronimo Jr is
now on poverty clause(2.)LATEST Background of civil and human Rights Violations: 1. One Jr appellate
court Judge, named above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe,** in this action
at The supreme court of USA. Confirmation process was pending. During process ,(the defendant Mr Bush, above,**

staggering problems to get justice on issues raised at U S District Court ∧
SDNY. However the plaintiff/appellant Geronimo may not have any reason to
support ide that USA justice system may not be behind other countries of
developed or underdevelopped economies of the Entire world. ..Current
appellant Joseph Geronimo .. Sole appellant on poverty clause of appeal ..
see frap vs. The State of New Yorl, Govt of India, Govt of West Bengal,
India, The USA Gof, Washington DC ( total Nos 56 Defendants/ appellees et
al nmow world wide for violations of civil and human rights to appellant
Geronimo Jr et al at many places Gobally, beyond Boarders...oppressions
continued when appellant moved Globally from one to another continent, one
country to another country. Powerful ,not a democratic rule in any country
decide fate , concerns, prayers of most weaker people world wide.
Appellant is sorry to report that most Democracy is 75 % adulterated with
prnciples of " Jungle Democracies world wide.+++ All members of News
Community world wie and members of Religious public or any living soul are
invited to attend a religious Seminar at Saranac Lake. ADIRONDACK MOUNTAIN
AREA about 350 miles from New York City at Upstate New York about 90 miles
from Montreal city, Canada ; aout 175 miles from Albany , New York. Ar Mamie
Hogan social Hall, Harrietstown Housing Authority, 1st floor 14 Kiwassa

**Global, New York and USA incidences of Corruptions must stop against weaker
People in JUNGLE Demodracies. All respectfully submitted for grant of prayer /
Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs.
Appellant (sole) the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac
Lake, New York 12983.**

| 48 HR. INITIAL | 16 DAY INITIAL | 4A DAY PROGRESS | X | SEE ITEM 1 ON REVERSE FOR FILING INSTRUCTIONS | | PHYSICIAN | | PODIATRIST | X | CHIROPRACTOR |

**PLEASE TYPE ALL INFORMATION**

| WCB CASE NO. | CARRIER CASE NO. (IF KNOWN) | DATE OF INJURY & TIME | ADDRESS WHERE INJURY OCCURRED (CITY, TOWN OR VILLAGE) | INJURED PERSON'S SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| 08350644 | 022CBKF12163 | 8/20/83  12A | New York, NY | 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 |

| INJURED PERSON | Karuna N. Roy | ADDRESS (Include Apt. No.) 2049 Richmond Ter. SI NY 10302 | TELEPHONE NO. 816-9116 |
| | (First Name) (Middle Initial) (Last Name) | | PATIENT'S DATE OF BIRTH |

| EMPLOYER* | Kentucky Fried Chicken | Lefrak City, Queens, NY | 3/31/52 |

| INSURANCE CARRIER | Travelers Insurance Co. | P.O.B. 7006, E. Meadow NY 11554 | ★ Indicate days of week & times (AM or PM) when you are available to classify. |

| SUPERVISING PHYSICIAN (if any) | | | TH AM |

*If treatment was under the VFBL or VAWBL show as "Employer" the liable political subdivision and check one: ☐ VFB ☐ VAWB

If you have filed a previous report, setting forth a history of the injury, enter its date 5/28/96 and complete Items 3-23. If not, complete ALL Items.

**1.** How did injury occur? Give source of information. If an occupational disease, include occupational history and date of onset of related symptoms.

**2.** If there is any history or evidence of pre-existing injury, disease or physical impairment, describe specifically.

**3.** Dates of examinations on which this report is based: 1/13/97, 1/31/97

Date of your first treatment 5/24/96

Has patient reached maximum medical improvement? If no, when will patient be seen again? NO 2/7/97

**4.** Describe treatment rendered and planned follow treatment. If X-rays were taken, so indicate. If patient was hospitalized give name/location of hospital and dates of hospitalization. If authorization is required (see Items 4 & 5 on reverse), attach request and check box:

adjunctive therapy, manipulation, L/S traction, C/traction, soft tissue therapy, cervical pillow

**5.** May the injury result in permanent restriction, total or partial loss of function of a part or member, or permanent facial, head or neck disfigurement? YES ☐ NO X If "yes" describe:

**6.** First day of disability, if known: 8/20/83

**7.** Is patient working? YES ☐ NO X

**8.** Is patient disabled from regular duties or work? YES X NO ☐  If "yes" disability is: ☐ TOTAL X PARTIAL

COMPLETE ITEMS 9 AND 10 AFTER MAXIMUM MEDICAL IMPROVEMENT HAS BEEN REACHED.

**9.** FOR SCHEDULE LOSS TO EXTREMITY Enter percentage loss or loss of use and Part of Body. Use NYS WCB Medical Guidelines. Do not use AMA Guidelines. _____ %

**10.** Can patient do any type of work? YES* ☐ NO ☐ If "yes" describe work capacity:

**11.** Was the occurrence or occupational history described above (or in your previous report which gave this information) the competent producing cause of the injury or disease and disability (if any) sustained? YES X NO ☐

**12.** Diagnosis or nature of disease or injury (Relate Items 1,2,3 or 4 to Item 13E by line.) Enter code and describe nature of injury.

1. 882.00 fall from or out of building
2. 346.0 classical migraine-368.9
3. 723.1 pain, cervical
4. 724.3 sciatic neuritis

**13.**

| | A | B | C | D Visual disturbance | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | Dates of Service From MM DD YY To MM DD YY | Place of Service | Leave Blank | Procedures, Services or Supplies (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | Diagnosis Code | $ Charges | Days or Units | COB | Zip Code Where Service was Rendered |

| 01 | 13 | 97 | 01 | 13 | 97 | 11 | | 99213 | | | 1 2 3 4 | | 33 70 | | | 10314 |
| 01 | 31 | 97 | 01 | 31 | 97 | 11 | | 99213 | | | 1 2 3 4 | | 33 70 | | | 10314 |

INJURED WORKER SHOULD NOT PAY THIS BILL

| 14. Federal Tax I.D. Number 133264178 | SSN ☐ EIN X | 15. Patient's Account No. 3274-1-6 | 16. Total Charge $ 67 40 | 17. Amt. Pd. (Carrier Use Only) $ | 18. Bal. Due (Carrier Use only) $ |

| 19. WCB Rating Code DC | 22. Doctor's Name, Address & Phone Number Ross Kuflik, DC 271 Kelly Blvd Staten Island, NY 10314 718-555-5600 | 23. Doctor's Billing Name, Address & Phone Number Family Chiro.Health.Care 271 Kelly Blvd. Staten Island, NY 10314 718-698-5600 |

| 20. WCB Authorization No. C033524 | | |

Affirmed Under Penalty of Perjury

21. Signature of Doctor _____ 2/26/97

C-4 (12-94)

WCB COPY

_United states District Court of ........ District of ........ Civil ... Complaint Docket_

*(1) The loss of democratic rights, to be elected leader in N.Y State in High electoral states*

MAY DECIDE pUNITIVE and compensatory amount of award beyond minimum demanded. U.S.D.C DC

(court )reference attached.

*In N.Y. as per U.S &*
*N Y Const. may be Considered for Claim*
*us civil Law suit*
*as millian of weaker poor or poors loss chances to be leader In N.Y State In Nov 2006 election*

++++++++++++++++++++++++++++++++++++++++++++++++++

Civil++++COMPLAINTS+ +continued++++Jury Trial demanded++++++++++ Title of CIVIL Action :

"Jungle Democracy , cat and Mouse Doctrines of Oppressions of rich and powerful people/ Nations /

superpower Nations/allies & democratic Devils , Human Gods, Gods of faiths in USA/ India and/ or/

Nations to weaker people world wide .......etc ". a mobile Book volume by the Reverend Joe Geronimo Jr

/ a legal entitity IN Democracy; Publisher :Reforms International, Non Profit Tax exempt by I.R.S., P.O

Box 1173 , ( F I N 8 tax exempt ID # 13 –3566610 ) Saranac Lake, New York 12983, U S A. Kamal Roy

aka Joseph Geronimo Jr S # 5788014399 . 107 A Scribner Avenue, Staten Island, New York City, New York

10301; Chairperson, Board of Editors " Jungle Democracy , mobile book ; electronic and hard copy, C/O

H. J International W R Group, P.O Box 1173 . Saranac Lake, New York 12983; Permanent address : 17th

Floor T – Space, Everest Building, 46– C Jawaharlal Nehru Road, KOLKATA 700017. W. B . India . , et . el,

Kamal Roy aka J Geronimo Jr PO Box 1173, Saranac Lake, New York 12983, ph 518 891 5466 a mobile

part disabled Ordained Clergy (FAKIR) , Priest of multiple faiths of approved Religions world wide , in

Washington D. C area & elsewhere world wide++. Plaintiffs ( Total 5 Nos ) Vs. The State of New York, c

/o . N.Y.S Attorney General, Albany , New York ; U.S.A Govt . , Washington . D. C. et. al (pl see attached for

listings of all plaintiffs and defendants) . Plaintiffs associations or the Book volume as described as Plaintiff

No. 1, to be represented by Kamal Roy aka Joseph, priest, author, or Defendant : " GOS", uls based are all

democratic entities. The plaintiffs and associate association/entities do reflect pain, sufferings, damage

along with some blessings for honest work and good faiths of people, Gods and many religious faiths , but

the Defendants did not show or prove adequate legal essential democratical help to Plaintiffs when

same were necessary under various Laws of USA, India, Iran, nations world wide to lawfully assist

Plaintiffs and failed the plaintiffs and errors, neglect, abuses , violations of laws anf damages , all , caused

pains , losses and prolonged sufferings. GODS ( through American , U S A Followings) also faled possibly

through pele followers ; The Editorial Board, "Jungle Democracy oppression of rich powerful people/

➤  Trust in God is incomplete void of trust in MOTHER NATURE and People World _wide Joe , priest from" JUNGLE
    DEMOCRACY...". All respectfully submitted Kamal K Roy aka Joseph Geronimo jr all Pro Se 107 A Scribner Ave,    *N Y  10201  (DS)*



THE CITY OF NEW YORK
DEPARTMENT OF FINANCE

| Current Charges, including Credits | Service Date | Total |
|---|---|---|
| Finance-Property Tax | 04/01/05 | $103.32 |
| **Total Current Charges, including Credits** | | **$103.32** |

**TOTAL AMOUNT YOU MUST PAY BY APRIL 01, 2005**     **$2,440.76**

**How We Calculated Your Property Tax for July 1, 2004 through June 30, 2005**

Market Value     $48,300
Billable Assessed Value     $2,643
Tax Class     1 - 1,2, And 3 Family Homes
Tax Rate     $15.0940 per $100 of Assessed Value

| | Assessment | Yearly Taxes |
|---|---|---|
| **Billable Value** | $2,643 | $399.00 |
| **Taxable Value** | $2,643 | $399.00 |
| **Total Tax** | | $399.00 |



3001 /New York 10007, USA.

**Civil Complaint :** filed in various jurisdictions as on 12-33-2005, for various Damages on different grounds of violations of Laws, as the text of complaints are close but legally separate under various Leagal issues Jurisdiction and countries of violations as the Plaintiffs were mobile as dividual or associations and both tpes of Plaintiffs were migratory under Immigration and International Business ties. However many Damages and pains and sufferings were cummulative , as such were separated from claims o images.

USA Govt and US "God " as a democratic instituttes are Defendants or any democratic person or entity may defend God as they nogot " God " ethics but God has failed Plaintiffs alone with he, other defendants, Plaintiff believe that God rule through " ople " as HIS creation and time has arrived that his liabilities be shared by PEOPLE who mostly achieve Gods' blessings, ut Must rulenn democratic failures and Gods' role in Democracies, now in turmoils. Big or small many as defendants are

**Jury trial Demanded**        **Judge Hon.**        Oth Punivel Compensatory

DAMAGES Claimed as specified below in scripts

**short  title of the civil action**

**Jungle Democracy** .. Oppressions of powerful/ rich people/ Nations/ Sinerpower to all weaker people/ Nations ...etc " EIN && TAX exempt ID  ( (IRS) 133566610 107 A Scribner Avenue, Staten Island New York 10301 Mailing Address : P O Box 1173, SARANAC Lake NEW YORK 12983 ph 315 6 5001, 518 891 5466 email VISHWAI2@HOTMAIL.COM By J Geronimo Jr aka Kamal Roy mobile prioest , part disabled in Court's Jurisdiction. Details

**V.**

U.S.Attorney General. 12n Broadway. New York . N.Y 10271. :   U.S.A  Government (/o U S Attorney General, JUSTICE DEPT adquarters . Washington . D.C: The U.N.O.. New York, N Y: Govt of India . New Delhi, India : Govt of West Bengal, writers' ilding. Kolkata 700001, West Bengal, India : City of New York . c/o Corp Counsel, 100 Church Street. New York, NY 10007: CINGULAR Wireless aka Cingular Albany New York & elsewhere: HSBA Bahk . Main street . Saranac Lake, N Y: Harrietstown ousing Authority and Debbie Terrahn . Housing Assistant 14 Khwessa Road , Saranac Lake N Y 12983: Citizens Bank. Saranac ike at Broadway near Post office: UPS SDTore / MBE store: Debbie, owner/franchise Broadway 17, elsewhere Saranac Lake NY 1983 :The New York Times Enolisn Daily Newspaper  S3 st, new York, New York & elsewhere(sin like: The New York State urance Fund. 15 Computer Drive. West. Albany. New York 12205: Travelers Insurance co. P O Box 0444, Albany, New York 1201 : US Dent of Justice. Justice Dept Headquarters, Washington D.C ( More defendants may be named as per FRCP with

full list of Defendants is attached )     /  Defendants; Us Dept of Justice, Justice Dept Headquarters, Washington D C

****GROUNDS of Litigations :** Civil and Human Rights Violation : violation and neglect at take lawful actinons of Government parties as Defendants on multiple and numerous petitions of Plaintiff Kamal Roy  aka Joseph Geronimo Jr  and his associations  to redress grievances both mental  and phyical pains and monetary damages caused by inactions on all petitions of grievances i, E in violations of 1st Amendment of U S Constitutional Rights of Plaintiff Kamal Roy AND LAWFUL ASSOCIATE  AND THUS CAUSED PAIN, VAIOUIS, AS ABOVE&AB Now compensationing demanded for violations from Govt's. U N O. Association of most countries and National Governments; As the private defendants abused the situations of Govt' misconducts and inactions and damage Plaintiffs further , for both indidual Plaintiff and his ASSOCIATIONS of Plaintoffs. Flaw of U S based God is also explained elsewher appropriately. Some

non hostile Defendants have also been named. damages from them may be waived in cases they cooperate to lawfully defend position of Plaintiffs lawfully as needed for former lawful associations of Plaintiffs with such defendants, as named.******************

**Defendants include  USA , other countries, U N O, New York , democratic entities and may  other Citizens of the World: H I I world Religions Group, et al are  cited at places in scripts. and is a  Plaintiff for issues of violations of Laws and damages cliaimed in civil action.**

" Matters of Jungle democracy cat and Mouse doctrines of  Oppressions  etc  " a mobile book of contemporary devious pattern of Inequal rules. Laws and inequated judicial systems worldwide and

A TOTAL FAITH IN GODS MAY TURN THE ENTIRE GLOBE to OASIS OF HUMAN DEVELOPMENT

. (2)  **We the  "PEOPLE "** . in the world including in USA have been lost in the wilderness of JUNGLE DEMOCRACY and  in Estate of Optional Laws in effect for years in history of civilization  of Human  animals. We Need rescue squades  S O S .. S O S World  wide in democracies aka truly in  Jungle democracies .ALL respectfully submitted for grant of prayers in original complaints filed with Court, Kamal Karuna Roy AKA J G Jr Priest Petitioner for all petitioners , individual or in representative capacity ( see F R C P) 12.10.2005.PO BoX 1173, Saranac Lake, New York 12983

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to reopen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Maxdzer, M D, ANC saranac Lake, New York 12983, 2003 , 2004 & June 2005

New York State under supervision of elected Governor GEORGE Pataki is is violations of l many laws in insurance field as was charged to ex chief Executive of International Insurance Giant : A I G in recent times. Atleast 20 person or entities named as 3rd Party respondents to help solution of corruption issues in New York state , all 3rd parties are or may not be corrupt and they were negligent to hold principles of U S Constitution and other Laws during part or whole of period of corruptions durin alleghed period of violations 1990- 2005. some others including WC law Judges , Four, were alleged to follow and participate in corruption. USA permits sitting President of USA , duly elected, to be investigated for crinal vi! olations of laws andAs such claimant et al demand that judges for their criminal neglect in duties in office, and thus damaging interests in freedom. Safety, pursuits of pleasures of such persons .Should be investigated and fully prosecuted (Jail terms not demanded for such Judges).As the claimant's motto is correction of system and he is a disabled work_injured worker/person and he had so far wanted divine and Godly help , But he realised that "AMERICA BASED GODS HAVE BEEN NEUTRAL to MANY Corruptions of Human_animals Al over the World, Especially in USA, at current civilisations Of Human_animals, GODS have to be richer and more powerful than U S A. to fight corruptionin new York, USA,WE feel U S attorney may replenish power_base of Gods. ATTN: the W.C, Board_ N Y state 20 Park st, Albany New York 12207 : pl send/provide a copy each to Judges appeals office WCB_ Judges – 2003 and to one mr. D Jeffrey Romeo, Judge, W C Board 2003 at saranac lake, N Y 12993 as the persons were named 3! rd party respondents for affairs related to corruption in the system as alleged by claimnt, el al and the employer H. I .I. Inc, a non profit charitable association registered with NYS attorney General, Bureau of charities regn since N0vember 1984 anf incorporated on 11.1. 1984 Affidavit to be filed with W C Board. NY State on 5.31.2005, sworn before Gods in AMERICA (U S A)of all religions and faiths known to U S A and State Authorities and under penalty of Perjury and also before a Notary PUBLIC, N Y State on 5.31. 2005. One copy of original notary signed sworn statement to be filed with the U.S ATTORNEY. SDNY, New York , N. Y 10007. The United States Attorney, Southern District of New York, United States Dept Of Jutice, One St Andrews Plaza, New York , New York 10007, USA The NYS attorney General ,120 Broadway New York , N.Y 10271 U.S. attorney, NDNY ,US dept of Juctice, Albany, New York 12207. New Jersey Judicial Federal District. P O Trenton, N J -for checking federal l crime or reporting false data on non profit tax data on a Tax exempt by IRS, wherein all records can be inspected on a specific date, time and designated place. Mr James Borowski came at 2049 Richmond terrace, Staten Island office, New Yori 10301. He did not properly intimate us in any manner that he wanted to inspect any specific paper from us, He was in a 25 minutes race to audit a farm incoporated in NY state on november 1, 1984 and th corporation had a separate statory entity but an affiliate of an larger unincorporated New York association formed in N Y State in October 1984 and was registered as a charitable non profit organisation which is an interntional body with offices in many countries and with Strategic and Administrative Unit in New York State. He inspected place in aftermath of a flooding effect in the area, being a low lying Staten Island area about 400 ft from waterfront. As the basement area had heating arrangement of th commercil al place, we had storage space of documents in basement anf the office space about 500 Square ft, commercially and Industrially zoned office Building, We had to take extra precaution of electrical uses as the basement heatng equipments and electrical wire were touching wat areas. We told the above borowski the above facts and others on the date of his audit around 9 th March between 10.45 am till 11 14 am on the day with 5 minute break fo going to bathroom. HIS audit and observation was tainted without provisions of laws for timely notice of arrival of auditor and

The U.S District Court, SDNY, U S Court House, 500 Pearl St, New York, York 10007

USDC
Delaware

*filed by*

USPS fee paid mail S to. Court and others, court fee US $ 155.00 by USPS Money order
***attached for civil court proceedings , rest may be decided by court

Plaintiffs

Matter both, civil and criminal    7/2/2005    Docket No..........................

(1) Handicap Interests International- World Religions Group, Non Profit Tax exempt, (parent Group of Handicap Interests International Inc , a Type A non profit New York Corp, incorporated on Nov 2, 1984 as defacto part of plaintiff divn: Reforms International publishers "Jungle Democracy.......'S48 West 160 St, new York , J Y 10032, ***107 A Scribner Avenue, Staten Island , New York 10301.
**Mailing address******** : PO Box 1173 , Saranac Lake, New York 12983** .. N Y unincorporated  Non profit Tax exempt association. By kamal k Roy Hon Executive office& Lisa N Roy , Hon. Deputy Executive officer of above Plaintiff

2. The Reverend Joseph Geronimo Jr a/k/a Kamal Karuna Roy, U S citizen, Religious strategist, Social reforms soldier, U.S Post worker (80% approximately, medically )disabled Priest due to work related injury in New York City in 1993, Author, Mobile electronic Publication : "JUNGLE DEMOCRACY .......Cat and Mouse doctrine to oppress weaker people/ Us Citizen , alien et al and foreign countries. et al ........ Plaintiffs. All addresses as in 1, et al

Lisa N. Roy    (4) Reforms Intl Plaintiff
P.O B 1173, S/L) NY 12983

N Y State. Albany New York , 2.  New York  City, City Hall ,NY 10007. 3. New York Times, English daily, NEw York,NY. 4. George E Pataki New York Governor, S I fund, 5.Travelers Insurance company albany n Y Ny 12201 6 and all parties named in transcript below  7. Kentucky Fried chicken c/o Travelers Insurance company as above

world help USA inthis regared for good of world democracy in crises now all over the world . W. C Board , NY State , forwarded with Misc. reliefs demands and futher demand of examination to the U.S President and competent authorities in NY State including N Y Senate! to beexamine if the WC Board, NY State can be suspended immediately , & then reconstituted with lawful and honest officers and judges, by N Y Senate with assistance of President of USA in view Governor and Admn of Pataki is alleged to be involved in corruptions at W C Board, NY State to willfully harm the weaker citizens of democracy of New York , and Joe Geronimo jr in his world wide electronic on line publication and book volume terms rule of optional Laws , not for help to all, and also terms and defines in his book as" Jungle democracy *****" from writing Of " The Reverend Joe Geronimo Jr"an American ( U.S), unknown , 80% physically disabled non _preaching Religious Priest of Gods, Religions ,and 'we the People', & Strategist for newer concepts and definitions of GODS and DIVINITY in fast changing societies of centuries, with technological very rapid developments , by Human_animals race. Gods concepts should be non_magic al, pragmatic and non_corrupt reflection of ideal human_animals, ever known and/or redeveloped, & effective now.
****************** Interests International Inc and Kentucky Fried chiken as employers for work injuries since August 1983 till 1993 June 7th, in New York. .
, as both found corrupt; PI see scripts below for loss of due process of Laws, manipulations, removal of documents from legal files of WCB_NYS, false reporting of facts, deliberatly by attorneys of  NY STATE and Attorney's misconducts at Travelers Insurance company::: the scripts were duly forwarded to most of the Law enforcement authorities based in New York, and elsewhere, but when investigations may start, are unknown in a

**Non_Gandhian oppositions** and theological concepts of new morales in Mass_ movements world _wide

**WANDA BRUNO**
Notary Public State of New York
#01-BB-6023145
Qualified in Clinton County
Commission Expires April 12 20 __

original

eals for the  for  federal circuit. Washington D C
ral circuit washington deOrder of chief judge/others
s U.S First amenment rights of U S citizens to petition the
g with basic human rights.The decisions are appealed,
sed amount of compensations demanded U. S  $ 35.00
intiffsplaintiffs.appellants .#1.  Jungle  Demo
ete".date of filing

in  search of democratic

 he often missed in most

 powerful and self styled

 orld democracies but without

 f laws & with many many abuses

 ntries abroad. Thus

 possibly without big reason

 in religions with practice of

 er animals for worship; with

 rations with feast  with meat.

sا
hidden

The appellant  is  cap    & to liotigatye the action nd
appeal for self and in his statutory capacity of
honorary executive of uncorpoted associations, as
palintiffs/ appellant  , a Mobile priest in D.C federal
Jurisdictional  areas under U S federal laws.

Notice of Appeal /short brief *for appeal to change decision by lower Court **and accept issues
of violations in Jungle Democratic dysfunctions, which damaged plaintiffs and compensations
claimed, **Copy of  one of the many relevant orders of rejectin of complaints is
attached and marked accordingly along with other marked exhibits of the
complaints and supporting papers which were submitted to lower court as
above to help notice of appeal desired.relevant orders were sent and filed to
appeals court before. Revised amount of compensations demanded U. S.  $
35.00 Billions, for utter pains and damages for neglects and sustained miseries
for decades in democracy for the plaintiffs/appellants by Joe , the Poor priest
and aka's as described in the scripts.; The loss of ecomomic freedom etc etc
detailed in brief below, above and submitted before and outstanding before court
are sworn again under penalty of perjury under many laws of  LAND ( including
USA, India, Iraq et al, world wide including repeat  U.S.A as such notice of
appeal are served to court, USA Govt , other Govt and non_govt defendants
total ( nos 86 as of current times, That all quotations from mobile electronic
and hard copy  book volumes become part of compaints and appeal as the text**

2



To
Jungle Democracy
KAMAU Rev option
JCJR
P.O. Box 179 St., NY 12380

Jungle Democracy ... de Vs USA—
Civil Complaint           CBS, NBC
Issue: DON IMUS Radio & TV
       Broadcasts — Cruel
       punishment inflicted by CBS, NBC MS NBC



PRIORITY
MAIL
UNITED STATES POSTAL SERVICE ®

U.S. POSTAGE
$4.80

www.usps.c

To   Hon Clerk File
U S  District Court
        for Delaware
     U. S. Court House
        Civil Action

Wilmington  DE
   Down Town
        USA ; 98999